JUDGE FOR THE RECORD

This is Immigration Judge John Richardson, sitting in a removal proceeding, in Phoenix, Arizona on the 30th day of August, 2004. The Respondent, Jesus Chavez Teja --

MR. BRACAMONTE TO JUDGE

Tejo, Tejo, the j is an h sound.

JUDGE FOR THE RECORD

-- Tejo, you have to be careful pronouncing that --98 290 758. He is not present. Jose Bracamonte is present, attorney of record authorized in his presence. (indiscernible) is representing the Government.

JUDGE TO MR. BRACAMONTE

On behalf of your client, do you admit service of the charging document dated May the 11th, 2004, waive reading of the charges and allegations?

MR. BRACAMONTE TO JUDGE

Yes, sir.

JUDGE TO MR. BRACAMONTE

Do you have advisals (indiscernible)

MR. BRACAMONTE TO JUDGE

I, I have and I do, Your Honor.

JUDGE TO MR. BRACAMONTE

Are you prepared to enter pleas at this time?

MR. BRACAMONTE TO JUDGE

Your Honor, yes we are prepared to enter pleas at this

time.

JUDGE TO MR. BRACAMONTE

How does he plead?

MR. BRACAMONTE TO JUDGE

We concede that he's not a citizen of the United States, concede the allegations -- it's only a EWI charge as I understand it --

JUDGE TO MR. BRACAMONTE

Right.

MR. BRACAMONTE TO JUDGE

-- we admit EWI, Your Honor, that he entered without inspection as designated. We designate Mexico as the country of removal. And we seek relief in the form of 42(b) cancellation for certain nonpermanent resident aliens. He has two U.S. citizen children.

JUDGE TO MR. BRACAMONTE

Okay, as I've been telling everybody, it looks like we're going to be getting a third judge (indiscernible) so that the hearing you're going to get -- the date you're going to get is two years out but that will be brought back in --

MR. BRACAMONTE TO JUDGE

Thank you, Your Honor.

JUDGE TO MR. BRACAMONTE

-- substantially. So let's see, how about July the 10th, 2006 at 1:00, (indiscernible) individual hearing and I'm going

tc give you a fairly close filing date just to make sure that everything is ready to go when we get -- 60 days would be 10/29/04, Code CV, and fingerprint clearance is required.

MR. BRACAMONTE TO JUDGE

Yes, sir.

JUDGE FOR THE RECORD

And we are continued.

**HEARING CONTINUED**

**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of

File A 98 290 758

J. JESUS CHAVEZ TEJA ) In Removal Proceedings

Respondent ) Transcript of Hearing

Before JOHN W. RICHARDSON, Immigration Judge

Date: July 10, 2006

Place: Phoenix, Arizona

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

Official Interpreter: Isabel Garcia

Language: Spanish

Appearances:

For the Department of Homeland Security:

John Holya

For the Respondent:

Jose Bracamonte

JUDGE FOR THE RECORD

This is Immigration Judge John Richardson, sitting in a removal proceeding in Phoenix, Arizona on the 10th day of July, 2006. The Respondent is present.

JUDGE TO MR. CHAVEZ

Sir, would you state for the record your full and correct name, please.

MR. CHAVEZ TO JUDGE

My name?

JUDGE TO RESPONDENT

Yes.

MR. CHAVEZ TO JUDGE

My name is J. Jesus Chavez Teja.

JUDGE FOR THE RECORD

Thank-you. The A number is 98 290 758. He's met with Jose Bracamonte, his attorney. For the record, John Holya, Government attorney present. Isabel Garcia is the Court interpreter, translating simultaneously in the Spanish language. And biometrics are clear?

MR. HOLYA TO JUDGE

Yes, they have.

JUDGE TO MR. HOLYA

So the person did this before they went on vacation?

MR. BRACAMONTE TO JUDGE

No, they got somebody this morning actually. They realized

that.

JUDGE TO MR. CHAVEZ

Sir, do you swear that all the information contained in your application is true and correct so help you God?

MR. CHAVEZ TO JUDGE

That is right.

JUDGE TO MR. CHAVEZ

Can you sign your name where your attorney shows you please.

MR. BRACAMONTE TO JUDGE

It has been signed, Your Honor, and I'm returning it back to you.

JUDGE TO MR. BRACAMONTE

Thank you. And, the application -- actually, there was two applications and supporting documents; they're two and three. I had him sign three, which is the latest.

MR. BRACAMONTE TO JUDGE

Right, that's the one that we're going to submit as the application; I just needed to update the Court and the information.

JUDGE TO MR. BRACAMONTE

And if there's nothing else to mark, you may call your first witness.

MR. BRACAMONTE TO JUDGE

Yes, Your Honor. I'd like to call Mr. Chavez Teja to the

stand.

JUDGE TO MR. CHAVEZ

Sir, would you please stand and raise your right hand. Do you swear to tell the whole truth so help you God?

MR. CHAVEZ TO JUDGE

Of course, yes.

JUDGE TO MR. CHAVEZ

Have a seat on the witness stand, please.

JUDGE TO MR. BRACAMONTE AND MR. HOLYA

He sort of startled me for a moment; I thought he had handcuffs hanging from his belt.

MR. BRACAMONTE TO MR. CHAVEZ

Q. Mr. Chavez, how old are you sir?

A. 36 years old.

Q. And you're a native and citizen of Mexico, is that correct?

A. Yes.

Q. Sir, wait for the translation. Now, you've been present in the United States since 1990, is that correct, sir?

A. That's right.

Q. And, you have two departures, one in '94 that -- to get married and you entered illegally, is that correct?

A. Yes.

Q. And in 2002 you had voluntary departure, is that correct, sir?

A. Yes, I did have voluntary departure.

Q. Was that voluntary departure given to you by an immigration judge, such as Judge Richardson here, with a robe, or by officers of the Border Patrol or ICE?

A. What happened is that I was coming this trip with my children and the Border Patrol officer stopped me and he told me that it was better for me to get out then come back and see a judge.

Q. Did that officer explain to you the consequences, that you could lose ten years' residence, that which you had accumulated at that time, that it might affect certain rights and obligations that you had?

A. No, no he didn't explain that to me; otherwise, I wouldn't have done that.

Q. Have you ever been arrested, sir?

A. Never.

Q. Ever been convicted of an offense?

A. Never.

Q. Do you -- are you married, sir?

A. Yes, only on one occasion to my wife Catalina Mendez (phonetic sp.) in '94.

Q. And, your wife does not have legal status in the United States, is that correct, sir?

A. No, her parents are legal residents and she has some applications submitted on her behalf through her siblings, but

nothing concrete.

Q. Do you have U. S. citizen children, sir?

A. Two children who were born in the city of San Diego.

Q. And are their names Samuel Aron and Isaac Gabriel (phonetic sp.)?

A. Yes.

Q. And Isaac is the eldest of the two, is that correct?

A. Yes.

Q. And how old is he?

A. He is six years old.

Q. And he attends first grade?

A. He's already -- he already crossed into seventh grade because he's a very advanced student and he --

Q. Let me ask you, let me ask you -- what grade is your, is your son Isaac -- What grade was he in last year?

A. First grade.

Q. What grade will he be in next year?

A. Seventh.

Q. Seventh grade -- just for the record, seventh grade? Okay, do we have anything that would indicate his promotion to seventh grade?

A. I don't have it here today.

Q. Now, so, he's going to be six years old -- I just want to -- by the time school starts, he's still going to be six -- he's going to be six years old and he's going to be in

seventh grade?

A. Finally, that's where the confusion starts. He will be seven years of age in December.

Q. Okay, so let's say in December, he's seven years old. What grade will he be in?

A. Seventh grade.

Q. He got promoted as --

JUDGE TO MR. CHAVEZ

At this grade or that grade? Seventh, okay.

MR. BRACAMONTE TO MR. CHAVEZ

Q. That would be a major --

JUDGE TO MR. BRACAMONTE

Do you have school records here that would indicate that he's that bright?

MR. BRACAMONTE TO JUDGE

Your Honor, I, I actually -- that's obviously my, my fault. I'll be willing to take full responsibility for this. I have his enrollment. You know, I have his enrollments in school, to -- enrolled in Head Start Program (indiscernible) attending (indiscernible) Circle Head Start (indiscernible) we have the Capital Valley Union School District --

JUDGE TO MR. BRACAMONTE

Yeah, from grades one to three.

MR. BRACAMONTE TO MR. CHAVEZ

Q. Isaac Chavez, Magnolia Elementary School, is that

correct? So, will he be going -- what school will he be attending next year, what elementary school?

A. Magnolia School.

Q. So, he'll be going to the same school?

A. The same school, in (indiscernible) city.

Q. Did the teachers -- look, you know seventh grade is for teenagers, right? I mean, you know, they're 13, 14, right? Will a seven -- are you sure that a seven-year old, little kid is going to be going to school with teenagers? I mean, if it is, I'd like to know -- I want to make sure if it's true, then we need to pursue it so I want to make sure.

A. I know where the fault is now. Maybe it is the translation. What happened is, in my country you go from first grade to seventh grade, no to second grade.

Q. Okay, but -- so he's in second -- he'll be with other seven year olds, right?

JUDGE TO MR. CHAVEZ

He's in Grade two?

MR. CHAVEZ TO JUDGE

Grade two.

MR. BRACAMONTE TO MR. CHAVEZ

Q. Okay, just want to make sure. Now, have they lived all their lives in the United States?

A. Yes.

Q. And, have they ever lived in Mexico?

A. They are so afraid of going to Mexico because they hear about, you know, assaults, all kinds of kidnapping (indiscernible) and about, also about children who steal.

Q. Now, how are they, their medical conditions, their health?

A. God bless, they're in good condition.

Q. In terms of -- as far as you know through Head Start and through the first grade of school, does he have any educational problems?

A. No problem.

Q. Now, so, if I were going to ask you, if you were deported, if you were removed from the United States, how will your children, and only your children, be affected? What would you respond?

A. Thinking that I only live for them and I think of giving them the best and in my mind, I already have enough that I have to provide for them to get a career. They will be drastically affected because not only because the father's economy would be affected but also means being separated from the mother.

Q. When you say the father's economy, you mean your ability to make money?

A. I'm talking about the economy but I'm not just talking about the financial part; I'm also talking about the father figure that is necessary.

Q. Let's separate the two. Will you be able to be employed in Mexico?

A. Well, I would not be able to, I would not be able to tell you what I could do in Mexico because I came here being very young and what I do -- and I have work that is here and I have been trying to get my license as a contractor. I work as a painter.

Q. Sir, you came at the age of 14 to the United States, is that correct?

A. The first time, in the first time I came, I was working in the fields picking up lettuce and corn, you know, the tiny corn that you use for Chinese food.

Q. As an adult, have you ever worked in Mexico?

A. Never.

Q. But, but you're a painter by trade?

A. That's my skill. I have worked my whole life in construction. But I also have other skills.

Q. Do you think that those construction skills, be it as a painter or whatever other skills you may have, do you think you can find work using those skills in Mexico?

A. I don't think so.

Q. Why not?

A. Because in Mexico, it's not a very competitive country. You know, I'm not only talking about technology, but also talking about their force, the labor force and also, the,

the scales, I mean the pay, the pay scales.

Q. So you'd be paid less, for sure?

A. A lot less. I would not be able to support my family here or there.

Q. Would your family join you in Mexico?

A. I think, I think that they will do it.

Q. Do your children speak Spanish?

A. They speak it very little, more English than Spanish.

Q. What language do you speak to them in?

A. I try to speak English to them so I can practice myself, but everything that they do with all their friends and all their games are in English.

Q. So that if you were removed from the United States, they would go with you; they speak some Spanish, mostly English but some Spanish, and you're concerned about your ability to maintain them economically. Obviously, you'd be a father-figure because they'd be with you, so you wouldn't be absent as a father.

A. It would definitely be very difficult for them because if they were to go with me because -- and I think they would be thinking of coming back because for them there's no other country but this one, it's the most beautiful one, it would be so difficult for them to adapt.

Q. And when you say it would be difficult for them when

they came back as a 16 or 17 year old, it would be difficult for them to adapt themselves to the United States even though it's their country, right?

A. It would be very difficult.

Q. Anything else you would like to tell the Judge?

A. That if he could give me an opportunity to, to work here and to raise my children here and to give them an opportunity to get a good career, a good education so they can be good people and I can see them grow up.

Q. I already established that you have not been arrested; is that -- again, I want to ask you, you've never been arrested, correct?

A. I've never been arrested.

Q. If the Judge were to ask you to leave voluntarily, would you have the funds to pay for your departure to Mexico?

A. Yes.

Q. And would you obey the Judge and leave by the date that he indicated or that any appellate court might indicate?

A. Of course, yes, I would leave.

MR. BRACAMONTE TO JUDGE

I have no further questions, Your Honor.

MR. HOLYA TO JUDGE

No questions, Your Honor.

JUDGE TO MR. CHAVEZ

Q. Okay, let me just ask a couple questions. So the

Border Patrol Officer just said it would be better for you to leave rather than see a judge?

A. Yes, but what happened is that I was very nervous; I have never been caught in all the years that I had been here. And not having any advice from an attorney, not having seen a judge, I had no advice from anybody. And since -- I was just thinking what the officer would do and the guy said, look -- the Officer said, look the judge is just going to deport you. And he said so it's better for you to just sign here and then tomorrow you will see the way to go back to your family. And that confused me because they had to pull-away my baby from my arms, my little baby, because he was crying.

JUDGE TO MR. BRACAMONTE AND MR. HOLYA

That's fine. Any other questions?

MR. BRACAMONTE TO JUDGE

No, Your Honor.

JUDGE TO MR. CHAVEZ

Thank you very much. You may step down and return to your seat.

MR. CHAVEZ TO JUDGE

Thank you.

JUDGE TO MR. BRACAMONTE

Further evidence?

MR. BRACAMONTE TO JUDGE

No further evidence, Your Honor. We rest.

JUDGE TO MR. HOLYA

Rebuttal?

MR. HOLYA TO JUDGE

Nothing.

JUDGE TO MR. BRACAMONTE

Summation?.

MR. BRACAMONTE TO JUDGE

Your Honor, we'll submit on the record. We understand how difficult the Court element is to -- the unusual and exceptional hardship, and we understand that and we submit for your consideration on the evidence as presented.

JUDGE TO MR. HOLYA

Mr. Holya, is there going to be any issue about that voluntary return because if there was no due process at all --

MR. HOLYA TO JUDGE

No, there's not going to be.

JUDGE TO MR. HOLYA

-- it was totally out of line -- okay, so I'm not going to address that. You, you concede that; I mean, that was a total violation of due process --

MR. BRACAMONTE TO JUDGE

There appears to be --

JUDGE TO MR. HOLYA

I'm not going to cover that in the order.

(JUDGE RENDERS ORAL DECISION)

JUDGE TO MR. BRACAMONTE

Does the Respondent wish to reserve appeal?

MR. BRACAMONTE TO JUDGE

Yes, sir.

JUDGE TO MR. BRACAMONTE

The appeal date is August 9, 2006.

JUDGE FOR THE RECORD

These proceedings are closed.

<u>HEARING CLOSED</u>

JCW 7/10/06

U.S. Department of Justice
Executive Office for Immigration Review

OMB #1125-0001; Expires 08/31/05
**Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents**

**PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

Fee Stamp

## PART 1 - INFORMATION ABOUT YOURSELF

| | |
|---|---|
| 1) My present true name is: *(Last, First, Middle)* CHAVEZ Teja, J. Jesus | 2) Alien Registration Number: 098 290 758 |
| 3) My name given at birth was: *(Last, First, Middle)* Same | 4) Birth Place: *(City, Country)* Mexico D.F. Mexico |

| | | | | |
|---|---|---|---|---|
| 5) Date of Birth: *(Month, Day, Year)* 10/08/1963 | 6) Gender: ☑ Male ☐ Female | 7) Height: 6'0" | 8) Hair Color: Dark Brown | 9) Eye Color: Dark Brown |

| | | | |
|---|---|---|---|
| 10) Current Nationality & Citizenship: Mexico | 11) Social Security Number: 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 | 12) Home Phone Number: ( )(619) 449-5480 | 13) Work Phone Number: ( )(619) 729-7995 |

14) I currently reside at:
#1
*Apt. number and/or in care of*
751 East Bradley Avenue
*Number and Street*
El Cajon CA 92021
*City or Town* *State* *ZIP Code*

15) I have been known by these additional name(s):
None

16) I have resided in the following locations in the United States:(List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room# - City or Town - State - ZIP Code | Resided From: *(Month, Day, Year)* | Resided To: *(Month, Day, Year)* |
|---|---|---|
| 751 East Bradley Avenue, #1 El Cajon, CA 9201 | 05/2005 | PRESENT |
| 601 East South Mountain Avenue #A-8 Phoenix AZ 85042 | 12/2003 | 05/2005 |
| 751 East Bradley Avenue, #41 El Cajon, CA 92021 | 01/1996 | 12/2003 |
| 303 47th Street, #34 San Diego, CA | 1991 | 12/1995 |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (check all that apply)

☑ My removal would result in exceptional and extremely unusual hardship to my: *(Place a USC in the space if the family member is a citizen of the United States, an L if the family member is a lawful permanent resident of the United States, and an X if the family member is neither, and leave BLANK if not applicable.)*

_____ Husband _____ Wife _____ Father _____ Mother USC Child or Children

With the exception of absences described in question #25, I have resided in the United States since: *(Month, Day, Year)* 06/1990.

☐ I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #25, I have resided in the United States since: *(Month, Day, Year)*________.

RECEIVED DEPARTMENT OF JUSTICE
2006 JUN 20 PM 3:11
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW PHOENIX IMMIGRATION COURT PHOENIX, ARIZONA

*Please use a separate sheet for additional entries.*
(1)

EXHIBIT 2 FOR ID
JUL 10 2006

Form EOIR-42B
August 2002

## PART 3 - INFORMATION ABOUT YOUR PRESENCE IN THE UNITED STATES

18) I first arrived in the United States under the name of: *(Last, First, Middle)*
CHAVEZ Teja J. Jesus

19) I first arrived in the United States on: *(Month, Day, Year)*
06/1990

20) Place or port of first arrival: *(Place or Port, City, and State)*
San Ysidro, CA

21) I arrived: [ ] as a lawful permanent resident, [X] as a visitor, [ ] as a student, [ ] without inspection, or [ ] other *(Place an X in the correct box, if other is selected, please explain)*:

22) If admitted as a nonimmigrant, period for which admitted: *(Month, Day, Year)* N/A to N/A

23) My last extension of stay in the United States expired on: *(Month, Day, Year)*
N/A

24) If not inspected or if arrival occurred at other than a regular port, describe the circumstances as accurately as possible:

25) Since the date of my first arrival, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States)*
***If you have never departed from the United States since your original date of arrival, please mark an X in the box:*** [ ]

| | Port of Departure / Port of Return *(Place or Port, City and State)* | Departure Date / Return Date *(Month, Day, Year)* | Purpose of Travel / Manner of Return | Destination / Inspected & Admitted? |
|---|---|---|---|---|
| 1 | San Ysidro, CA | 12/10/1994 | To get married | Ixpantepec Nieves, Mex |
| | San Ysidro, CA | 12/17/1994 | EWI | [ ] Yes [X] No |
| 2 | San Luis, AZ | 06/2003 | VD | San Luis R.C., Mexico |
| | San Luis, AZ | 06/2003 | EWI | [ ] Yes [X] No |

26) Have you ever departed the United States:
a) under an order of deportation, exclusion or removal? [ ] Yes [X] No
b) pursuant to a grant of voluntary departure? [X] Yes [ ] No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

27) I am not married: [ ]
I am married: [X]

28) If married, the name of my spouse is: *(Last, First, Middle)*
Mendez, Catalina Estela

29) Date of marriage: *(Month, Day, Year)*
12/11/1994

30) The marriage took place in: *(City and Country)*
Ixpantepec Nieves, Mexico

31) Birth place of spouse: *(City and Country)*
Ixpantepec Nieves, Mexico

32) My spouse currently resides at:
#1
Apt. number and/or in care of
731 East Bradley Avenue
Number and Street
El Cajon, CA 92021
City or Town State/Country ZIP Code

33) Birth date of spouse: *(Month, Day, Year)*
02/04/1974

34) My spouse is a citizen of: *(Country)*
Mexico

35) If your spouse is other than a native born United States citizen, answer the following:
He/she arrived in the United States at: *(Place or Port, City and State)* San Ysidro, CA
His/her alien registration number is: A# ____
He/she arrived in the United States on: *(Month, Day, Year)* 1990
He/she was naturalized on *(Month, Day, Year)* N/A at N/A *(City and State)*

36) My spouse [ ] - is [X] - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |
| | $ |
| | $ |

*Please use a separate sheet for additional entries.*

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE (Continued)

37) I ☐ - have ☑ - have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

38) My present spouse ☐ - has ☑ - has not been previously married: *(If previously married, list the name of each prior spouse, the dates on which the marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

39) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce? ☐ - Yes ☑ - No

## PART 5 - INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

40) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| None | $ | | 04/2006 | PRESENT |
| John Lockwood Painting Laguna Niguel, CA | $ 710.00 | painter | 05/2005 | 04/2006 |
| Real Property Painting 2153 E. Cedar St. #1 Tempe, AZ | $ 560.00 | painter | 09/2004 | 05/2005 |

41) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:
Not Applicable

42) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

| Self | | Jointly Owned with Spouse | |
|---|---|---|---|
| Cash, Stocks, and Bonds | $ | Cash, Stocks, and Bonds | $ 1,500.00 |
| Real Estate | $ | Real Estate | $ 0.00 |
| Automobile (value minus amount owed) | $ | Automobile (value minus amount owed) | $ 26,000.00 |
| Other (describe on line below) | $ | Other (describe on line below) | $ 33,000.00 |
| TOTAL | $ 0.00 | mobile home TOTAL | $ 60,500.00 |

43) I ☐ - have ☑ - have not received public or private relief or assistance (e.g. Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, date for which relief or assistance was received, place, and total amount received during this time:

44) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service: 1992 - 2005

*Please use a separate sheet for additional entries.*

## PART 6 INFORMATION ABOUT YOUR FAMILY (Continued on page )

45) I have 2 *(number of)* children. Please list information for each child below, including assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: *(Last, First, Middle)* Child's Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Now Residing At: *(City and Country)* Birth Place: *(City and Country)* | Immigration Status of Child |
|---|---|---|---|
| Chavez, Samuel Aaron<br>A#: Not Applicable | USA<br>03/26/2002 | Phoenix, AZ USA<br>La Mesa, CA USA | USC |
| Estimated Total of Assets: $ 0 | | Estimated Average Weekly Earnings: $ 0 | |
| Chavez, Isaac Gabriel<br>A#: Not Applicable | USA<br>12/11/1999 | Phoenix, AZ USA<br>San Diego, CA USA | USC |
| Estimated Total of Assets: $ 0 | | Estimated Average Weekly Earnings: $ 0 | |
| A#: | | | |
| Estimated Total of Assets: $ | | Estimated Average Weekly Earnings: $ | |

46) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth - ☑ Yes ☐ No

Country of Nationality - ☑ Yes ☐ No

Country of Last Residence - ☑ Yes ☐ No

If you answered "No" to any of the responses, please explain:

47) Members of my family, including my spouse and/or child(ren) ☑ - have ☐ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, place, dates for which relief or assistance was received, and total amount received during this time: Children receive AHCCCS in 2004 and food stamps for a month

48) Please give the requested information about your parents, brothers, sisters, aunts, uncles, and grandparents. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: *(Last, First, Middle)* Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Relationship to Me: Birth Place: *(City and Country)* | Immigration Status of Listed Relative |
|---|---|---|---|
| None<br>A#: | / / | | |
| Complete Address of Current Residence: | | | |
| A#: | / / | | |
| Complete Address of Current Residence: | | | |

*Please use a separate sheet for additional entries.*

Form EOIR-42B

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued)*

***IF THIS APPLICATION IS BASED ON HARDSHIP TO A PARENT OR PARENTS, QUESTIONS 49 TO 52 MUST BE ANSWERED.***

49) As to such parent who is not a citizen of the United States, give the date and place of arrival in the United States including full details as to the date, manner, and terms of admission into the United States: ______

50) My father ☐ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |

51) My mother ☐ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |

52) My parent's assets in the United States and other countries not including clothing and household necessities are:

| Assets of father consist of the following: | | Assets of mother consist of the following: | |
|---|---|---|---|
| Cash, Stocks, and Bonds | $ | Cash, Stocks, and Bonds | $ |
| Real Estate | $ | Real Estate | $ |
| Automobile (value minus amount owed) | $ | Automobile (value minus amount owed) | $ |
| Other (describe on line below) | $ | Other (describe on line below) | $ |
| TOTAL | $ 0.00 | TOTAL | $ 0.00 |

## PART 7 - MISCELLANEOUS INFORMATION *(Continued on page 6)*

53) I ☐ - have ☑ - have not entered the United States as a crewman after June 30, 1964.

54) I ☐ - have ☑ - have not been admitted as, or after arrival into the United States acquired the status of, an exchange alien.

55) I ☐ - have ☑ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

56) I ☐ - have ☑ - have never (either in the United States or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance (including, but not limited to, traffic violations or driving incidents involving alcohol). *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served.)* ______

57) Have you ever served in the Armed Forces of the United States? ☐ - Yes ☑ - No. If "Yes," please state branch *(Army, Navy, etc.)* and service number: ______

Place of entry on duty: *(Place or Port, City, and State)* ______

Date of entry on duty: *(Month, Day, Year)* ______. Date of discharge: *(Month, Day, Year)* ______.

Type of discharge: *(Honorable, Dishonorable, etc.)* ______.

I served in active duty status from: *(Month, Day, Year)* ______ to *(Month, Day, Year)* ______.

58) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States? ☐ Yes ☑ No

*Please use a separate sheet for additional entries.*

Form BOIR-42B

## PART 7 MISCELLANEOUS INFORMATION (Continued)

59) Have you ever deserted from the military or naval forces of the United States while the United States was at war? ☐ Yes ☑ No

60) If male, did you register under the Selective Service (Draft) Law of 1917, 1918, 1948, 1951, or later Draft Laws? ☐ Yes ☑ No
If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: ____________

61) Were you ever exempted from service because of conscientious objection, alienage, or any other reason? ☐ Yes ☑ No

62) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "NONE." Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: *(Month, Day, Year)* | Member To: *(Month, Day, Year)* |
|---|---|---|---|---|
| Phoenix Tabernacle | Phoenix, AZ | Religious | 11/2003 | 05/2005 |
| San Diego Christian Church | San Diego, CA | Religious | 05/2005 | Present |
| | | | | |
| | | | | |
| | | | | |

63) Have you ever:

☐ Yes ☑ No been ordered deported, excluded, or removed?
☐ Yes ☑ No overstayed a grant of voluntary departure from an Immigration Judge or the Immigration and Naturalization Service (INS)?
☐ Yes ☑ No failed to appear for removal or deportation?

64) Have you ever been:

☐ Yes ☑ No a habitual drinker?
☐ Yes ☑ No one whose income is derived principally from illegal gambling?
☐ Yes ☑ No one who has given false testimony for the purpose of obtaining immigration benefits?
☐ Yes ☑ No engaged in prostitution or unlawful commercialized vice?
☐ Yes ☑ No involved in a serious criminal offense and asserted immunity from prosecution?
☐ Yes ☑ No a polygamist?
☐ Yes ☑ No one who aided and/or abetted another to enter the United States illegally?
☐ Yes ☑ No a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?
☐ Yes ☑ No inadmissible or deportable on security-related grounds under sections 212(a)(3) or 237(a)(4) of the INA?
☐ Yes ☑ No one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?
☐ Yes ☑ No a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been canceled under section 240A of the INA?

64) Are you the beneficiary of an approved visa petition? ☐ Yes ☑ No
If yes, can you arrange a trip outside the United States to obtain an immigrant visa? ☐ Yes ☐ No If no, please explain:

*Please use a separate sheet for additional entries.*

## PART 7. MISCELLANEOUS INFORMATION (Continued)

65) The following certificates or other supporting documents are attached hereto as a part of this application: *(Refer to the Instruction Sheet for documents which should be attached).*

Children's Birth Certificate

Children's School Letters

Recommendation Letters

Income Taxes for 1993-1999; 2002-2005

Miscellaneous Receipts

## APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE

I do swear or affirm that the contents of the above application, including the documents attached hereto, are true to the best of my knowledge, and that this application is now signed by me with my full, true name.

*(Complete and true signature of applicant or parent or guardian)*

Subscribed and sworn to before me by the above-named applicant at Phoenix, AZ

*Immigration Judge*

JOHN W. RICHARDSON
U.S. Immigration Judge

*(Month, Day, Year)* JUL 10 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was: ☐ - delivered in person, ☑ - mailed first class, postage prepaid on June 19, 2006 *(Month, Day, Year)* to Office of the Chief Counsel, 2035 N. Central Avenue, 2nd Floor, Phoenix, AZ 85004
*(INS District Counsel and Address)*

*Signature of Applicant (or attorney or representative)*

*Please use a separate sheet for additional entries.*

Form EOIR-42B

Addendum One
EOIR 42B

CHAVEZ Teja J. Jesus
A098 290 758

Part 5 - Information about employment...

40.

| | | | | | |
|---|---|---|---|---|---|
| T Bar E Desert Development | 117 & 101 | Scottdale, AZ | $300.00 | carpenter | 06/2004 - 09/2004 |
| Phoenician Hotel | | Scottsdale, AZ | $250.00 | maintenance | 11/2003 - 06/2004 |
| Keith Monroe & Co. | 33rd Ave & Adams | San Diego, CA | $800.00 | painter | 03-1993 - 07/2003 |

EOIR

U.S. Department of Justice
Executive Office for Immigration Review

OMB #1125-0001; Expires 08/31/05
**Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents**

**PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

Fee Stamp Oct22/04 001#98728 PHO-TE EOIR 42B $100.00

## PART 1 - INFORMATION ABOUT YOURSELF

1) My present true name is: (Last, First, Middle)
CHAVEZ Teja J. Jesus

2) Alien Registration Number:
098 290 758 Oct22/04 001#98728 PHO-TE

3) My name given at birth was: (Last, First, Middle)
Same

4) Birth Place: (City, Country) FP-Fee/FD258 $70.00
Mexico D.F. Mexico

5) Date of Birth: (Month, Day, Year)
10/8/1968

6) Gender: ☑ Male ☐ Female

7) Height: 6'0"

8) Hair Color: Dark Brown

9) Eye Color: Dark Brown

10) Current Nationality & Citizenship:
Mexico

11) Social Security Number:
None

12) Home Phone Number: (602) 323-9318

13) Work Phone Number: (480) 927-9118

14) I currently reside at:
A-8 (Apt. number and/or in care of)
601 East South Mountain Avenue
Number and Street
Phoenix AZ 85042
City or Town State ZIP Code

15) I have been known by these additional name(s):
None

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room# - City or Town - State - ZIP Code | Resided From: (Month, Day, Year) | Resided To: (Month, Day, Year) |
|---|---|---|
| 601 East South Mountain Avenue #A-8 Phoenix AZ 85042 | 12/2003 | PRESENT |
| 251 East Bradley Ave, Sp #41 El Cajon, CA 92021 | 01/1996 | 12/2003 |
| 303 47th Street, #34 San Diego, CA | 1991 | 12/1995 |
| | | |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (check all that apply)

☑ My removal would result in exceptional and extremely unusual hardship to my: *(Place a USC in the space if the family member is a citizen of the United States, an L if the family member is a lawful permanent resident of the United States; and an X if the family member is neither, and leave BLANK if not applicable.)*

_____ **Husband** _____ **Wife** _____ **Father** _____ **Mother** USC **Child or Children.**

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)* 06/1990

☐ I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)* ____________

*Please use a separate sheet for additional entries.*



Form EOIR-42B
August 2002

EOIR

USDHS
PHOENIX
RETAIN THIS RECEIPT

11:59AM Oct 22/04
00-0000 001 PHO-TB
#98728

A # 98290758
Last Name CHAVEZ
First Name TEJA

EOIR 42B $100.00
FP-Fee/FD258 $70.00

Money Order $170.00

*Official*
*Document*

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0008

# G-325A, Biographic Information

| (Family name) | (First name) | (Middle name) | [X] Male [ ] Female | Birthdate (mm/dd/yyyy) | Citizenship/Nationality | File Number |
|---|---|---|---|---|---|---|
| CHAVEZ Teja | J. Jesus | | Male | 10/08/1968 | Mexico | A 098 290 758 |

| All Other Names Used (including names by previous marriages) | City and Country of Birth | U.S. Social Security # (if any) |
|---|---|---|
| None | Mexico D.F., Mexico | 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 |

| | Family Name | First Name | Date, City and Country of Birth (If Known) | City and Country of Residence |
|---|---|---|---|---|
| Father | Chavez Morales | Jose Manuel | Unknown Veracruz, Mexico | Deceased |
| Mother (Maiden name) | Teja Ruiz | Margarita | Unknown Hidalgo, Mexico | Deceased |

| Husband (If none, so state) or Wife | Family Name (For wife, give maiden name) | First Name | Birthdate | City and Country of Birth | Date of Marriage | Place of Marriage |
|---|---|---|---|---|---|---|
| MENDEZ | MENDEZ Zorria | Catalina | 02/04/1974 | | 12/11/1994 | |

| Former Husbands or Wives (If none, so state) Family Name (For wife, give maiden name) | First Name | Birthdate | Date and Place of Marriage | Date and Place of Termination of Marriage |
|---|---|---|---|---|
| None | | | | |
| | | | | |

**Applicant's residence last five years. List present address first.**

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| 751 East Bradley Ave., #1 | El Cajon | CA | USA | 05 | 2005 | Present Time | |
| 601 East South Mountain Ave, A-8 | Phoenix | AZ | USA | 12 | 2003 | 05 | 2005 |
| 751 East Bradley Ave., #41 | El Cajon | CA | USA | 01 | 1996 | 12 | 2003 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Applicant's last address outside the United States of more than one year.**

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| Madero y Marquez de Leon #775 | La Paz | Baja California | Mexico | | 1980 | 06 | 1990 |

**Applicant's employment last five years. (If none, so state.) List present employment first.**

| Full Name and Address of Employer | Occupation (Specify) | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|
| None | | | | Present Time | |
| John Lockwood Painting Laguna Niguel, CA | painter | 05 | 2005 | 04 | 2006 |
| Real Property Painting 2153 E. Cedar St #1 Tempe, AZ | painter | 09 | 2004 | 05 | 2005 |
| T Bar H Desert Development 117 & 101 Scottsdale, AZ | carpenter | 06 | 2004 | 09 | 2004 |
| Phoenician Hotel Scottsdale, AZ | maintenance | 11 | 2003 | 06 | 2004 |

**Show below last occupation abroad if not shown above. (Include all information requested above.)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

This form is submitted in connection with application for:
[ ] Naturalization [ ] Status as Permanent Resident
[X] Other (Specify): EOIR 42B

Signature of Applicant

Date: 06/16/2006

**Submit all copies of this form.**

If your native alphabet is in other than Roman letters, write your name in your native alphabet below:

**Penalties: Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact.**

**Applicant: Be sure to put your name and Alien Registration Number in the box outlined by heavy border below.**

| Complete This Box (Family Name) | (Given Name) | (Middle Name) | (Alien Registration Number) |
|---|---|---|---|
| CHAVEZ Teja | J. Jesus | | 098 290 758 |

# TABLE OF CONTENTS


| | |
|---|---|
| No. 1 | Children's Birth Certificate |
| No. 2 | Children's School Letters |
| No. 3 | Recommendation Letters |
| No. 4 | Income Taxes for 1993-1999; 2002-2005 |
| No. 5 | Miscellaneous Receipts |

1

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER

1 199937044088
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| THIS CHILD 0012 | 1A. NAME OF CHILD — FIRST (GIVEN): ISAAC | 1B. MIDDLE: GABRIEL | 1C. LAST (FAMILY): CHAVEZ | |
| | 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE THIS CHILD 1ST, 2ND, ETC.: — | 4A. DATE OF BIRTH — MM/DD/CCYY: 12/11/1999 / 4B. HOUR — (24 HOUR CLOCK TIME): 1954 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: UCSD MEDICAL CENTER | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 200 WEST ARBOR DRIVE | | |
| | 5C. CITY: SAN DIEGO | 5D. COUNTY: SAN DIEGO | 5E. PLANNED PLACE OF BIRTH: HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN): JESUS | 6B. MIDDLE: J | 6C. LAST (FAMILY): CHAVEZ | 7. STATE OF BIRTH: MEXICO / 8. DATE OF BIRTH: 10/08/1968 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN): CATALINA | 9B. MIDDLE: ESTELA | 9C. LAST (MAIDEN): MENDEZ | 10. STATE OF BIRTH: MEXICO / 11. DATE OF BIRTH: 02/04/1974 |
| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: Catalina E. Mendez | 12B. RELATIONSHIP TO CHILD: MOTHER | 12C. DATE SIGNED: 12/13/1999 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED. | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: Ella Curtis | 13B. LICENSE NUMBER: A53578 | 13C. DATE SIGNED: 12/11/1999 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: ANDREW HULL, MD, 200 W. ARBOR DR. SAN DIEGO, CA 92103 | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: ELLA CURTIS, SHIFT LEADER | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE: George R. Flores | 17. DATE ACCEPTED FOR REGISTRATION: 01/27/2000 |

CONFIDENTIAL INFORMATION FOR PUBLIC HEALTH USE ONLY

262561

This is a true certified copy of the record if it bears the seal, imprinted in purple ink, of the Recorder. FEB 01 2000

Recorder/County Clerk
San Diego County, California

RECORDER / COUNTY CLERK SAN DIEGO COUNTY, CA

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD — SAN DIEGO — MDCCCLI

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER

1200237010131
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| THIS CHILD 1418 | 1A. NAME OF CHILD — FIRST (GIVEN): SAMUEL | 1B. MIDDLE: AARON | 1C. LAST (FAMILY): CHAVEZ | |
| | 2. SEX: MALE | 3A. THIS BIRTH SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC: - | 4A. DATE OF BIRTH — MM/DD/CCYY: 03/26/2002 ; 4B. HOUR — (24 HOUR CLOCK TIME): 1648 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: GROSSMONT HOSPITAL | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 5555 GROSSMONT CENTER DR. | | |
| | 5C. CITY: LA MESA | 5D. COUNTY: SAN DIEGO | 5E. PLANNED PLACE OF BIRTH: HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN): JESUS | 6B. MIDDLE: J. | 6C. LAST (FAMILY): CHAVEZ | 7. STATE OF BIRTH: MEXICO ; 8. DATE OF BIRTH: 10/08/1968 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN): CATALINA | 9B. MIDDLE: ESTELA | 9C. LAST (MAIDEN): MENDEZ | 10. STATE OF BIRTH: MEXICO ; 11. DATE OF BIRTH: 02/04/1974 |
| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: [signature] | 12B. RELATIONSHIP TO CHILD: Father | 12C. DATE SIGNED: 03/28/2002 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: [signature] | 13B. LICENSE NUMBER: A22495 | 13C. DATE SIGNED: 03/28/2002 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: GALEN HANSEN, MD, 8851 CENTER DR #612, LA MESA | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: H. BRUNTSCH, M.R.C. | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH: | 15B. STATE FILE NO. (STATE USE ONLY): | 16. LOCAL REGISTRAR — SIGNATURE: GEORGE R FLORES, MD | 17. DATE ACCEPTED FOR REGISTRATION: 04/10/2002 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

April 29, 2002

[signature]
Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*000779694*

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD — COUNTY OF SAN DIEGO — MDCCCLII

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

2

MAXINE O. BUSH SCHOOL
602 EAST SIESTA DR.
PHOENIX, AZ 85042
(602) 232-4260

MR. WALSDORF JENNEFORD
PRINCIPAL

ASST. PRINCIPAL

DATE: Oct 22 2004

TO WHOM IT MAY CONCERN:

THIS IS TO ESTABLISH THE FACT THAT Isaac G. Chavez DATE OF BIRTH: 12/11/99 IS CURRENTLY ENROLLED IN THE GRADE K @ MAXINE O. BUSH SCHOOL, FOR THE SCHOOL YEAR OF: 04/05

IF YOU NEED FURTHER ASSISTANCE, PLEASE FEEL FREE TO CONTACT THE NUMBER LISTED ABOVE

SINCERELY,

Janet G. Slan

JANET G. SLAN
ATTENDANCE CLERK
MAXINE O. BUSH SCHOOL

address on records:
601 E Southern Av. #A8
Phx, Az. 85040
Parents on records is: Jesus Chavez
Catalina Mendez

BUILDING | SERVING | CARING

June 1, 2004

To Whom It May Concern,

Isaac Chavez has been enrolled in our Head Start program since March 5, 2004. He has been in our program at the South Mountain YMCA Head Start Program located at 449 E. Southern Avenue, Phoenix, AZ 85040.

The family lives at 601 E. South Mountain Avenue, Trailer A-8 in Phoenix, AZ 85042. Living at this residence are Isaac Chavez, Catalina Chavez-Mendez, Jesus Chavez and Samuel Chavez.

Please feel free to contact me with further questions at 602-276-4247.

Gale Saenz

Gale Saenz
Director
South Mountain YMCA Head Start

South Mountain YMCA Child Development Center 449 E. Southern Ave. Phoenix, AZ 85040 602-276-4247

YMCA Mission: To put Christian principles into practice through programs that build healthy spirit, mind, and body for all.

AKA

**Alpha Kappa Alpha Head Start Program**

620 West Madison Avenue • El Cajon, CA 92020
Phone: (619) 444-0503 Fax: (619) 444-5668

Geneva Roberts, Ed.D.
Director

May 10, 2006

To whom it may concern:

Samuel Chavez has been attending Farragut Circle Head Start continuously since September 6th (sixth) of 2005. He is still currently enrolled as of May 10, 2006, and his parents have been bringing him regularly.

Thank you,

Maria Montemayor

Maria Montemayor
Center Director
Farragut Circle Head Start

*Touching Children - Reaching Families*

Cajon Valley Union School District
CV
Children Are First

**Magnolia Elementary School**
650 Greenfield Dr.
El Cajon, CA 92021
Phone: (619) 588-3080 Fax: (619) 579-4854
www.cajonvalley.net/magnolia
*Office of the Principal*

February 22, 2006

Dear Parent,

Congratulations! Your child *Isaac Chavez* has been chosen to receive a student recognition award. Thank you for sending us a student who is cooperative and responsible. We know that our students who earn awards come from homes which provide love and support and parents who work closely with us at school.

Your child will be recognized at our short PeaceBuilder Award Ceremony on:

Date: Friday, March 3, 2006
Grades 1 – 3 – 8:50 am
Grades 4 – 6 – 10:30 am

Where: Auditorium

You are invited to join us for the presentation. Again, our congratulations to you and your child.

Sincerely,

Valerie Simpson
Valerie Simpson
Principal

**Magnolia El... ...ary School**
650 Greenfield Dr.
El Cajon, CA 92021
Phone: (619) 588-3080 Fax: (619) 579-4854
www.cajonvalley.net/magnolia
*Office of the Principal*

Cajon Valley Union School District
CV
*Children Are First*

March 22, 2006

Estimado Padres,

Felicidades! Su hijo/a ☆Isaac Chavez☆ ha sido seleccionado para un reconocimiento especial este mes. Gracias pro enviarnos un estudiante que se esfuerza para tener exito. Sabemos que los estudiantes ganadores vienen de hogares en donde les brindan amor y apoyo y padres que trabajan juntos con ellos.

Su hijo/a sera reconocido en el Asamblea el:

Fecha: ☆ Viernes, Marzo 3, 2006 ☆
Grados 1 – 3 – 8:50 a.m.
Grados 4-6 – 10:30 a.m.

Donde: Auditorio

Estan invitados a nuestra presentacion. Otra vez, felicidades a usted y su hijo/a.

Sinceramente,

Valerie Simpson

Valerie Simpson
Principal

C:\Documents and Settings\wakham\My Documents\peacebdp ltr.doc
*Cajon Valley Union School District*

Printed 05/05/2006 07:58

# Student Profile

## Magnolia Elementary

## Chavez, Isaac Gabriel [242249]

Page 1

BIRTHDATE: 12/11/1999 AGE: 6 GENDER: M
TRACK: T 014 2005/06 GRADE: 1 ENTRY DATE: 08/19/2005
ADVISOR: Hayhurst, Sandra EXIT DATE:

**Home Information**

| | | | |
|---|---|---|---|
| HOME ADDRESS: | 751 E Bradley Ave<br>Apt 01<br>El Cajon, CA 92021 | SSN: | |
| | | NICKNAME: | |
| | | ETHNICITY: | Hispanic |
| VERIFIED: | 08/12/2005 | HOME LANG: | Spanish |
| MAIL ADDRESS: | | PRIMARY LANG: | Spanish |
| | | ENGLISH PROF: | Early Advanced (4) |
| | | CITIZENSHIP: | <Unset> |
| PHONE: | (619)449-5480 | COUNTRY: | <Unset> |
| TYPE: | Home Phone | BIRTHPLACE: | |
| EMAIL: | | VERIFICATION: | Birth Certificate |
| URL: | | DOCUMENT #: | |
| | | MARITAL STS: | <Unset> |
| | | TEMP WORK: | |

Printed 05/05/2006 07:57



# Detail Student Attendance

## Magnolia Elementary

**Dates From 08/22/2005 To 05/05/2006**

**Student:** Chavez, Isaac Gabrie
751 E Bradley Ave
Apt 01
El Cajon, CA 92021

**StuID:** 242249
**Grade:** 1
**Tracks:** T 014 05/06

**Counselor:**
**Advisor:** Hayhurst, Sandra

| Date | Sch Trk | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|
| 08/21 - 08/27 | 014 T | | . | . | . | . | . | |
| 08/28 - 09/03 | 014 T | | . | . | . | . | . | |
| 09/04 - 09/10 | 014 T | | Holiday | . | . | . | . | |
| 9/11 - 09/17 | 014 T | | V | . | . | . | . | |
| 09/18 - 09/24 | 014 T | | . | . | . | . | . | |
| 09/25 - 10/01 | 014 T | | . | . | . | . | . | |
| 10/02 - 10/08 | 014 T | | . | V | . | V | . | |
| 10/09 - 10/15 | 014 T | | . | . | . | . | . | |
| 10/16 - 10/22 | 014 T | | . | . | . | . | . | |
| 10/23 - 10/29 | 014 T | | . | . | . | . | . | |
| 10/30 - 11/05 | 014 T | | . | . | . | . | . | |
| 11/06 - 11/12 | 014 T | | . | . | . | . | Holiday | |
| 11/13 - 11/19 | 014 T | | . | . | . | . | . | |
| 11/20 - 11/26 | 014 T | | . | . | Holiday | Holiday | Holiday | |
| 11/27 - 12/03 | 014 T | | . | . | . | . | . | |
| 12/04 - 12/10 | 014 T | | . | . | . | . | . | |
| 12/11 - 12/17 | 014 T | | . | . | . | . | . | |
| 01/08 - 01/14 | 014 T | | . | . | . | . | . | |
| ./15 - 01/21 | 014 T | | Holiday | . | . | . | . | |
| 01/22 - 01/28 | 014 T | | E | E | . | . | . | |
| 01/29 - 02/04 | 014 T | | V | . | . | . | . | |
| 02/05 - 02/11 | 014 T | | . | . | . | . | . | |
| 02/12 - 02/18 | 014 T | | Holiday | . | . | . | . | |
| 02/19 - 02/25 | 014 T | | Holiday | . | . | . | . | |
| 02/26 - 03/04 | 014 T | | . | . | . | . | . | |
| 03/05 - 03/11 | 014 T | | . | . | . | . | . | |
| 03/12 - 03/18 | 014 T | | . | . | . | . | . | |
| 03/19 - 03/25 | 014 T | | . | . | . | . | . | |

# Detail Student Attendance

## Magnolia Elementary

**Dates From 08/22/2005 To 05/05/2006**



**Student:** Chavez, Isaac Gabrie
751 E Bradley Ave
Apt 01
El Cajon, CA 92021

**StuID:** 242249
**Grade:** 1
**Tracks:** T 014 05/06

**Counselor:**
**Advisor:** Hayhurst, Sandra

| Date | Sch Trk | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|
| 03/26 - 04/01 | 014 T | | . | . | . | . | . | |
| 04/16 - 04/22 | 014 T | | . | . | . | . | . | |
| 04/23 - 04/29 | 014 T | | . | . | . | . | . | |
| 1/30 - 05/06 | 014 T | | . | . | . | . | . | |

**Legend and Tally**

| Count | Attendance Type | Count | Attendance Type | Count | Attendance Type |
|---|---|---|---|---|---|
| 2 | E:Excused | 6 | TOTALS | 146 | .:Present |
| 4 | V:Late < 30 Unexcused | | | | |

# 3

[redacted] CHRISTIAN CHURCH
Pastor James J. Garcia
619/463-2241 Pastor's Office

*Jesus Christ the same yesterday, today, and forever — Hebrews 13:8*

June 1, 2004

To Whom It May Concern,
Department of Justice
Immigration and Naturalization Service

Dear Sirs,

The present is written on behalf of Jesus Chavez. Mr. Chavez was born on Oct 8, 1968. He has been an active member in good standing since his baptism in April of 1991. As his pastor I can attest to the fact that Mr. Chavez is a hard working individual who would be an asset to the diverse fabric of these United States of America. He has always shown himself to be a very clean, honest and conscientious person. I highly recommend Mr. Chavez. Mr. Chavez moved to Arizona in November of 2003. If you have any questions, please feel free to contact me at the above number.

Your most humble servant

Rev. James J. García, Pastor
SAN DIEGO CHRISTIAN CHURCH

JJG/sc

Cc: file

1901 MARKET STREET SAN DIEGO CALIFORNIA 92102 USA

# P enix Taber le, Inc.

1241 East Baseline Road • Phoenix, Arizona 042
Tel. (602) 276-6069 • Library (602) 276-0081 • Fax (602) 304-1621 • Pastor's Office (602) 276-2573

REV. BERNIE G. GARCIA SENIOR PASTOR



**Missionary**
*Rev. Paul G. Garcia, Jr.*

**Acting Pastor**
*Bro. John G. Alvarado*
**(English Church)**

**Acting Pastor**
*Bro. Trini Osuna*
**(Spanish Church)**

**Field Associate Pastor**
*Bro. Bernie N.C. Garcia, Jr.*

**MISSIONARIES**
*Bro. Eulalio Ruiz*
*ro. Jose Hernandez Salazar*
*ro. Sergio Navarrete Gomez*

**Administrator**
*Bro. Timothy J. Perez*

**Secretary**
*Bro. Carlos A. Cubillo*

**Treasurer**
*Mr. & Mrs. Eleazar Ruiz*

**hildren's Department**

**Assistant Pastor**
*Bro. Art Magaña*

**Director**
*Bro. Efraim A. Cubillo*


Date: Sunday, May 30, 2004

From: Pastor Bernie G. Garcia

To: Whom It May Concern

Re: Bro. Jesus Chavez
DOB: 10/08/1968

By means of this letter, I Rev. Bernie G. Garcia state that I have known Mr. Jesus Chavez since 1990. Mr. Chavez resided in San Diego, CA, presently he is living in Phoenix, AZ.

Mr. Chavez has been attending this entity since November 15, 2003. Mr. Chavez is a Christian that loves the Lord, a hard working, and responsible man. For further information, please feel free to contact us.

Respectfully,

Rev. Bernie G. Garcia

Rev. Bernie G. Garcia
Senior Pastor
PT, Inc. president

4

Form 1040A — Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return (H) 1993

IRS Use Only—Do not write or staple in this space. OMB No. 1545-0085

**Label** (See page 15.)

Use the IRS label. Otherwise, please print or type.

L A B E L H E R E

Your first name and initial [illegible] — Last name [illegible]

If a joint return, spouse's first name and initial — Last name [illegible]

Home address (number and street). If you have a P.O. box, see page 16. [illegible] St #[illegible] — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. San Diego, CA. 92102

Your social security number [illegible]

Spouse's social security number Applied for

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign Fund** (See page 16.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

## Check the box for your filing status
(See page 16.) Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Figure your exemptions
(See page 19.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.

b ☒ Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than seven dependents, see page 22.

No. of your children on 6c who:
- lived with you
- didn't live with you due to divorce or separation (see page 22)

Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e Total number of exemptions claimed.

Add numbers entered on lines above: 2

## Figure your total income

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 24.

If you are attaching a check or money order, put it on top of any Forms W-2 or 1099-R.

7 Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. — 7 [illegible]

8a Taxable interest income (see page 25). If over $400, also complete and attach Schedule 1, Part I. — 8a

b Tax-exempt interest. DO NOT include on line 8a. — 8b

9 Dividends. If over $400, also complete and attach Schedule 1, Part II. — 9

10a Total IRA distributions. 10a — 10b Taxable amount (see page 26). 10b

11a Total pensions and annuities. 11a — 11b Taxable amount (see page 26). 11b

12 Unemployment compensation (see page 30). — 12

13a Social security benefits. 13a — 13b Taxable amount (see page 30). 13b

14 Add lines 7 through 13b (far right column). This is your **total income.** ▶ 14 [illegible]

## Figure your adjusted gross income

15a Your IRA deduction (see page 32). — 15a

b Spouse's IRA deduction (see page 32). — 15b

c Add lines 15a and 15b. These are your **total adjustments.** — 15c

16 Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $23,050 and a child lived with you, see page 63 to find out if you can claim the "Earned income credit" on line 28c. ▶ 16 [illegible]

Cat. No. 11327A

1993 Form 1040A page 2

Name(s) shown on page 1 | Your social security number

**Figure your standard deduction, exemption amount, and taxable income**

17 Enter the amount from line 16. — 17

18a Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind } Enter number of boxes checked ▶ 18a

b If your parent (or someone else) can claim you as a dependent, check here ▶ 18b ☐

c If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 36 and check here ▶ 18c ☐

19 Enter the **standard deduction** shown below for your filing status. **But if you checked any box on line 18a or b,** go to page 36 to find your standard deduction. **If you checked box 18c,** enter -0-.
- Single—$3,700
- Head of household—$5,450
- Married filing jointly or Qualifying widow(er)—$6,200
- Married filing separately—$3,100

19 6200

20 Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. — 20

21 Multiply $2,350 by the total number of exemptions claimed on line 6e. — 21 4700

22 Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ 22 1875

**Figure your tax, credits, and payments**

If you want the IRS to figure your tax, see the instructions for line 22 on page 37.

23 Find the tax on the amount on line 22. Check if from: ☒ Tax Table (pages 50–55) or ☐ Form 8615 (see page 38). — 23 283

24a Credit for child and dependent care expenses. Complete and attach Schedule 2. — 24a

b Credit for the elderly or the disabled. Complete and attach Schedule 3. — 24b

c Add lines 24a and 24b. These are your **total credits.** — 24c

25 Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. — 25

26 Advance earned income credit payments from Form W-2. — 26

27 Add lines 25 and 26. This is your **total tax.** ▶ 27 283

28a Total Federal income tax withheld. If any tax is from Form(s) 1099, check here. ▶ ☐ — 28a 943

b 1993 estimated tax payments and amount applied from 1992 return. — 28b

c **Earned income credit.** Complete and attach Schedule EIC. — 28c

d Add lines 28a, 28b, and 28c. These are your **total payments.** ▶ 28d 943

**Figure your refund or amount you owe**

29 If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you **overpaid.** — 29 660

30 Amount of line 29 you want **refunded to you.** — 30 660

31 Amount of line 29 you want **applied to your 1994 estimated tax.** — 31

32 If line 27 is more than line 28d, subtract line 28d from line 27. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 42. — 32

33 Estimated tax penalty (see page 43). Also, include on line 32. — 33

**Sign your return**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

▶ Your signature | Date | Your occupation

▶ Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ | E.I. No. | ZIP code

Form **1040A** Department of t[illegible]y—Internal Revenue Service
**U.S. Indiv[illegible]ual Income Tax Return** (H) **1994** [illegible]se Only—Do not write or staple in this space.
OMB No. 1545-0085

**Label** (See page 16.)

Use the IRS label. Otherwise, please print or type.

L A B E L H E R E

| | |
|---|---|
| Your first name and initial [illegible] | Last name [illegible] |
| If a joint return, spouse's first name and initial [illegible] | Last name [illegible] |
| Home address (number and street). If you have a P.O. box, see page 17. [illegible] | Apt. no. [illegible] |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 17. [illegible] | |

Your social security number [illegible]

Spouse's social security number [illegible]

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign Fund** (See page 17.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | [illegible] | |
| If a joint return, does your spouse want $3 to go to this fund? | [illegible] | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Check the box for your filing status** (See page 17.) Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 19.)

**Figure your exemptions** (See page 20.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.

b ☒ **Spouse**

No. of boxes checked on 6a and 6b [illegible]

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than seven dependents, see page 23.

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 23)

Dependents on 6c not entered above

Add numbers entered on lines above [illegible]

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed.

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 25.

Enclose, but do not attach, any payment with your return.

7 Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. 7 [illegible]
8a Taxable interest income (see page 25). If over $400, attach Schedule 1. 8a
b Tax-exempt interest. DO NOT include on line 8a. 8b
9 Dividends. If over $400, attach Schedule 1. 9
10a Total IRA distributions. 10a | 10b Taxable amount (see page 26). 10b
11a Total pensions and annuities. 11a | 11b Taxable amount (see page 27). 11b
12 Unemployment compensation (see page 30). 12
13a Social security benefits. 13a | 13b Taxable amount (see page 31). 13b
14 Add lines 7 through 13b (far right column). This is your **total income.** ▶ 14 [illegible]

**Figure your adjusted gross income**

15a Your IRA deduction (see page 34). 15a
b Spouse's IRA deduction (see page 34). 15b
c Add lines 15a and 15b. These are your **total adjustments.** 15c
16 Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned income credit" on page 44. ▶ 16 [illegible]

Page 2

Cat. No. 11327A



000100

1994 Form 1040A page 2

## Figure your standard deduction, exemption amount, and taxable income

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 17 | Enter the amount from line 16. | 17 | [illegible] |
| 18a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Enter number of boxes checked ▶ | 18a | ☐ |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ | 18b | ☐ |
| c | If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 38 and check here. ▶ | 18c | ☐ |
| 19 | Enter the standard deduction shown below for your filing status. **But if you checked any box on line 18a or b, go to page 38 to find your standard deduction. If you checked box 18c, enter -0-.** • Single—$3,800 • Married filing jointly or Qualifying widow(er)—$6,350 • Head of household—$5,600 • Married filing separately—$3,175 | 19 | [illegible] |
| 20 | Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. | 20 | [illegible] |
| 21 | Multiply $2,450 by the total number of exemptions claimed on line 6e. | 21 | 4900 |
| 22 | Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ | 22 | 9127 |

## Figure your tax, credits, and payments

If you want the IRS to figure your tax, see the instructions for line 22 on page 39.

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 23 | Find the tax on the amount on line 22. Check if from: ☐ Tax Table (pages 62–67) or ☐ Form 8615 (see page 40). | 23 | 1369 |
| 24a | Credit for child and dependent care expenses. Attach Schedule 2. | 24a | |
| b | Credit for the elderly or the disabled. Attach Schedule 3. | 24b | |
| c | Add lines 24a and 24b. These are your **total credits.** | 24c | |
| 25 | Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. | 25 | 1369 |
| 26 | Advance earned income credit payments from Form W-2. | 26 | |
| 27 | Add lines 25 and 26. This is your **total tax.** ▶ | 27 | 1369 |
| 28a | Total Federal income tax withheld. If any tax is from Form(s) 1099, check here. ▶ ☐ | 28a | 1461 |
| b | 1994 estimated tax payments and amount applied from 1993 return. | 28b | |
| c | **Earned income credit.** If required, attach Schedule EIC (see page 44). Nontaxable earned income: amount ▶ and type ▶ | 28c | |
| d | Add lines 28a, 28b, and 28c (don't include nontaxable earned income). These are your **total payments.** ▶ | 28d | [illegible] |

## Figure your refund or amount you owe

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 29 | If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you **overpaid.** | 29 | 92 |
| 30 | Amount of line 29 you want **refunded to you.** | 30 | 92 |
| 31 | Amount of line 29 you want **applied to your 1995 estimated tax.** | 31 | |
| 32 | If line 27 is more than line 28d, subtract line 28d from line 27. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 52. | 32 | |
| 33 | Estimated tax penalty (see page 52). Also, include on line 32. | 33 | |

## Sign your return

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid preparer's use only

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | E.I. No. | |
| | | ZIP code | |

1994 Form 1040A

000101

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (0) **1995** IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0085

**Label** (See page 19.)
Use the IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial: Jesus — Last name: Chavez
Your social security number: 523-60-11[illegible]
If a joint return, spouse's first name and initial: Catalina — Last name: Chavez
Spouse's social security number: [illegible]
Home address (number and street). If you have a P.O. box, see page 19.: 751 E. Bradley Ave — Apt. no.: 21
City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: El Cajon, CA 92021

**For Privacy Act and Paperwork Reduction Act Notice, see page 11.**

**Presidential Election Campaign Fund** (See page 19.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Check the box for your filing status** (See page 20.) Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 22.)

**Figure your exemptions** (See page 22.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.
b ☒ **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

If more than seven dependents, see page 25.

| (1) First name Last name | (2) Dependent's social security number. If born in 1995, see page 25. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
- lived with you ___
- didn't live with you due to divorce or separation (see page 26) ___

Dependents on 6c not entered above ___

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . ▶ ☐
e Total number of exemptions claimed.

Add numbers entered on lines above: 2

**Figure your adjusted gross income**
Attach Copy B of your Forms W-2 and 1099-R here.
If you didn't get a W-2, see page 27.
Enclose, but do not attach, any payment.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. | | 7 20,367 |
| 8a | Taxable interest income (see page 28). If over $400, attach Schedule 1. | | 8a |
| b | Tax-exempt interest. DO NOT include on line 8a. | 8b | |
| 9 | Dividends. If over $400, attach Schedule 1. | | 9 |
| 10a | Total IRA distributions. 10a | 10b Taxable amount (see page 29). | 10b |
| 11a | Total pensions and annuities. 11a | 11b Taxable amount (see page 29). | 11b |
| 12 | Unemployment compensation (see page 32). | | 12 |
| 13a | Social security benefits. 13a | 13b Taxable amount (see page 33). | 13b |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | | 14 20,367 |
| 15a | Your IRA deduction (see page 35). | 15a | |
| b | Spouse's IRA deduction (see page 35). | 15b | |
| c | Add lines 15a and 15b. These are your **total adjustments.** | | 15c |
| 16 | Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $26,673 and a child lived with you (less than $9,230 if a child didn't live with you), see "Earned income credit" on page 47. ▶ | | 16 20,367 |

51A5AAA

Cat. No. 11327A



000102

1995 Form 1040A page 2

**Figure your standard deduction, exemption amount, and taxable income**

17 Enter the amount from line 16. — 17 20,367

18a Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. **Enter number of boxes checked** ▶ 18a ☐

b If your parent (or someone else) can claim you as a dependent, check here . . . ▶ 18b ☐

c If you are married filing separately and your spouse itemizes deductions, see page 40 and check here. . . . ▶ 18c ☐

19 Enter the **standard deduction** shown below for your filing status. **But if you checked any box on line 18a or b,** go to page 40 to find your standard deduction. **If you checked box 18c,** enter -0-.
- Single—$3,900
- Married filing jointly or Qualifying widow(er)—$6,550
- Head of household—$5,750
- Married filing separately—$3,275

19 6,550

20 Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. — 20 13,817

21 Multiply $2,500 by the total number of exemptions claimed on line 6e. — 21 5,000

22 Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ 22 8,817

**Figure your tax, credits, and payments**

If you want the IRS to figure your tax, see the instructions for line 22 on page 41.

23 Find the tax on the amount on line 22. Check if from: ☐ Tax Table (pages 65–70) or ☐ Form 8615 (see page 42). — 23 1,324

24a Credit for child and dependent care expenses. Attach Schedule 2. — 24a

b Credit for the elderly or the disabled. Attach Schedule 3. — 24b

c Add lines 24a and 24b. These are your **total credits.** — 24c

25 Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. — 25 1324

26 Advance earned income credit payments from Form W-2. — 26

27 Household employment taxes. Attach Schedule H. — 27

28 Add lines 25, 26, and 27. This is your **total tax.** ▶ 28 1324

29a Total Federal income tax withheld. If any is from Form(s) 1099, check here. ▶ ☐ — 29a 1,747

b 1995 estimated tax payments and amount applied from 1994 return. — 29b

c **Earned income credit.** Attach Schedule EIC if you have a qualifying child. — 29c

Nontaxable earned income: amount ▶ and type ▶

d Add lines 29a, 29b, and 29c (don't include nontaxable earned income). These are your **total payments.** ▶ 29d 1,747

**Figure your refund or amount you owe**

30 If line 29d is more than line 28, subtract line 28 from line 29d. This is the amount you **overpaid.** — 30 423

31 Amount of line 30 you want **refunded to you.** — 31 423

32 Amount of line 30 you want **applied to your 1996 estimated tax.** — 32

33 If line 28 is more than line 29d, subtract line 29d from line 28. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 55. — 33

34 Estimated tax penalty (see page 55). Also, include on line 33. — 34

**Sign your return**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature — Date 01/24/97 — Your occupation

▶ Spouse's signature. If joint return, BOTH must sign. — Date 01/24/97 — Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶ — Date — Check if self-employed ☒ — Preparer's SSN 5?4 73 735

Firm's name (or yours if self-employed) and address ▶ [illegible] STEELE, 47? Via Artoles San Marcos — EIN — ZIP code 92069

1995 Form 1040A page

Printed on recycled paper

*U.S. Government Printing Office: 1995—389-2

N1A5AAA

17 Enter the amount from line 16. 17 $ 33779

18a Check if: ☐ You were 65 or older ☐ Blind ☐ Spouse was 65 or older ☐ Blind } Enter number of boxes checked ▶ 18a

b If you are married filing separately and your spouse itemizes deductions, see page 26 and check here . . . ▶ 18b ☐

19 Enter the standard deduction for your filing status. But see page 26 if you checked any box on line 18a or b OR someone can claim you as a dependent.
- Single—4,000
- Married filing jointly or Qualifying widow(er)—6,700
- Head of household—5,900
- Married filing separately—3,350

19 $ 6700

20 Subtract line 19 from line 17. If line 19 is more than line 17, enter 0. 20 $ 27079

21 Multiply $2,550 by the total number of exemptions claimed on line 6d. 21 $ 5100

22 Subtract line 21 from line 20. If line 21 is more than line 20, enter 0. This is your **taxable income.** ▶ 22 $ 21979
**If you want the IRS to figure your tax, see page 26.**

23 Find the tax on the amount on line 22 (see page 26). 23 $ 3296

24a Credit for child and dependent care expenses. Attach Schedule 2. 24a $

b Credit for the elderly or the disabled. Attach Schedule 3. 24b $

c Add lines 24a and 24b. These are your **total credits.** 24c $

25 Subtract line 24c from line 23. If line 24c is more than line 23, enter 0. 25 $ 3296

26 Advance earned income credit payments from Form(s) W-2. 26 $

27 Household employment taxes. Attach Schedule H. 27 $

28 Add lines 25, 26, and 27. This is your **total tax.** ▶ 28 $ 3296

29a Total Federal income tax withheld from Forms W-2 and 1099. 29a $ 3342

b 1996 estimated tax payments and amount applied from 1995 return. 29b $

c Earned income credit. Attach Schedule EIC if you have a qualifying child. 29c $
Nontaxable earned income: amount ▶ $ and type ▶

d Add lines 29a, 29b, and 29c (do not include nontaxable earned income). These are your **total payments.** ▶ 29d $ 3342

30 If line 29d is more than line 28, subtract line 28 from line 29d. This is the amount you **overpaid.** 30 $ 46

31a Amount of line 30 you want **refunded to you.** If you want it sent directly to your bank account, see page 35 and fill in 31b, c, and d. 31a $ 46

b Routing number c Type: ☐ Checking ☐ Savings

d Account number

32 Amount of line 30 you want **applied to your 1997 estimated tax.** 32 $

33 If line 28 is more than line 29d, subtract line 29d from line 28. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 36. 33 $

34 Estimated tax penalty (see page 36). 34 $

**Sign here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date 01/24/97 | Your occupation

Keep a copy of this return for your records.

Spouse's signature. If joint return, BOTH must sign. | Date 01/24/97 | Spouse's occupation

**Paid preparer's use only**
Preparer's signature ▶ LUPE STEELE | Date | Check if self-employed ☒ | Preparer's SSN 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
Firm's name (or yours if self-employed) and address ▶ P.O.BOX 1662 Escondido Ca. Escondido Ca. | EIN | ZIP code 92033

Form **1040A** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return (P) 1997
IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0085

**Label** (See page 14.) Use the IRS label. Otherwise, please print in ALL CAPITAL LETTERS.

LABEL HERE

| | | |
|---|---|---|
| Your first name: J. JESUS | Init. | Last name: C H A V E Z |
| If a joint return, spouse's first name | Init. | Last name |
| Home address (number and street). If you have a P.O. box, see page 14: 751 E. Bradley Avenue | | Apt. no.: 41 |
| City, town or post office. If you have a foreign address, see page 14: El Cajon | State: Ca | ZIP code: 92021 |

Your social security number: 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

Spouse's social security number:

**For Privacy Act and Paperwork Reduction Act Notice, see page 42.**

**Presidential Election Campaign Fund** (See page 14.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

1 ☐ Single

2 ☐ Married filing joint return (even if only one had income)

3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶

4 ☒ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 16.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b ☐ **Spouse**

c **Dependents.** If more than six dependents, see page 16.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|---|
| Catalina E | M e n d e z | 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 | family member | 12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of boxes checked on 6a and 6b: 1

No. of your children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see page 17): 0

Dependents on 6c not entered above: 1

Add numbers entered in boxes above ▶ 2

d Total number of exemptions claimed

| Line | Description | | | | Dollars | Cents |
|---|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | | | 7 | 25898 | |
| 8a | **Taxable** interest income. Attach Schedule 1 if required. | | | 8a | 0 | |
| b | **Tax-exempt** interest. DO NOT include on line 8a. | 8b | | | | |
| 9 | Dividends. Attach Schedule 1 if required. | | | 9 | 0 | |
| 10a | Total IRA distributions. | 10a | 10b Taxable amount (see page 19). | 10b | 0 | |
| 11a | Total pensions and annuities. | 11a | 11b Taxable amount (see page 19). | 11b | 0 | |
| 12 | Unemployment compensation. | | | 12 | 0 | |
| 13a | Social security benefits. | 13a | 13b Taxable amount (see page 21). | 13b | 0 | |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | | | 14 | 25898 | |
| 15 | IRA deduction (see page 21). | | | 15 | 0 | |
| 16 | Subtract line 15 from line 14. This is your **adjusted gross income.** If under $29,290 (under $9,770 if a child did not live with you), see the EIC instructions on page 27. ▶ | | | 16 | 25898 | |

Attach Copy B of W-2 and 1099-R here.

Cat. No. 12602S

1997 Form 1040A page 2

| Line | Description | Amount |
|---|---|---|
| 17 | Enter the amount from line 16. | 25898 |
| 18a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Enter number of boxes checked ▶ 18a | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 23 and check here ▶ 18b ☐ | |
| 19 | Enter the **standard deduction** for your filing status. **But** see page 24 if you checked any box on line 18a or 18b **OR** someone can claim you as a dependent. • Single—4,150 • Married filing jointly or Qualifying widow(er)—6,900 • Head of household—6,050 • Married filing separately—3,450 | 6050 |
| 20 | Subtract line 19 from line 17. If line 19 is more than line 17, enter 0. | 19848 |
| 21 | Multiply $2,650 by the total number of exemptions claimed on line 6d. | 5200 |
| 22 | Subtract line 21 from line 20. If line 21 is more than line 20, enter 0. This is your **taxable income.** If you want the IRS to figure your tax, see page 24. ▶ | 14648 |
| 23 | Find the tax on the amount on line 22 (see page 24). | 2194 |
| 24a | Credit for child and dependent care expenses. Attach Schedule 2. 24a | 0 |
| b | Credit for the elderly or the disabled. Attach Schedule 3. 24b | 0 |
| c | Adoption credit. Attach Form 8839. 24c | 0 |
| d | Add lines 24a, 24b, and 24c. These are your **total credits.** | 0 |
| 25 | Subtract line 24d from line 23. If line 24d is more than line 23, enter 0. | 2194 |
| 26 | Advance earned income credit payments from Form(s) W-2. | 0 |
| 27 | Household employment taxes. Attach Schedule H. | 0 |
| 28 | Add lines 25, 26, and 27. This is your **total tax.** ▶ | 2194 |
| 29a | Total Federal income tax withheld from Forms W-2 and 1099. 29a | 2453 |
| b | 1997 estimated tax payments and amount applied from 1996 return. 29b | 0 |
| c | Earned income credit. Attach Schedule EIC if you have a qualifying child. 29c | 0 |
| d | Nontaxable earned income: amount ▶ and type ▶ | |
| e | Add lines 29a, 29b, and 29c. These are your **total payments.** ▶ 29e | 2453 |
| 30 | If line 29e is more than line 28, subtract line 28 from line 29e. This is the amount you **overpaid.** | 259 |
| 31a | Amount of line 30 you want **refunded to you.** If you want it directly deposited, see page 33 and fill in 31b, 31c, and 31d. | 259 |
| b | Routing number; c Type: ☐ Checking ☐ Savings | |
| d | Account number | |
| 32 | Amount of line 30 you want **applied to your 1998 estimated tax.** 32 | |
| 33 | If line 28 is more than line 29e, subtract line 29e from line 28. This is the **amount you owe.** For details on how to pay, see page 34. | 0 |
| 34 | Estimated tax penalty (see page 34). 34 | |

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date: 5/3/99 | Your occupation |
|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation |

**Paid preparer's use only**

| Preparer's signature | Date: 5/3/99 | Check if self-employed ☐ | Preparer's SSN: 553 35 5 6077 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | EIN | |
| | | ZIP code | |

Printed on recycled paper

Form **1040A** Department of the Treasury—Internal Revenue Service

# U.S. Individual Income Tax Return (U) 1998

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 18.)

**Use the IRS label.** Otherwise, please print or type.

L A B E L H E R E

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| J JESUS | CHAVEZ | 968 : 80 : 0183 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | : : |
| Home address (number and street). If you have a P.O. box, see page 19. 751 E. Bradley Avenue | Apt. no. 41 | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. El Cajon Ca. 92021 | | |

**▲ IMPORTANT! ▲** You must enter your SSN(s) above.

**Presidential Election Campaign Fund** (See page 19.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

## Filing status

Check only one box.

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 21.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b ☐ **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

If more than seven dependents, see page 21.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualified child for child tax credit (see page 22) |
|---|---|---|---|---|
| Catalina | Mendez | 612 : 50 : 2437 | family member | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see page 23): 0

Dependents on 6c not entered above: 1

Add numbers entered on lines above: 2

d Total number of exemptions claimed.

## Income

Attach Copy B of your Forms W-2 and 1099-R here.

If you did not get a W-2, see page 24.

Enclose, but do not staple, any payment.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | | 7 | 35.187 |
| 8a | **Taxable** interest. Attach Schedule 1 if required. | | 8a | 0 |
| b | **Tax-exempt** interest. DO NOT include on line 8a. | 8b | | |
| 9 | Ordinary dividends. Attach Schedule 1 if required. | | 9 | 0 |
| 10a | Total IRA distributions. 10a | 10b Taxable amount (see page 24). | 10b | 0 |
| 11a | Total pensions and annuities. 11a | 11b Taxable amount (see page 25). | 11b | 0 |
| 12 | Unemployment compensation. | | 12 | 0 |
| 13a | Social security benefits. 13a | 13b Taxable amount (see page 27). | 13b | 0 |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | | 14 | 35.187 |

## Adjusted gross income

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 15 | IRA deduction (see page 28). | 15 | | |
| 16 | Student loan interest deduction (see page 28). | 16 | | |
| 17 | Add lines 15 and 16. These are your **total adjustments.** | | 17 | 0 |
| 18 | Subtract line 17 from line 14. This is your **adjusted gross income.** If under $30,095 (under $10,030 if a child did not live with you), see the EIC instructions on page 36. ▶ | | 18 | 35.187 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 49.** Cat. No. 14089Z 1998 Form 1040A

0

1998 Form 1040A page 2

**Taxable income**

| | | | |
|---|---|---|---|
| 19 | Enter the amount from line 18. | 19 | 35,187 |
| 20a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Enter number of boxes checked ▶ | 20a | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 30 and check here . . . . . . . ▶ | 20b ☐ | |
| 21 | Enter the **standard deduction** for your filing status. **But** see page 31 if you checked any box on line 20a or 20b **OR** if someone can claim you as a dependent. • Single—$4,250 • Married filing jointly or Qualifying widow(er)—$7,100 • Head of household—$6,250 • Married filing separately—$3,550 | 21 | 6250 |
| 22 | Subtract line 21 from line 19. If line 21 is more than line 19, enter -0-. | 22 | 28933 |
| 23 | Multiply $2,700 by the total number of exemptions claimed on line 6d. | 23 | 5400 |
| 24 | Subtract line 23 from line 22. If line 23 is more than line 22, enter -0-. This is your **taxable income.** ▶ | 24 | 23533 |

**Tax, credits, and payments**

| | | | | | |
|---|---|---|---|---|---|
| 25 | Find the tax on the amount on line 24 (see page 31). | | | 25 | 3529 |
| 26 | Credit for child and dependent care expenses. Attach Schedule 2. | 26 | | | |
| 27 | Credit for the elderly or the disabled. Attach Schedule 3. | 27 | | | |
| 28 | Child tax credit (see page 32). | 28 | | | |
| 29 | Education credits. Attach Form 8863. | 29 | | | |
| 30 | Adoption credit. Attach Form 8839. | 30 | | | |
| 31 | Add lines 26 through 30. These are your **total credits.** | | | 31 | 0 |
| 32 | Subtract line 31 from line 25. If line 31 is more than line 25, enter -0-. | | | 32 | 3529 |
| 33 | Advance earned income credit payments from Form(s) W-2. | | | 33 | 0 |
| 34 | Add lines 32 and 33. This is your **total tax.** ▶ | | | 34 | 3529 |
| 35 | Total Federal income tax withheld from Forms W-2 and 1099. | 35 | 3514 | | |
| 36 | 1998 estimated tax payments and amount applied from 1997 return. | 36 | 0 | | |
| 37a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. | 37a | 0 | | |
| b | Nontaxable earned income: amount ▶ and type ▶ | | 0 | | |
| 38 | Additional child tax credit. Attach Form 8812. | 38 | 0 | | |
| 39 | Add lines 35, 36, 37a, and 38. These are your **total payments.** ▶ | | | 39 | 3514 |

**Refund**

Have it directly deposited! See page 43 and fill in 41b, 41c, and 41d.

| | | | |
|---|---|---|---|
| 40 | If line 39 is more than line 34, subtract line 34 from line 39. This is the amount you **overpaid.** | 40 | 15 |
| 41a | Amount of line 40 you want **refunded to you.** | 41a | 0 |
| b | Routing number ☐☐☐☐☐☐☐☐☐ c Type: ☐ Checking ☐ Savings | | |
| d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |
| 42 | Amount of line 40 you want **applied to your 1999 estimated tax.** 42 | | |

**Amount you owe**

| | | | |
|---|---|---|---|
| 43 | If line 34 is more than line 39, subtract line 39 from line 34. This is the **amount you owe.** For details on how to pay, see page 44. | 43 | 15 |
| 44 | Estimated tax penalty (see page 44). 44 | | |

**Sign here**

Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of m knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaratic of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date 5/3/99 | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation | ( ) |

**Paid preparer's use only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 5/3/99 | Check if self-employed ☐ | Preparer's social security n 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 |
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

Form 1040 Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return 1999** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending

OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type. LABEL HERE

J JESUS CHAVEZ-TEJA
751 E BRADLEY AVE APT 41
EL CAJON, CA 92021

Your social security number: 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
Spouse's social security no.

▲ You must enter your SSN(s). ▲

Presidential Election Campaign ▶ Do you want $3 to go to this fund? Yes: X
If a joint return, does your spouse want $3 to go to this fund?

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4. [X] Head of household (with qualifying person). (See inst.) If the qualifying person is a child but not your dependent, enter child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19 ). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a — No. of boxes checked on 6a and 6b: 1

b [ ] Spouse

c Dependents: If more than six dependents, see instructions.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| ISAAC G. CHAVEZ | 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 | SON | X |
| CATALINA E. MENDEZZORRILA | 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 | OTHER | |

No. of your children on 6c who: • lived with you: 2
• did not live with you due to divorce or separation (see inst.)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 3

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 30,613. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see inst.) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see inst.) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 30,613. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see inst.) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 33 | 30,613. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Preparers Edition Form **1040** (1999)

J JESUS CHAVEZ-TEJA 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

Form 1040 (1999) Page 2

| | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | | 34 | 30,613. |
| | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | | | |
| **Standard Deduction for Most People** Single: $4,300 Head of household: $6,350 Married filing jointly or Qualifying widow(er): $7,200 Married filing separately: $3,600 | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | | 36 | 9,367. |
| | 37 | Subtract line 36 from line 34 | | | 37 | 21,246. |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | | | 38 | 8,250. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 12,996. |
| | 40 | **Tax** (see inst.). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | | 40 | 1,946. |
| | 41 | Credit for child & dependent care expenses. Attach Form 2441 | 41 | | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| | 43 | Child tax credit (see instructions) | 43 | 500. | | |
| | 44 | Education credits. Attach Form 8863 | 44 | | | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form | 47 | | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | | | 48 | 500. |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | | 49 | 1,446. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | | | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | | | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | | | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | | | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | | | 56 | 1,446. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 2,843. | | |
| | 58 | 1999 estimated tax payments & amt. applied from 1998 return | 58 | | | |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | | | |
| | b | Nontaxable earned income: amt. ▶ & type ▶ NO | 59a | | | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| | 61 | Amount paid with request for extension to file (see instructions) | 61 | | | |
| | 62 | Excess social security and RRTA tax withheld (see instructions) | 62 | | | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 2,843. |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | | | 65 | 1,397. |
| Have it directly deposited! See inst. and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | | 66a | 1,397. |
| | ▶ b | Routing no. 121000358 ▶ c Type: ☐ Checking ☒ Savings | | | | |
| | ▶ d | Account no. 0900502195 | | | | |
| | 67 | Amt. of line 65 you want **APPLIED TO YOUR 2000 EST. TAX** ▶ | 67 | | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see instructions ▶ | | | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation CONSTRUCTION PAIN | Daytime telephone number (optional) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | C-M&M BOOKKEEPING TAX SERVICE 3753 Andrews Court San Diego, CA | | EIN 33-0474321 ZIP code 92154-2405 |

Form **1040** Department of the Tr[easury] Internal Revenue Service **U.S. Individua[l In]come Tax Return** **2002** (99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1- Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type. LABEL HERE

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA

751 E BRADLEY AVE APT 41
EL CAJON CA 92021

Your social security number 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

Spouse's social security no. 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

You must enter your SSN(s) above.

**Presidential Election Campaign** Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? You [X] Yes [ ] No Spouse [X] Yes [ ] No

**Filing Status** Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not check box 6a**

b [X] **Spouse**

c Dependents: If more than five dependents, see inst.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |
| | | | |

No. of boxes checked on 6a and 6b: 2
No. of children on 6c who: ● lived with you: 2
● did not live with you due to divorce or separation (see inst.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ▶ 4

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 39,883. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 351. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see inst.) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 40,234. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see instructions) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid b Recipient's SSN ▶ | 33a | |
| 34 | Add lines 23 through 33a | 34 | |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35 | 40,234. |

2 1040 12
TWF 2756
Copyright Forms (Software Only) - 2002 TW NL

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** JVA Preparers Edition Form **1040** (2002)

Form 1040 (2002) J JESUS [redacted]EZ-TEJA & CATALINA MEND[redacted]9-80-0183 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 36 | Amount from line .. .djusted gross income) | | 40,234. |
| 37a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b ☐ | | |
| 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 14,216. |
| 39 | Subtract line 38 from line 36 | | 26,018. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | | 12,000. |
| 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | | 14,018. |
| 42 | Tax (see inst.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 1,504. |
| 43 | Alternative minimum tax (see instructions). Attach Form 6251 | | |
| 44 | Add lines 42 and 43 ▶ | | 1,504. |
| 45 | Foreign tax credit. Attach Form 1116 if required | | |
| 46 | Credit for child & dependent care expenses. Attach Form 2441 | | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 48 | Education credits. Attach Form 8863 | | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | | |
| 50 | Child tax credit (see instructions) | 1,200. | |
| 51 | Adoption credit. Attach Form 8839 | | |
| 52 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | | |
| 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | | |
| 54 | Add lines 45 through 53. These are your total credits | | 1,200. |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | | 304. |

Standard Deduction for -- • People who checked any box on line 37a or 37b or who can be claimed as dependent, see inst. • All others: Single, $4,700; Head of household, $6,900; Married filing jointly or Qualifying widow(er), $7,850; Married filing separately, $3,925

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | |
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 58 | Tax on qualified plans, including IRAs, & other tax-favored accts. Attach Form 5329 if required | |
| 59 | Advance earned income credit payments from Form(s) W-2 | |
| 60 | Household employment taxes. Attach Schedule H | |
| 61 | Add lines 55 through 60. This is your total tax ▶ | 304. |

2 10401:2 TWF 1C20 Copyright Forms (Software Only) - 2002 TWNL

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 3,051. | |
| 63 | 2002 estimated tax payments & amt. applied from 2001 return | | |
| 64 | Earned income credit (EIC) | | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see inst.) | | |
| 66 | Additional child tax credit. Attach Form 8812 | | |
| 67 | Amount paid with request for extension to file (see instructions) | | |
| 68 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | | |
| 69 | Add lines 62 through 68. These are your total payments ▶ | | 3,051. |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | Amount |
|---|---|---|
| 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 2,747. |
| 71a | Amount of line 70 you want refunded to you ▶ | 2,747. |

Direct deposit? See inst. and fill in 71b, 71c, and 71d.
▶ b Routing no. BANK PRODUCT ▶ c Type: ☐ Checking ☐ Savings
▶ d Account no. APPLIED FOR
72 Amt. of line 70 you want applied to your 2003 estimated tax ▶ 72

## Amount You Owe

73 Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions ▶ 73
74 Estimated tax penalty (see instructions) 74

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation: CONSTRUCTION PAINT | Daytime phone number: 619-528-0428
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: HOMEMAKER

## Paid Preparer's Use Only

Preparer's signature ▶ | Date: 03/05/2003 | Check if self-employed ☒ | Preparer's SSN or PTIN: 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
Firm's name (or yours if self-employed), address, & ZIP code ▶ C-M&M BOOKKEEPING TAX SERVICES, 3753 ANDREWS COURT, SAN DIEGO CA 92154- | EIN: 33-0474321 | Phone no. 619-662-2134

Form 1040 Department of the Treasury- Internal Revenue Service
U.S. Individual Income Tax Return 2003 (99) IRS Use Only- Do not write or staple in this space

Label (See instructions)
Use the IRS label. Otherwise, please print or type.

For the year Jan. 1- Dec. 31, 2003, or other tax year beginning ,2003, ending ,20 | OMB No. 1545- 0074

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA
601 E SOUTH MOUNTAIN AVE A NO8
PHOENIX AZ 85042-

Your social security number: 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
Spouse's soc. sec. number: 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

**Important!** You must enter your SSN(s) above.

Presidential Election Campaign (See instructions)
Note. Checking "Yes" will not change your tax or reduce your refund
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [X] Yes [ ] No — Spouse: [X] Yes [ ] No

**Filing Status** Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of Household (with qualifying person). (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse

No. of boxes checked on 6a and 6b: 2
No. of children on 6c who:
• lived with you: 2
• did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above: 4

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |

If more than five dependents see instr.

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040- V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 16,772. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 502. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a; b Taxable amount (see instructions) | 15b | |
| 16a | Pensions and annuities — 16a; b Taxable amount (see instructions) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 22 | 17,274. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid b Recipient's SSN | 32a | |
| 33 | Add lines 23 through 32a | 33 | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income | 34 | 17,274. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. Form 1040 (2003)

Form **1040** Department of the Treasury-Internal Revenue Service **U.S. Individual Income Tax Return 2004** (99) IRS Use Only-Do not write or staple in this space

For the year Jan. 1-Dec. 31, 2004, or other tax year beginning ,2004, ending ,20 | OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type. LABEL HERE

Name Spouse's Name (if Joint Return) Home Address City, State, and ZIP Code

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA

601 E SOUTH MOUNTAIN AVE A NO8
PHOENIX AZ 85042

**Your social security number** 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

**Spouse's soc. sec. number** 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

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See instructions.) **Note.** Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You [X] Yes [ ] No; Spouse [X] Yes [ ] No

**Filing Status** Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a
b [X] **Spouse**

Boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |

If more than four dependents, see instr.

No. of children on 6c who: • lived with you 2; • did not live with you due to divorce or separation (see instr.) 0

Dependents on 6c not entered above 0

d Total number of exemptions claimed — Add numbers on lines above ▶ 4

**Income**

Attach Forms W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 16,206. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a — b Taxable amount (see instructions) | 15b | |
| 16a | Pensions and annuities — 16a — b Taxable amount (see instructions) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 16,206. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | IRA deduction (see instructions) | 25 | |
| 26 | Student loan interest deduction (see instructions) | 26 | |
| 27 | Tuition and fees deduction (see instructions) | 27 | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | |
| 29 | Moving expenses. Attach Form 3903 | 29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | |
| 31 | Self-employed health insurance deduction (see instr.) | 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | |
| 33 | Penalty on early withdrawal of savings | 33 | |
| 34a | Alimony paid b Recipient's SSN ▶ | 34a | |
| 35 | Add lines 23 through 34a | 35 | |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 36 | 16,206. |

Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved. US1040$1 Rev. 1

Form 1040 (2004) J JESUS CHAVEZ-TEJA & CATALINA MEND 7 48-0514 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 | 16,206. |
| | 38a | Check if: ☐ **You** were born before January 2, 1940, ☐ Blind. ☐ **Spouse** was born before January 2, 1940, ☐ Blind. **Total boxes checked** ▶ 38a ☐ | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | | |
| | 39 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 39 | 9,700. |
| | 40 | Subtract line 39 from line 37 | 40 | 6,506. |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see instructions. | 41 | 12,400. |
| | 42 | **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 0 |
| | 43 | **Tax** (see instr.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 43 | |
| | 44 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 44 | |
| | 45 | Add lines 43 and 44 ▶ | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required — 46 | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 — 47 | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R — 48 | | |
| | 49 | Education credits. Attach Form 8863 — 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 — 50 | | |
| | 51 | Child tax credit (see instructions) — 51 | | |
| | 52 | Adoption credit. Attach Form 8839 — 52 | | |
| | 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 — 53 | | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify ____ — 54 | | |
| | 55 | Add lines 46 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | 61 | |
| | 62 | Add lines 56 through 61. This is your **total tax** ▶ | 62 | |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 — 63: 330. | | |
| | 64 | 2004 estimated tax pymts and amt applied from 2003 return — 64 | | |
| | 65a | **Earned income credit (EIC)** — 65a: 4,050. | | |
| | b | Nontaxable combat pay election ▶ 65b | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see inst) — 66 | | |
| | 67 | Additional child tax credit. Attach Form 8812 — 67: 818. | | |
| | 68 | Amount paid with request for extension to file (see inst) — 68 | | |
| | 69 | Other pymts. from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 — 69 | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | 70 | 5,198. |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 | 5,198. |
| | 72a | Amount of line 71 you want **refunded to you** ▶ | 72a | 5,198. |
| | b | Routing number 122101706 ▶ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number 004659852333 | | |
| | 73 | Amount of line 71 you want **applied to your 2005 est. tax** ▶ 73 | | |
| **Amount You Owe** | 74 | **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see instructions ▶ | 74 | |
| | 75 | Estimated tax penalty (see instructions) — 75 | | |

Standard Deduction for – • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instr. • All others: Single, or Married filing separately, $4,850; Married filing jointly or Qualifying widow(er), $9,700; Head of household, $7,150

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

If you have a qualifying child, attach Schedule EIC.

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here** — Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See instr. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CONSTRUCTION PAINTER | 619-729-7995 |
| Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation | |
| | | HOMEMAKER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 03/15/2005 | Check if self-employed ☒ | Preparer's SSN or PTIN P61935339 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | C-M&M BOOKKEEPING TAX SERVICES | EIN | 33-0474321 |
| | 3753 ANDREWS COURT | | |
| | SAN DIEGO CA 92154-2405 | Phone no. | 619-662-2134 |

BCA Copyright form software only, 2004 Universal Tax Systems, Inc. All rights reserved. US1040$2 Rev. 1 Form **1040** (2004)

Forma 1040 Department of the Treasury-Internal Revenue Service
**Declaracion de Impuestos Individuales de los EU 2005** (99) Uso exclusivo del IRS - No escriba o engrape este espacio

Para el ano Enero 1-Diciembre 31, 2005, u otro ano comenzando ,2005, terminando ,20 OMB No. 1545-0074

**Etiqueta** (Vea instrucciones) Use la etiqueta Del IRS. De lo contrario utilice letra imprenta. LABEL HERE

Nombre Si es una declaracion conjunta, nombre del conyuge — Direccion (numero y calle) — Ciudad, pueblo o oficina postal, estado, y codigo postal

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA

751 E BRADLEY AVE APT 1
EL CAJON CA 92021-

Su Numero de Seguro Social: 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
Numero de Seguro Social Conyuge: 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
▲ Usted debe ingresar su SSN arriba. ▲

**Campana Eleccion Presidencial** ▶ Marque aqui si usted, o su conyuge si presentan conjuntamente, quieren $3 para ir a este fondo (vea instrucciones) ▶ [X] Usted [X] Conyuge
Marcando una caja abajo no cambia su impuesto o reembolso.

**Estado Civil** Marque solo una casilla.
1 [ ] Soltero
2 [X] Casado declarando conjuntamente (aun si solo uno tuvo ingreso)
3 [ ] Casado declarando por separado. Ingrese el SSN del conyuge arriba y el nombre completo aqui. ▶
4 [ ] Cabeza de Familia (con persona calificada) (vea instrucciones) Si la persona que califica es un nino pero no su dependiente, ingrese el nombre del nino aqui. ▶
5 [ ] Viudo(a) que califica con nino dependiente (vea instrucciones)

**Exenciones**
6a [X] Ud Si alguien mas lo puede reclamar como dependiente, no marque la casilla 6a.
b [X] Conyuge
Las casillas marcadas en la 6a y 6b: 2
c Dependientes:

Si mas de cuatro dependientes, vea instr.

| (1) Primer Nombre Apellido | (2) Dependientes numero de seguro social | (3) Relacion del Dependiente con usted | (4) √ si es nino que califica para credito tributario por hijos (vea instr.) |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |

No. de ninos en la 6c: • vivio con usted: 2
• no vivio con usted debido a divorcio o separacion (vea instrucciones): 0
Dependientes en 6C No ingresados arriba: 0
Sume los numeros en las lineas anteriores ▶ 4

d Total de exenciones reclamadas

**Ingreso**

Adjunte la(s) Forma(s) W-2 aqui. Tambien adjunte Formas W-2G y 1099-R si hay impuesto retenido.

Si Ud no tiene una Forma W-2 vea instrucciones

Adjunte sin engrapar en este documento, cualquier tipo de pago. Favor use tambien Forma 1040-V.

| Linea | Descripcion | | Monto |
|---|---|---|---|
| 7 | Sueldos, salarios, propinas, etc. Adjunte Forma(s) W-2 | 7 | 30,740. |
| 8a | Interes tributable. Adjunte el Anexo B si se requiere | 8a | |
| b | Interes exento de impuestos. No incluya en linea 8a ... 8b | | |
| 9a | Dividendos ordinarios. Adjunte Anexo B si se requiere | 9a | |
| b | Dividendos calificados (vea instrucciones) ... 9b | | |
| 10 | Reembolsos tributables, creditos, o compensaciones de impuestos locales o estatales (vea instrucciones) | 10 | |
| 11 | Pension conyugal recibida | 11 | |
| 12 | Ingresos (o perdidas) de negocios. Adjunte Anexo C o C-EZ | 12 | |
| 13 | Ganancias (o perdidas) de capital. Si se requiere, adjunte Anexo D. Si no se requiere, marque aqui ▶ [ ] | 13 | |
| 14 | Otras ganancias (o perdidas). Adjunte Forma 4797 | 14 | |
| 15a | Distribuciones IRS ... 15a — b Cantidad tributable (vea inst.) | 15b | |
| 16a | Pensiones y anualidades ... 16a — b Cantidad tributable (see inst.) | 16b | |
| 17 | Renta de bienes inmuebles, regalias, asociaciones, corporaciones S, fideicomisos, etc. Adjunte Anexo E. | 17 | |
| 18 | Ingresos (o perdidas) agricolas. Adjunte el Anexo F | 18 | |
| 19 | Compensacion por desempleo | 19 | |
| 20a | Beneficios del seguro social ... 20a — b Cantidad tributable (vea inst.) | 20b | |
| 21 | Otros ingresos. Listar tipo y cantidad (see instr.) | 21 | |
| 22 | Sume las cantidades en la columna de la derecha para as lineas 7 a la 21. Este es su ingreso total ▶ | 22 | 30,740. |

**Ingreso Bruto Ajustado**

| Linea | Descripcion | | Monto |
|---|---|---|---|
| 23 | Gastos del docente (vea instrucciones) | 23 | |
| 24 | Ciertos gastos de negocio de reservistas, artistas calificados y funcionarios del gobierno con honorarios. Adjuntar Forma 2106 o Forma 2106-EZ | 24 | |
| 25 | Deduccion de cuentas de ahorro para la salud. Adjunte Forma 8889 | 25 | |
| 26 | Gastos de mudanza. Adjunte Forma 3903 | 26 | 558. |
| 27 | Mitad del impuesto sobre trabajo por cuenta propia. Adjuntar Anexo SE | 27 | |
| 28 | SEP del trabajador por cuenta propia, SIMPLE y planes calificados | 28 | |
| 29 | Deduccion de seguro de salud para el trabajador por cuenta propia (vea instrucciones) | 29 | |
| 30 | Multa por retiro prematuro de fondos de cuenta de ahorro | 30 | |
| 31a | Pension conyugal pagada. b SSN del beneficiario ▶ | 31a | |
| 32 | Educcion IRA (vea instrucciones) | 32 | |
| 33 | Deduccion por interes de prestamo estudiantil (vea instr.) | 33 | |
| 34 | Deduccion por matricula y cuotas (vea instrucciones) | 34 | |
| 35 | Deduccion de actividades de produccion domestica. Adjunte Forma 8903 | 35 | |
| 36 | Sume lineas 23 hasta la 31a y 32 hasta la 35 | 36 | 558. |
| 37 | Reste la linea 36 de la linea 22. Este es su ingreso bruto ajustado ▶ | 37 | 30,182. |

Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.
US1040$1 Rev. 1

Forma 1040 (2005) J JESUS CHAVEZ-TEJA & CATALINA MEND -48-0514 Pagina 2

## Impuesto y Creditos

Deduccion Estandar Para -
* Personas que marcaron alguna casilla en la linea 39a o 39b o quien puede ser reclamado como un dependiente, vea instrucciones.
* Todos los demas: Soltero o casado declarando por separado, $5,000
Casado declarando conjuntamente o Viudo que califica $10,000
Cabeza de Familia $7,300

| Linea | Descripcion | | Cantidad |
|---|---|---|---|
| 38 | Cantidad de la linea 37 (ingreso bruto ajustado) | 38 | 30,182. |
| 39a | Marque Si: ☐ Usted nacio antes del 2 de enero, 1941 ☐ Ciego; ☐ Conyuge nacio antes del 2 de enero, 1941 ☐ Ciego. Total de cajas marcadas ▶ 39a | | |
| b | Si su conyuge detalla en una declaracion separada o si Ud. es un extranjero con doble estado, vea instrucciones y marque aqui ▶ 39b ☐ | | |
| 40 | Deducciones detalladas (del Anexo A) o su deduccion estandar (vea el margen izquierdo) | 40 | 18,335. |
| 41 | Reste la linea 40 de la linea 38 | 41 | 11,847. |
| 42 | Si la linea 38 es mayor de $109,475, o proporciono alojamiento a una persona desplazada por el huracn Katrina vea instr. De lo contrario, multiplique $3,200 por el numero total de exenciones reclamadas en la linea 6d | 42 | 12,800. |
| 43 | Ingreso tributable. Reste la linea 42 de la linea 41. Si la linea 42 es mayor que la linea 41, ingrese -0- | 43 | 0 |
| 44 | Impuesto (vea instr.). Marque si algun impuesto es de la forma: a ☐ Forma(s) 8814 b ☐ Forma 4972 | 44 | |
| 45 | Impuesto minimo alternativo (vea instrucciones). Adjunte la Forma 6251 | 45 | |
| 46 | Sume las lineas 44 y 45 ▶ | 46 | |
| 47 | Credito por impuesto extranjero. Adjunte la Forma 1116 si se requiere | 47 | |
| 48 | Credito por gastos de cuidado de menores y dependientes. Adjunte Forma 2441 | 48 | |
| 49 | Credito por ancianos o personas incapacitadas. Adjunte Anexo R | 49 | |
| 50 | Credito por educacion. Adjunte la Forma 8863 | 50 | |
| 51 | Credito por contribucion a cuenta de ahorro de jubilacion. Adjunte Forma 8880 | 51 | |
| 52 | Credito tributario por hijos (vea instrucciones). Adjunte Forma 8901 si se requiere | 52 | |
| 53 | Credito por adopcion. Adjunte Forma 8839 | 53 | |
| 54 | Credito de: a ☐ Forma 8396 b ☐ Forma 8859 | 54 | |
| 55 | Otros creditos. Marque la(s) casilla(s) aplicable(s): a ☐ Forma 3800 b ☐ Forma 8801 c ☐ Forma ______ | 55 | |
| 56 | Sume las lineas 47 a la 55. Este es el total de sus creditos | 56 | |
| 57 | Reste la linea 56 de la linea 46. Si la linea 56 es mayor que la linea 46, ingrese -0- ▶ | 57 | |

## Otros Impuestos

| Linea | Descripcion | | Cantidad |
|---|---|---|---|
| 58 | Impuesto por trabajo por cuenta propia. Adjunte Anexo SE | 58 | |
| 59 | Impuesto por Seguro Social y Medicare por ingreso de propinas no reportadas al empleador. Adjunte Forma 4137 | 59 | |
| 60 | Impuesto adicional a cuenta IRA's, otros planes calificados de jubilacion, etc. Adjunte Forma 5329 si se requiere. | 60 | |
| 61 | Pago por adelantado del credito por ingreso del trabajo de la(s) Forma(s) W-2 | 61 | |
| 62 | Impuesto por empleados domesticos. Adjunte el Anexo H | 62 | |
| 63 | Sume las lineas 57 hasta la 62. Este es su impuesto total ▶ | 63 | |

## Pagos

Si Ud tiene un nino que califica, adjunte el Anexo EIC.

| Linea | Descripcion | | Cantidad | | Total |
|---|---|---|---|---|---|
| 64 | Impuesto federal retenido de las Formas W-2 y 1099 | 64 | 1,159. | | |
| 65 | Pagos del 2005 por impuesto estimado y monto aplicado de la declaracion del 2004 | 65 | | | |
| 66a | Credito por Ingreso del trabajo (EIC) | 66a | 1,377. | | |
| b | Eleccion por ingreso no tributable de combate ▶ 66b | | | | |
| 67 | Impuesto retenido en exceso por Seguro Social y el programa RRTA Tier (vea instrucciones) | 67 | | | |
| 68 | Credito tributable adiciona por hijos. Adjunte Forma 8812 | 68 | 2,000. | | |
| 69 | Cantidad pagada con la peticion de extension para declarar (vea instr.) | 69 | | | |
| 70 | Pagos de: a ☐ Forma 2439 b ☐ Forma 4136 c ☐ Forma 8885 | 70 | | | |
| 71 | Sume las lineas 64, 65, 66a, y 67 hasta la 70. Esta es su cantidad total de pagos ▶ | | | 71 | 4,536. |

## Reembolso

Deposito Directo? Vea instrucciones y llene 73b, 73c, y 73d.

| Linea | Descripcion | | Cantidad |
|---|---|---|---|
| 72 | Si la linea 71 es mayor que la linea 63, reste la linea 63 de la linea 71. Esta es la cantidad pagada en exceso | 72 | 4,536. |
| 73a | Monto de la linea 72 que desea le sea reembolsado ▶ | 73a | 4,536. |
| b | Numero de ruta: BANK PRODUCT ▶ c Tipo: ☒ Cuenta de Cheques ☐ Cuenta de ahorros | | |
| d | Numero de cuenta: APPLIED FOR | | |
| 74 | Monto de la linea 72 que usted desea sea aplicado a su impuesto estimado del 2006 ▶ 74 | | |

## Cantidad a Pagar

| Linea | Descripcion | | Cantidad |
|---|---|---|---|
| 75 | Cantidad que usted debe. Reste la linea 71 de la linea 63. Para detalles sobre como pagar, vea instr. ▶ | 75 | |
| 76 | Multa fiscal estimada (vea instrucciones) 76 | | |

## Designacion 3ra Persona

Desea permitir que otra persona discuta informacion de esta declaracion con el IRS (vea instr.)? ☐ Si. ☒ No
Nombre del designado ▶ No telefono ▶ Numero de indentificacion personal (PIN) ▶

## Firme Aqui

Declaracion Conjunta? Vea instr. Retenga una copia para sus archivos.

Bajo pena de perjurio, declaro que he examinado esta declaracion con los documentos adjuntos, y que a mi mejor entender y opinion, son veridicos, correctos, y completos. La declaracion del preparador (aparte del contribuyente) esta basada en la informacion conocida por el preparador.

| Su Firma | Fecha | Su oficio | Telefono durante el dia |
|---|---|---|---|
| | | CONSTRUCTION PAINTER | 619-729-7995 |
| Firma del conyuge. Si declaran en conjunto, ambos tienen que firmar | Fecha | Oficio del conyuge | |
| | | HOMEMAKER | |

## Uso del Preparador Pagado Solamente

| | | | |
|---|---|---|---|
| Firma del preparador | ARMANDO LUIS MARTINEZ | Fecha 03/17/2006 | Marque si trabaja por cuenta propia ☒ — SSN o PTIN del preparador P61935339 |
| Nombre de la (o su nombre si trabaja por cuenta propia) direccion y codigo postal | C-M&M BOOKKEEPING TAX SERVICES | EIN | 33-0474321 |
| | 3753 ANDREWS COURT | | |
| | SAN DIEGO CA 92154-2405 | Numero de Telefono | 619-662-2134 |



BCA Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved. US1040S2 Rev. 1

# 5

PROPERTY ADDRESS:
00751#24BRADLEY AVE EAST
DESCRIPTION OF PROPERTY:
DECAL LAC1780
SUBDIVISION NAME:
MOBILE HOME
MAP NO:
MOBILE HOME

**1999**

SECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA
**FISCAL YEAR JULY 1, 1999 TO JUNE 30, 2000**
**BART HARTMAN, COUNTY TAX COLLECTOR**
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101-2474
TEL (619) 236-2424 FAX (619) 531-6056

Z92021 044986 14824
1/1

YOUR TAX DISTRIBUTION

| AGENCY | BASE | RATE | TAX AMOUNT |
|---|---|---|---|
| 1% TAX ON NET VALUE | | 1.00000 | 64.26 |
| VOTER APPROVED BONDS: | | | |
| ELEMENTARY SCHOOL | NET | 0.00000 | .00 |
| OTHER EDUC PURPOSES | NET | 0.00001 | .00 |
| TOTAL ON NET VALUE | | 1.00001 | 64.26 |
| TOTAL AMOUNT | | | 64.26 |

FORWARD THIS BILL TO NEW OWNER IF PROPERTY HAS BEEN SOLD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7738829024 **CR C028
CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

| PARCEL NUMBER | TAX RATE AREA |
|---|---|
| 773-882-90-24 | 59997 |

DOCUMENT NO: 905651
DOCUMENT RECORDING DATE: 05/15/95
OWNERS' NAMES OF RECORD JANUARY 1, 1999: CHAVEZ JESUS

| DESCRIPTION | VALUES AND EXEMPTIONS |
|---|---|
| LAND | $ |
| IMPROVEMENTS | 6426 |
| TOTAL L & I | 6426 |
| PERSONAL PROPERTY | |
| EXEMPTIONS: | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | $ 6426 |

| | 1st INSTALLMENT 10% PENALTY AFTER DEC. 10, 1999 | 2nd INSTALLMENT 10% PENALTY + $10 COST AFTER APRIL 10, 2000 | TOTAL TAX PENALTIES APPLY WHEN SHOWN |
|---|---|---|---|
| TAX | 32.13 | 32.13 | 64.26 |
| 10% PENALTY | | | |
| COST | | | |
| TOTAL | | | |

**1** **CURRENT SECURED TAX BILL**
HTTP://www.sdtreastax.com
MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TAX COLLECTOR
1999 **TO PAY 1st INSTALLMENT**
**SEND THIS STUB WITH YOUR PAYMENT**
59997
ST23
773 882 90 24
THIS INSTALLMENT AMOUNT ******32.13
3.21 A
35.34 B
67.47 C
**DUE NOV. 1, 1999 and DELINQUENT AFTER DEC. 10, 1999**

CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

ENTER MAIL ADDRESS CHANGE

0100000321377388290241000003213773882902496 dd

**2** **CURRENT SECURED TAX BILL**
HTTP://www.sdtreastax.com
97
MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TAX COLLECTOR
1999 **TO PAY 2nd INSTALLMENT**
**SEND THIS STUB WITH YOUR PAYMENT**
ST23
773 882 90 24
THIS INSTALLMENT AMOUNT ******32.13
13.21 D
45.34 E
80.68 F
**DUE FEB. 1, 2000 and DELINQUENT AFTER APR. 10, 2000**

**TO PAY BOTH INSTALLMENTS BY DEC. 10, 1999 SEND BOTH STUBS ALONG WITH YOUR PAYMENT OF** 64.26

CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

ENTER MAIL ADDRESS CHANGE

0200000321377388290242000003213773882902494 dd

Latin Style Barbering School & Supplies, Inc.

Phone: 602-243-7248 Fax: 602-323-1535

340 E. Baseline Rd. #45 Phoenix, AZ 85042

May 29, 2004

To Whom It May Concern:

The intent of this letter is to inform you that I personally know Mr. Jesus Chavez, born October 8, 1968 and residing at 601 E. South Mountain Avenue, Sp. #A-8, Phoenix, Arizona 85042.

Mr. Chavez is currently attending our barber school as a full time student where he is studying to complete a 1,500-hour barbering course, as required by the Arizona State Board of Barbers. He began his tuition at this facility on December 2, 2003.

Mr. Chavez is an exemplary student at our school and we have never had any problems with him or his behavior.

Latin Style Barbering School and Supplies, Inc. is located at 340 E. Baseline Road, Suite #45, Phoenix, AZ 85042. Our phone numbers are: 602-243-7248 and Fax: 602-323-1535.

Should you need further information feel free to contact me personally at my home: 602-304-1150 or by fax: 602-304-1152.

Cordially,

Deborah R. Gallardo

Deborah R. Gallardo
Administrator

GROSSMONT COLLEGE
STUDENT CLASS & FEE STATEMENT

A&R

SSN: 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

SPRING 2006

2-06-2006 18:41:01
PHONE:619 449-5480

| SECT | SUBJ | DESCRIPTION | ROOM | DAYS | START STOP | UNIT | SPECIAL NOTE* |
|---|---|---|---|---|---|---|---|
| 6083 | MATH088 | BASIC MATHEMATICS/P | 553 | MW | 05:30-07:20 | 4.0 | N |
| | | | | | TOTAL UNITS | 4.0 | |

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 C CN O CC

CURRENT BILLINGS

CHAVEZ JESUS J
751 E BRADLEY AVE SPC 1
EL CAJON CA 92021

| | | |
|---|---|---|
| (4) | ENROLLMENT FEE | 104.00 |
| (4) | STUDENT CENTER FEE | .00 |
| (4) | STUDENT REP FEE | 1.00 |
| (1) | HEALTH FEE | 13.00 |
| | TOTAL FEES | 118.00 |

[illegible] COLLEGE
Assessment Office

Name:CHAVEZ JESUS J SSN: 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

ENGLISH

No English Placement

MATH

The course(s) listed below is your math placement based on your test and score. This is not your final placement. If you believe your skills merit different placement, please refer to "Mathland" and see a counselor.

Math 080 or 088 or 089

If you want to take a higher course not shown, you must see a counselor or the Department Chair.

[illegible]

MATH 080: Basic Mathematics will require 2 hours of lecture, 1 hour of computer assisted instruction, and a minimum of 4 hours of homework per week.

MATH 088: Basic math & pre-algebra will require 4 hours in class and a minimum of 8 hours of homework per week.

MATH 089: Pre-algebra for the math anxious will require 5 hours in class and a minimum of 10 hours of homework per week.

g_ltr_082

BILL FOR May 2006 No 1

FROM

CAJON MOBILE MANOR PARK
751 E BRADLEY AVE
EL CAJON CA 92021

TO

JESUS CHAVEZ
751 E BRADLEY AVE # 1
EL CAJON CA 92021

| UTILITY READINGS | FROM | TO | DIFF | ENERGY UNITS | CHA |
|---|---|---|---|---|---|
| [redacted] | | | | | |

ELE FRANCHISE FEE 1.1% DWR
SEWER 75% @ 2.8875/100CCF
Rent
CABLE
TRASH
SEWER BASE

ACCOUNT R3900001 THERM FACTOR 1.0160 PLEASE PAY TOTAL $599.

EFFECTIVE JANUARY 1, 2006 ALL SPACE RENTS WILL BE $405.00.
THE CABLE T.V. CHARGE WILL BE RAISED TO $28.18.

Bill due on first - delinquent after 9 pm on fifth day.

© PARK BILLING CO., INC. • PO BOX 910, DIXON, CA 95620 • 707-693-0150

EOIR

**U.S. Department of Justice**
**Executive Office for Immigration Review**

OMB #1125-0001; Expires 08/31/05

# Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents

**PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

Fee Stamp

## PART 1 - INFORMATION ABOUT YOURSELF

1) My present true name is: *(Last, First, Middle)*
CHAVEZ Teja J. Jesus

2) Alien Registration Number:
098 290 758

3) My name given at birth was: *(Last, First, Middle)*
Same

4) Birth Place: *(City, Country)*
Mexico D.F. Mexico

5) Date of Birth: *(Month, Day, Year)*
10/8/1968

6) Gender: ☑ Male ☐ Female

7) Height: 6'0"

8) Hair Color: Dark Brown

9) Eye Color: Dark Brown

10) Current Nationality & Citizenship:
Mexico

11) Social Security Number:
None

12) Home Phone Number:
( )(602) 323-9318

13) Work Phone Number:
( )(480) 927-9118

14) I currently reside at:
#A-8
Apt. number and/or in care of
601 East South Mountain Avenue
Number and Street
Phoenix AZ 85042
City or Town State ZIP Code

15) I have been known by these additional name(s):
None

16) I have resided in the following locations in the United States:(List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room# - City or Town - State - ZIP Code | Resided From: (Month, Day, Year) | Resided To: (Month, Day, Year) |
|---|---|---|
| 601 East South Mountain Avenue #A-8 Phoenix AZ 85042 | 12/2003 | PRESENT |
| 751 East Bradley Ave, Sp #41 El Cajon, CA 92021 | 01/1996 | 12/2003 |
| 303 47th Street, #34 San Diego, CA | 1991 | 12/1995 |
| | | |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (check all that apply)

☑ My removal would result in exceptional and extremely unusual hardship to my: *(Place a USC in the space if the family member is a citizen of the United States, an L if the family member is a lawful permanent resident of the United States, and an X if the family member is neither, and leave BLANK if not applicable.)*

____ **Husband** ____ **Wife** ____ **Father** ____ **Mother** USC **Child or Children.**

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)* 06/1990.

☐ I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #25, I have resided in the United States since:
*(Month, Day, Year)*________.

*Please use a separate sheet for additional entries.*



Form EOIR-42B
August 2002

FOR
JUL 10 2006

## PART 3 - INFORMATION ABOUT YOUR PRESENCE IN THE UNITED STATES

18) I first arrived in the United States under the name of: *(Last, First, Middle)*
CHAVEZ Teja J. Jesus

19) I first arrived in the United States on: *(Month, Day, Year)*
06/1990

20) Place or port of first arrival: *(Place or Port, City, and State)*
San Ysidro, CA

21) I arrived: ☐ as a lawful permanent resident, ☒ as a visitor, ☐ as a student, ☐ without inspection, or ☐ other *(Place an X in the correct box, if other is selected, please explain)*:

22) If admitted as a nonimmigrant, period for which admitted: *(Month, Day, Year)* N/A to N/A

23) My last extension of stay in the United States expired on: *(Month, Day, Year)*
N/A

24) If not inspected or if arrival occurred at other than a regular port, describe the circumstances as accurately as possible:

25) Since the date of my first arrival, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States)*
***If you have never departed from the United States since your original date of arrival, please mark an X in the box:*** ☐

| | Port of Departure / Port of Return *(Place or Port, City and State)* | Departure Date / Return Date *(Month, Day, Year)* | Purpose of Travel / Manner of Return | Destination / Inspected & Admitted? |
|---|---|---|---|---|
| 1 | Port of Departure: San Ysidro, CA<br>Port of Return: San Ysidro, CA | Departure Date: 12/10/1994<br>Return Date: 12/17/1994 | Purpose of Travel: To get married<br>Manner of Return: EWI | Destination: Ixpantepec Nieves, Mex<br>Inspected & Admitted? ☐ Yes ☒ No |
| 2 | Port of Departure: San Luis, AZ<br>Port of Return: San Luis, AZ | Departure Date: 06/2003<br>Return Date: 06/2003 | Purpose of Travel: VD<br>Manner of Return: EWI | Destination: San Luis R.C., Mexico<br>Inspected & Admitted? ☐ Yes ☒ No |

26) Have you ever departed the United States:
a) under an order of deportation, exclusion or removal? ☐ Yes ☒ No
b) pursuant to a grant of voluntary departure? ☒ Yes ☐ No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

27) I am not married: ☐
I am married: ☒

28) If married, the name of my spouse is: *(Last, First, Middle)*
Mendez, Catalina Estela

29) Date of marriage: *(Month, Day, Year)*
12/11/1994

30) The marriage took place in: *(City and Country)*
Ixpantepec Nieves, Mexico

31) Birth place of spouse: *(City and Country)*
Ixpantepec Nieves, Mexico

32) My spouse currently resides at:
#A-8
*Apt. number and/or in care of*
601 East South Mountain Avenue
*Number and Street*
Phoenix AZ 85042
*City or Town* *State/Country* *ZIP Code*

33) Birth date of spouse: *(Month, Day, Year)*
2/4/1974

34) My spouse is a citizen of: *(Country)*
Mexico

35) If your spouse is other than a native born United States citizen, answer the following:
He/she arrived in the United States at: *(Place or Port, City and State)* San Ysidro, CA
His/her alien registration number is: A#
He/she arrived in the United States on: *(Month, Day, Year)* 1990
He/she was naturalized on *(Month, Day, Year)* N/A at N/A *(City and State)*

36) My spouse ☐ - is ☒ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |
| | $ |
| | $ |

*Please use a separate sheet for additional entries.*

Form EOIR-42B