## PART 4 INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE (Continued)

37) I ☐ - have ☑ - have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

38) My present spouse ☐ - has ☑ - has not been previously married: *(If previously married, list the name of each prior spouse, the dates on which the marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

39) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce? ☐ - Yes ☑ - No

## PART 5 INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

40) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| Real Property Painting 2153 E. Cedar St. #1 Tempe, AZ | $ 560.00 | painter | 09/2004 | PRESENT |
| T Bar H Desert Development 117 & 101 Scottdale, AZ | $ 300.00 | carpenter | 06/2004 | 09/2004 |
| Phoenician Hotel Scottsdale, AZ | $ 250.00 | maintenance | 11/2003 | 06/2004 |

41) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:
Not Applicable

42) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

| Self | | Jointly Owned with Spouse | |
|---|---|---|---|
| Cash, Stocks, and Bonds | $ | Cash, Stocks, and Bonds | $ 0.00 |
| Real Estate | $ | Real Estate | $ 0.00 |
| Automobile (value minus amount owed) | $ | Automobile (value minus amount owed) | $ 13,000.00 |
| Other (describe on line below) | $ | Other (describe on line below) | $ 12,000.00 |
| TOTAL | $ 0.00 | mobile home/ TOTAL | $ 25,000.00 |

43) I ☐ - have ☑ - have not received public or private relief or assistance (e.g. Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, date for which relief or assistance was received, place, and total amount received during this time:

44) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service: 1992 - 2003

*Please use a separate sheet for additional entries.*

## PART 6. INFORMATION ABOUT YOUR FAMILY *(Continued on page 5)*

45) I have 2 *(number of)* children. Please list information for each child below, including assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: *(Last, First, Middle)* Child's Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Now Residing At: *(City and Country)* Birth Place: *(City and Country)* | Immigration Status of Child |
|---|---|---|---|
| Chavez Samuel Aaron<br>A#: Not Applicable | USA<br>3/26/2002 | Phoenix, AZ USA<br>La Mesa, CA USA | USC |
| Estimated Total of Assets: $ 0 | | Estimated Average Weekly Earnings: $ 0 | |
| Chavez Isaac Gabriel<br>A#: Not Applicable | USA<br>12/11/1999 | Phoenix, AZ USA<br>San Diego, CA USA | USC |
| Estimated Total of Assets: $ 0 | | Estimated Average Weekly Earnings: $ 0 | |
| A#: | | | |
| Estimated Total of Assets: $ | | Estimated Average Weekly Earnings: $ | |

46) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth - ☑ Yes ☐ No

Country of Nationality - ☑ Yes ☐ No

Country of Last Residence - ☑ Yes ☐ No

If you answered "No" to any of the responses, please explain:

47) Members of my family, including my spouse and/or child(ren) ☑ - have ☐ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, place, dates for which relief or assistance was received, and total amount received during this time: Children receive AHCCCS in 2004 and food stamps for a month

48) Please give the requested information about your parents, brothers, sisters, aunts, uncles, and grandparents. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: *(Last, First, Middle)* Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Relationship to Me: Birth Place: *(City and Country)* | Immigration Status of Listed Relative |
|---|---|---|---|
| None<br>A#: | / / | | |
| Complete Address of Current Residence: | | | |
| A#: | / / | | |
| Complete Address of Current Residence: | | | |

*Please use a separate sheet for additional entries.*

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued)*

***IF THIS APPLICATION IS BASED ON HARDSHIP TO A PARENT OR PARENTS, QUESTIONS 49 TO 52 MUST BE ANSWERED.***

49) As to such parent who is not a citizen of the United States, give the date and place of arrival in the United States including full details as to the date, manner, and terms of admission into the United States: ______

50) My father ☐ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |

51) My mother ☐ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |

52) My parent's assets in the United States and other countries not including clothing and household necessities are:

| Assets of father consist of the following: | | Assets of mother consist of the following: | |
|---|---|---|---|
| Cash, Stocks, and Bonds | $ | Cash, Stocks, and Bonds | $ |
| Real Estate | $ | Real Estate | $ |
| Automobile (value minus amount owed) | $ | Automobile (value minus amount owed) | $ |
| Other (describe on line below) | $ | Other (describe on line below) | $ |
| TOTAL | $ 0.00 | TOTAL | $ 0.00 |

## PART 7 - MISCELLANEOUS INFORMATION *(Continued on page 6)*

53) I ☐ - have ☑ - have not entered the United States as a crewman after June 30, 1964.

54) I ☐ - have ☑ - have not been admitted as, or after arrival into the United States acquired the status of, an exchange alien.

55) I ☐ - have ☑ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

56) I ☐ - have ☑ - have never (either in the United States or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance (including, but not limited to, traffic violations or driving incidents involving alcohol). *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served.)* ______

57) Have you ever served in the Armed Forces of the United States? ☐ - Yes ☑ - No. If "Yes," please state branch *(Army, Navy, etc.)* and service number: ______.
Place of entry on duty: *(Place or Port, City, and State)* ______.
Date of entry on duty: *(Month, Day, Year)* ______. Date of discharge: *(Month, Day, Year)* ______.
Type of discharge: *(Honorable, Dishonorable, etc.)* ______.
I served in active duty status from: *(Month, Day, Year)* ______ to *(Month, Day, Year)* ______.

58) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States? ☐ Yes ☑ No

*Please use a separate sheet for additional entries.*

Form EOIR-42B

## PART 7 MISCELLANEOUS INFORMATION (Continued)

59) Have you ever deserted from the military or naval forces of the United States while the United States was at war? ☐ Yes ☑ No

60) If male, did you register under the Selective Service (Draft) Law of 1917, 1918, 1948, 1951, or later Draft Laws? ☐ Yes ☑ No
If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: __________

61) Were you ever exempted from service because of conscientious objection, alienage, or any other reason? ☐ Yes ☑ No

62) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "NONE." Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: *(Month, Day, Year)* | Member To: *(Month, Day, Year)* |
|---|---|---|---|---|
| Phoenix Tabernacle | Phoenix, AZ | Religious | 11/2003 | Present |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

63) Have you ever:

☐ Yes ☑ No been ordered deported, excluded, or removed?
☐ Yes ☑ No overstayed a grant of voluntary departure from an Immigration Judge or the Immigration and Naturalization Service (INS)?
☐ Yes ☑ No failed to appear for removal or deportation?

64) Have you ever been:

☐ Yes ☑ No a habitual drinker?
☐ Yes ☑ No one whose income is derived principally from illegal gambling?
☐ Yes ☑ No one who has given false testimony for the purpose of obtaining immigration benefits?
☐ Yes ☑ No engaged in prostitution or unlawful commercialized vice?
☐ Yes ☑ No involved in a serious criminal offense and asserted immunity from prosecution?
☐ Yes ☑ No a polygamist?
☐ Yes ☑ No one who aided and/or abetted another to enter the United States illegally?
☐ Yes ☑ No a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?
☐ Yes ☑ No inadmissible or deportable on security-related grounds under sections 212(a)(3) or 237(a)(4) of the INA?
☐ Yes ☑ No one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?
☐ Yes ☑ No a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been canceled under section 240A of the INA?

64) Are you the beneficiary of an approved visa petition? ☐ Yes ☑ No
If yes, can you arrange a trip outside the United States to obtain an immigrant visa? ☐ Yes ☐ No If no, please explain:

__________

*Please use a separate sheet for additional entries.*

Form EOIR-42B

## PART 7 - MISCELLANEOUS INFORMATION (Continued)

65) The following certificates or other supporting documents are attached hereto as a part of this application: *(Refer to the Instruction Sheet for documents which should be attached).*

Children's Birth Certificate
Child's School Letters
Recommendation Letters
Income Taxes from 1993-1997;1999;2002-2003
Miscellaneous Receipts

## APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE

I do swear or affirm that the contents of the above application, including the documents attached hereto, are true to the best of my knowledge, and that this application is now signed by me with my full, true name.

*(Complete and true signature of applicant or parent or guardian)*

Subscribed and sworn to before me by the above-named applicant at

*Immigration Judge*

*Date: (Month, Day, Year)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was: ☐ - delivered in person, ☑ - mailed first class, postage prepaid on October 28, 2004 *(Month, Day, Year)* to Office of the Chief Counsel, 2035 North Central Avenue, Phoenix, AZ 85004
*(INS District Counsel and Address)*

*Signature of Applicant (or attorney or representative)*

*Please use a separate sheet for additional entries.* Form EOIR-42B

Addendum One
EOIR 42B

CHAVEZ Teja J. Jesus
A098 290 758

Part 5 - Information about employment...

40.

Keith Monroe & Co. 33rd Ave & Adams San Diego, CA $800.00 painter 03-1993 - 07/2003

EOIR

USDHS
PHOENIX
RETAIN THIS RECEIPT

11:59AM Oct 22/04
00-0000 001 PHO-TB
#98728

A # 98290758
Last Name CHAVEZ
First Name TEJA

EOIR 42B $100.00
FP-Fee/FD258 $70.00

Money Order $170.00

*Official*
*Document*

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| CHAVEZ Teja | J. Jesus | | MALE | 10/8/1968 | Mexico | A- 098 290 758 |

| ALL OTHER NAMES USED (including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Mexico D.F. Mexico | None |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Chavez Morales | Jose Manuel | Unknown Veracruz, Mexico | Deceased |
| MOTHER (Maiden name) | Teja Ruiz | Margarita | Unknown Hidalgo,Mexico | Deceased |

| HUSBAND (If none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| Mendez | Catalina | 02/04/1974 | Ixpantepec Nieves, Mexico | 12/11/1994 | Ixpantepec Nieves, Mexico |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 601 East South Mountain Avenue #A-8 | Phoenix | AZ | USA | 12 | 2003 | PRESENT TIME | |
| 751 East Bradley Ave, Sp #41 | El Cajon | CA | USA | 01 | 1996 | 12 | 2003 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Madero y Marquez de Leon #775 | La Paz | Baja California | Mexico | | 1980 | 06 | 1990 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Real Property Painting 2153 E. Cedar #1 Tempe, AZ | painter | 09 | 2004 | PRESENT TIME | |
| T Bar H Desert Development I-17 & 101 Scottsdale, AZ | carpenter | 06 | 2004 | 09 | 2004 |
| Phoenician Hotel Scottsdale, AZ | maintenance | 11 | 2003 | 06 | 2004 |
| Keith Monroe & Co. 33rd Ave & Adams San Diego, CA | painter | 03 | 1993 | 07 | 2003 |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION ☐ STATUS AS PERMANENT RESIDENT
☑ OTHER (SPECIFY): 42B

SIGNATURE OF APPLICANT [signature] DATE 10/18/2004

If your native alphabet is other than roman letters, write your name in your native alphabet here:

**Submit all four pages of this form.**

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| CHAVEZ Teja | J. Jesus | | 098 290 758 |





Form G-325A (Rev. 09/11/00) Y

U.S. Department of Justice
Immigration and Naturalization Service

OMB No.1115-0066

# BIOGRAPHIC INFORMATION

| (Family name) (First name) (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|
| CHAVEZ Teja J. Jesus | | 10/8/1968 | Mexico | A- 098 290 758 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Mexico D.F. Mexico | None |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Chavez Morales | Jose Manuel | Unknown Veracruz, Mexico | Deceased |
| MOTHER (Maiden name) | Teja Ruiz | Margarita | Unknown Hidalgo,Mexico | Deceased |

| HUSBAND (If none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| Mendez | Catalina | 02/04/1974 | Ixpantepec Nieves, Mexico | 12/11/1994 | Ixpantepec Nieves, Mexico |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 601 East South Mountain Avenue #A-8 | Phoenix | AZ | USA | 12 | 2003 | PRESENT TIME | |
| 751 East Bradley Ave, Sp #41 | El Cajon | CA | USA | 01 | 1996 | 12 | 2003 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Madero y Marquez de Leon #775 | La Paz | Baja California | Mexico | | 1980 | 06 | 1990 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Real Property Painting 2153 E. Cedar #1 Tempe, AZ | painter | 09 | 2004 | PRESENT TIME | |
| T Bar H Desert Development I-17 & 101 Scottsdale, AZ | carpenter | 06 | 2004 | 09 | 2004 |
| Phoenician Hotel Scottsdale, AZ | maintenance | 11 | 2003 | 06 | 2004 |
| Keith Monroe & Co. 33rd Ave & Adams San Diego, CA | painter | 03 | 1993 | 07 | 2003 |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION ☐ STATUS AS PERMANENT RESIDENT
☑ OTHER (SPECIFY): 42B

SIGNATURE OF APPLICANT [signature] DATE 10/18/2004

Submit all four pages of this form.

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| CHAVEZ Teja | J. Jesus | | 098 290 758 |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

(2) Rec. Br.

# TABLE OF CONTENTS


| | |
|---|---|
| No. 1 | Children's Birth Certificate |
| No. 2 | Child's School Letters |
| No. 3 | Recommendation Letters |
| No. 4 | Income Taxes from 1993-1997;1999;2002-2003 |
| No. 5 | Miscellaneous Receipts |

1

ERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 1 199937044088

**THIS CHILD** 0012
- 1A. NAME OF CHILD — FIRST (GIVEN): ISAAC
- 1B. MIDDLE: GABRIEL
- 1C. LAST (FAMILY): CHAVEZ
- 2. SEX: MALE
- 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE
- 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: -
- 4A. DATE OF BIRTH — MM/DD/CCYY: 12/11/1999
- 4B. HOUR — (24 HOUR CLOCK TIME): 1954

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: UCSD MEDICAL CENTER
- 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 200 WEST ARBOR DRIVE
- 5C. CITY: SAN DIEGO
- 5D. COUNTY: SAN DIEGO
- 5E. PLANNED PLACE OF BIRTH: HOSPITAL

**FATHER OF CHILD**
- 6A. NAME OF FATHER — FIRST (GIVEN): JESUS
- 6B. MIDDLE: J
- 6C. LAST (FAMILY): CHAVEZ
- 7. STATE OF BIRTH: MEXICO
- 8. DATE OF BIRTH: 10/08/1968

**MOTHER OF CHILD**
- 9A. NAME OF MOTHER — FIRST (GIVEN): CATALINA
- 9B. MIDDLE: ESTELA
- 9C. LAST (MAIDEN): MENDEZ
- 10. STATE OF BIRTH: MEXICO
- 11. DATE OF BIRTH: 02/04/1974

**INFORMANT CERTIFICATION**
I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
- 12A. PARENT OR OTHER INFORMANT — SIGNATURE: Catalina E. Mendez
- 12B. RELATIONSHIP TO CHILD: MOTHER
- 12C. DATE SIGNED: 12/13/1999

**CERTIFICATION OF BIRTH**
I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED.
- 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: Ella Curtis
- 13B. LICENSE NUMBER: A53578
- 13C. DATE SIGNED: 12/11/1999
- 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: ANDREW HULL, MD, 200 W. ARBOR DR. SAN DIEGO, CA 92103
- 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: ELLA CURTIS, SHIFT LEADER

**LOCAL REGISTRAR**
- 15A. DATE OF DEATH:
- 15B. STATE FILE NO. (STATE USE ONLY):
- 16. LOCAL REGISTRAR — SIGNATURE: [signature]
- 17. DATE ACCEPTED FOR REGISTRATION: 01/27/2000

CONFIDENTIAL INFORMATION FOR PUBLIC HEALTH USE ONLY

262561

This is a true certified copy of the record if it bears the seal, imprinted in purple ink, of the Recorder. FEB 01 2000

[signature]
Recorder/County Clerk
San Diego County, California

RECORDER / COUNTY CLERK SAN DIEGO COUNTY, CA

THE GREAT SEAL OF THE STATE OF CALIFORNIA EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD MDCCCLII

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER

1200237010131
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| THIS CHILD 1418 | 1A. NAME OF CHILD — FIRST (GIVEN): SAMUEL | 1B. MIDDLE: AARON | 1C. LAST (FAMILY): CHAVEZ | |
| | 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC: - | 4A. DATE OF BIRTH — MM/DD/CCYY: 03/26/2002 · 4B. HOUR — (24 HOUR CLOCK TIME): 1648 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: GROSSMONT HOSPITAL | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 5555 GROSSMONT CENTER DR. | | |
| | 5C. CITY: LA MESA | 5D. COUNTY: SAN DIEGO | 5E. PLANNED PLACE OF BIRTH: HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN): JESUS | 6B. MIDDLE: J. | 6C. LAST (FAMILY): CHAVEZ | 7. STATE OF BIRTH: MEXICO · 8. DATE OF BIRTH: 10/08/1968 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN): CATALINA | 9B. MIDDLE: ESTELA | 9C. LAST (MAIDEN): MENDEZ | 10. STATE OF BIRTH: MEXICO · 11. DATE OF BIRTH: 02/04/1974 |
| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: [signature] | 12B. RELATIONSHIP TO CHILD: Father | 12C. DATE SIGNED: 03/28/2002 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: [signature] | 13B. LICENSE NUMBER: A22495 | 13C. DATE SIGNED: 03/28/2002 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: GALEN HANSEN,MD,8851 CENTER DR #612,LA MESA | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: H. BRUNTSCH,M.R.C. | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE: GEORGE R FLORES, MD | 17. DATE ACCEPTED FOR REGISTRATION: 04/10/2002 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

April 29, 2002

[signature]
Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*000779694*

THE GREAT SEAL OF THE STATE OF CALIFORNIA · EUREKA

THE NOBLEST MOTIVE IS THE PUBLIC GOOD · COUNTY OF SAN DIEGO · MDCCCLI

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

2

MAXINE O. BUSH SCHOOL
602 EAST SIESTA DR.
PHOENIX, AZ 85042
(602) 232-4260

MR. WALSDORF JENNEFORD
PRINCIPAL

ASST. PRINCIPAL

DATE: Oct 22 2004

TO WHOM IT MAY CONCERN:

THIS IS TO ESTABLISH THE FACT THAT Isaac G. Chavez
DATE OF BIRTH: 12/11/99 IS CURRENTLY ENROLLED
IN THE GRADE K @ MAXINE O. BUSH SCHOOL, FOR THE SCHOOL YEAR
OF: 04/05

IF YOU NEED FURTHER ASSISTANCE, PLEASE FEEL FREE TO CONTACT THE NUMBER LISTED ABOVE

[redacted]

[redacted]:

601 E Siesta Av.
#A8
Phx, Az. 85040

P[redacted]

Jesus Chavez
Catalina Mendez

SINCERELY,

Janet G. Slan

JANET G. SLAN
ATTENDANCE CLERK
MAXINE O. BUSH SCHOOL

BUILDING | SERVING | CARING

June 1, 2004

To Whom It May Concern,

Isaac Chavez has been enrolled in our Head Start program since March 5, 2004. He has been in our program at the South Mountain YMCA Head Start Program located at 449 E. Southern Avenue, Phoenix, AZ 85040.

The family lives at 601 E. South Mountain Avenue, Trailer A-8 in Phoenix, AZ 85042. Living at this residence are Isaac Chavez, Catalina Chavez-Mendez, Jesus Chavez and Samuel Chavez.

Please feel free to contact me with further questions at 602-276-4247.

Gale Saenz

Gale Saenz
Director
South Mountain YMCA Head Start

3

[redacted] CHRISTIAN
CHURCH
Pastor James J. Garcia
619/463-2241 Pastor's Office

*Jesus Christ the same yesterday, today, and forever — Hebrews 13:8*

June 1, 2004

To Whom It May Concern,
Department of Justice
Immigration and Naturalization Service

Dear Sirs,

The present is written on behalf of Jesus Chavez. Mr. Chavez was born on Oct 8, 1968. He has been an active member in good standing since his baptism in April of 1991. As his pastor I can attest to the fact that Mr. Chavez is a hard working individual who would be an asset to the diverse fabric of these United States of America. He has always shown himself to be a very clean, honest and conscientious person. I highly recommend Mr. Chavez. Mr. Chavez moved to Arizona in November of 2003. If you have any questions, please feel free to contact me at the above number.

Your most humble servant

Rev. James J. García, Pastor
SAN DIEGO CHRISTIAN CHURCH

JJG/sc

Cc: file

1901 MARKET STREET SAN DIEGO CALIFORNIA 92102 USA

# P enix Taberr le, Inc.

1241 East Baseline Road • Phoenix, Arizona 85042
Tel. (602) 276-6069 • Library (602) 276-0081 • Fax (602) 304-1621 • Pastor's Office (602) 276-2573

REV. BERNIE G. GARCIA SENIOR PASTOR



**Missionary**
*Rev. Paul G. Garcia, Jr.*

**Acting Pastor**
*Bro. John G. Alvarado*
**(English Church)**

**Acting Pastor**
*Bro. Trini Osuna*
**(Spanish Church)**

**Field Associate Pastor**
*Bro. Bernie N.C. Garcia, Jr.*

**MISSIONARIES**
*Bro. Eulalio Ruiz*
*Bro. Jose Hernandez Salazar*
*Bro. Sergio Navarrete Gomez*

**Administrator**
*Bro. Timothy J. Perez*

**Secretary**
*Bro. Carlos A. Cubillo*

**Treasurer**
*Mr. & Mrs. Eleazar Ruiz*

**Children's Department**

**Assistant Pastor**
*Bro. Art Magaña*

**Director**
*Bro. Efraim A. Cubillo*


Date: Sunday, May 30, 2004

From: Pastor Bernie G. Garcia

To: Whom It May Concern

Re: Bro. Jesus Chavez
DOB: 10/08/1968

By means of this letter, I Rev. Bernie G. Garcia state that I have known Mr. Jesus Chavez since 1990. Mr. Chavez resided in San Diego, CA, presently he is living in Phoenix, AZ.

Mr. Chavez has been attending this entity since November 15, 2003. Mr. Chavez is a Christian that loves the Lord, a hard working, and responsible man. For further information, please feel free to contact us.

Respectfully,

Rev. Bernie G. Garcia

Rev. Bernie G. Garcia
Senior Pastor
PT, Inc. president

4

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (H) **1993** IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0085

**Label** (See page 15.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

Your first name and initial | Last name
If a joint return, spouse's first name and initial | Last name
Home address (number and street). If you have a P.O. box, see page 16. | Apt. no.
City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
San Diego, CA 92102

Your social security number
Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign Fund** (See page 16.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Check the box for your filing status** (See page 16.) Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Figure your exemptions** (See page 19.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.
b ☒ Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than seven dependents, see page 22.

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 22)
Dependents on 6c not entered above
Add numbers entered on lines above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . ▶ ☐
e Total number of exemptions claimed.

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 24.

If you are attaching a check or money order, put it on top of any Forms W-2 or 1099-R.

7 Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. — 7
8a Taxable interest income (see page 25). If over $400, also complete and attach Schedule 1, Part I. — 8a
b Tax-exempt interest. DO NOT include on line 8a. — 8b
9 Dividends. If over $400, also complete and attach Schedule 1, Part II. — 9
10a Total IRA distributions. 10a — 10b Taxable amount (see page 26). — 10b
11a Total pensions and annuities. 11a — 11b Taxable amount (see page 26). — 11b
12 Unemployment compensation (see page 30). — 12
13a Social security benefits. 13a — 13b Taxable amount (see page 30). — 13b
14 Add lines 7 through 13b (far right column). This is your **total income.** ▶ 14 12728

**Figure your adjusted gross income**

15a Your IRA deduction (see page 32). 15a
b Spouse's IRA deduction (see page 32). 15b
c Add lines 15a and 15b. These are your **total adjustments.** — 15c
16 Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $23,050 and a child lived with you, see page 63 to find out if you can claim the "Earned Income credit" on line 28c. ▶ 16 12728

Cat. No. 11327A



000146

1993 Form 1040A page 2

Name(s) shown on page 1 — Catalina Chavez | Your social security number

## Figure your standard deduction, exemption amount, and taxable income

17 Enter the amount from line 16. — 17

18a Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind } Enter number of boxes checked ▶ 18a ☐

b If your parent (or someone else) can claim you as a dependent, check here . . . . . ▶ 18b ☐

c If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 36 and check here ▶ 18c ☐

19 Enter the **standard deduction** shown below for your filing status. **But if you checked any box on line 18a or b,** go to page 36 to find your standard deduction. **If you checked box 18c,** enter -0-.

- Single—$3,700
- Head of household—$5,450
- Married filing jointly or Qualifying widow(er)—$6,200
- Married filing separately—$3,100

19 — 6200

20 Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. — 20

21 Multiply $2,350 by the total number of exemptions claimed on line 6e. — 21 — 4700

22 Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ 22 — 1875

## Figure your tax, credits, and payments

If you want the IRS to figure your tax, see the instructions for line 22 on page 37.

23 Find the tax on the amount on line 22. Check if from: ☒ Tax Table (pages 50–55) or ☐ Form 8615 (see page 38). — 23 — 283

24a Credit for child and dependent care expenses. Complete and attach Schedule 2. — 24a

b Credit for the elderly or the disabled. Complete and attach Schedule 3. — 24b

c Add lines 24a and 24b. These are your **total credits.** — 24c

25 Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. — 25

26 Advance earned income credit payments from Form W-2. — 26

27 Add lines 25 and 26. This is your **total tax.** ▶ 27 — 283

28a Total Federal income tax withheld. If any tax is from Form(s) 1099, check here. ▶ ☐ — 28a

b 1993 estimated tax payments and amount applied from 1992 return. — 28b

c **Earned income credit.** Complete and attach Schedule EIC. — 28c

d Add lines 28a, 28b, and 28c. These are your **total payments.** ▶ 28d

## Figure your refund or amount you owe

29 If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you **overpaid.** — 29

30 Amount of line 29 you want **refunded to you.** — 30 — 660

31 Amount of line 29 you want **applied to your 1994 estimated tax.** — 31

32 If line 27 is more than line 28d, subtract line 28d from line 27. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 42. — 32

33 Estimated tax penalty (see page 43). Also, include on line 32. — 33

## Sign your return

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid preparer's use only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

| | | |
|---|---|---|
| number | | Void ☐ |
| Employer's identification number<br>3-0029149 | 1 Wages, tips, other compensation<br>12777.50 | 2 Federal income tax withheld<br>942.52 |
| c Employer's name, address, and ZIP code<br>KEITH MONROE & COMPANY<br>4380 VIEWRIDGE AVE STE C<br>SAN DIEGO, CA 92123 | 3 Social security wages<br>12777.50 | 4 Social security tax withheld<br>792.20 |
| | 5 Medicare wages and tips<br>12777.50 | 6 Medicare tax withheld<br>185.27 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>JESUS CHAVEZ<br>303 47TH ST. #L-27<br>SAN DIEGO, CA 92102 | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| | 13 See Instrs. for Form W-2 | 14 Other |
| | 15 Statutory employee ☐ Deceased ☐ Pension plan ☐ Legal rep. ☐ | 942 emp. ☐ Subtotal ☐ Deferred compensation ☐ |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CAL | 310-7626-8 | 12777.50 | 99.66 | CA SDI | 12777.50 | 166.11 |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1993**

For Paperwork Reduction Act Notice, see separate instructions.

OMB No. 1545-0008

Copy D For Employer

Form **1040A** Department of th[e Treasur]y—Internal Revenue Service

# U.S. Indiv[idu]al Income Tax Return (H) 1994

[IRS U]se Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 16.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | |
|---|---|
| Your first name and initial | Last name [illegible] Chavez |
| If a joint return, spouse's first name and initial [illegible] | Last name [illegible] |
| Home address (number and street). If you have a P.O. box, see page 17. [illegible] | Apt. no. [illegible] |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 17. [illegible] | |

Your social security number [illegible]

Spouse's social security number [illegible]

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign Fund** (See page 17.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Check the box for your filing status** (See page 17.) Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 19.)

**Figure your exemptions** (See page 20.)

If more than seven dependents, see page 23.

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.

b ☒ **Spouse**

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of boxes checked on 6a and 6b: 2

No. of your children on 6c who:
- lived with you ____
- didn't live with you due to divorce or separation (see page 23) ____

Dependents on 6c not entered above ____

Add numbers entered on lines above: 2

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e Total number of exemptions claimed.

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 25.

Enclose, but do not attach, any payment with your return.

7 Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. 7 [illegible]

8a **Taxable interest income** (see page 25). If over $400, attach Schedule 1. 8a

b **Tax-exempt interest. DO NOT include on line 8a.** 8b

9 Dividends. If over $400, attach Schedule 1. 9

10a Total IRA distributions. 10a — 10b Taxable amount (see page 26). 10b

11a Total pensions and annuities. 11a — 11b Taxable amount (see page 27). 11b

12 Unemployment compensation (see page 30). 12

13a Social security benefits. 13a — 13b Taxable amount (see page 31). 13b

14 Add lines 7 through 13b (far right column). This is your **total income.** ▶ 14 [illegible]

**Figure your adjusted gross income**

15a Your IRA deduction (see page 34). 15a

b Spouse's IRA deduction (see page 34). 15b

c Add lines 15a and 15b. These are your **total adjustments.** 15c

16 Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned income credit" on page 44. ▶ 16 [illegible]

Cat. No. 11327A



page 2

1994 Form 1040A page 2

## Figure your standard deduction, exemption amount, and taxable income

17 Enter the amount from line 16. 17

18a Check if: ☐ You were 65 or older ☐ Blind ☐ Spouse was 65 or older ☐ Blind } Enter number of boxes checked ▶ 18a

b If your parent (or someone else) can claim you as a dependent, check here. ▶ 18b ☐

c If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 38 and check here. ▶ 18c ☐

19 Enter the standard deduction shown below for your filing status. **But if you checked any box on line 18a or b, go to page 38 to find your standard deduction. If you checked box 18c, enter -0-.**
- Single—$3,800 • Married filing jointly or Qualifying widow(er)—$6,350
- Head of household—$5,600 • Married filing separately—$3,175 19

20 Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. 20

21 Multiply $2,450 by the total number of exemptions claimed on line 6e. 21 4900

22 Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ 22

## Figure your tax, credits, and payments

If you want the IRS to figure your tax see the instructions for line 22 on page 39.

23 Find the tax on the amount on line 22. Check if from: ☐ Tax Table (pages 62–67) or ☐ Form 8615 (see page 40). 23 1369

24a Credit for child and dependent care expenses. Attach Schedule 2. 24a

b Credit for the elderly or the disabled. Attach Schedule 3. 24b

c Add lines 24a and 24b. These are your **total credits.** 24c

25 Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. 25

26 Advance earned income credit payments from Form W-2. 26

27 Add lines 25 and 26. This is your **total tax.** ▶ 27

28a Total Federal income tax withheld. If any tax is from Form(s) 1099, check here. ▶ ☐ 28a

b 1994 estimated tax payments and amount applied from 1993 return. 28b

c **Earned income credit.** If required, attach Schedule EIC (see page 44). 28c

Nontaxable earned income: amount ▶ and type ▶

d Add lines 28a, 28b, and 28c (don't include nontaxable earned income). These are your **total payments.** ▶ 28d

## Figure your refund or amount you owe

29 If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you **overpaid.** 29

30 Amount of line 29 you want **refunded to you.** 30

31 Amount of line 29 you want **applied to your 1995 estimated tax.** 31

32 If line 27 is more than line 28d, subtract line 28d from line 27. This is **the amount you owe.** For details on how to pay, including what to write on your payment, see page 52. 32

33 Estimated tax penalty (see page 52). Also, include on line 32. 33

## Sign your return

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid preparer's use only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

1994 Form 1040A

| | |
|---|---|
| OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| [Employer's] identification number: 9149 | 1 Wages, tips, other compensation: 20377.13 | 2 Federal income tax withheld: 1461.03 |
| [Employer's] name, address, and ZIP code: MONROE & COMPANY / VIEWRIDGE AVE STE C / DIEGO, CA 92123 | 3 Social security wages: 20377.13 | 4 Social security tax withheld: 1263.37 |
| | 5 Medicare wages and tips: 20377.13 | 6 Medicare tax withheld: 295.47 |
| | 7 Social security tips | 8 Allocated tips |
| [E]mployee's social security number: 23-60-1140 | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code: JESUS CHAVEZ / 303 47TH ST, #B34 / SAN DIEGO, CA 92102 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See Instrs. for box 13 | 14 Other |

15 Statutory employee ☐ Deceased ☐ Pension plan ☐ Legal rep. ☐ 942 emp. ☐ Subtotal ☐ Deferred compensation ☐

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CAL | 310-7626-8 | 20377.13 | 162.41 | CA SDI | 20377.13 | [illegible] |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1994**

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (O) **1995** IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0085

**Label** (See page 19.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: Jesus | Last name: Chavez | Your social security number: 523:60 1141 |
| If a joint return, spouse's first name and initial: Catalina | Last name: Chavez | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19.: 751 E. Bradley Ave | Apt. no. 21 | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: El Cajon, CA 92021 | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 11.**

**Presidential Election Campaign Fund** (See page 19.) | Yes | No
Do you want $3 to go to this fund? ✗ Yes
If a joint return, does your spouse want $3 to go to this fund? ✓ Yes

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Check the box for your filing status** (See page 20.) Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 22.)

**Figure your exemptions** (See page 22.)

If more than seven dependents, see page 25.

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 18b on page 2.

b ☒ **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number. If born in 1995, see page 25. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 26)
Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed.

Add numbers entered on lines above: 2

**Figure your adjusted gross income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 27.

Enclose, but do not attach any payment.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. | 7 | 20,367 |
| 8a | Taxable interest income (see page 28). If over $400, attach Schedule 1. | 8a | |
| b | Tax-exempt interest. DO NOT include on line 8a. 8b | | |
| 9 | Dividends. If over $400, attach Schedule 1. | 9 | |
| 10a | Total IRA distributions. 10a | 10b Taxable amount (see page 29). 10b | |
| 11a | Total pensions and annuities. 11a | 11b Taxable amount (see page 29). 11b | |
| 12 | Unemployment compensation (see page 32). | 12 | |
| 13a | Social security benefits. 13a | 13b Taxable amount (see page 33). 13b | |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | 14 | 20,367 |
| 15a | Your IRA deduction (see page 35). 15a | | |
| b | Spouse's IRA deduction (see page 35). 15b | | |
| c | Add lines 15a and 15b. These are your **total adjustments.** | 15c | |
| 16 | Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $26,673 and a child lived with you (less than $9,230 if a child didn't live with you), see "Earned income credit" on page 47. ▶ | 16 | 20,367 |

51A5AAA

Cat. No. 11327A

1995 Form 1040A page 2

## Figure your standard deduction, exemption amount, and taxable income

| Line | Description | | Amount |
|---|---|---|---|
| 17 | Enter the amount from line 16. | 17 | 20,367 |
| 18a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Enter number of boxes checked ▶ | 18a | |
| b | If your parent (or someone else) can claim you as a dependent, check here . . . ▶ | 18b ☐ | |
| c | If you are married filing separately and your spouse itemizes deductions, see page 40 and check here. . . ▶ | 18c ☐ | |
| 19 | Enter the **standard deduction** shown below for your filing status. **But if you checked any box on line 18a or b,** go to page 40 to find your standard deduction. **If you checked box 18c,** enter -0-. • Single—$3,900 • Married filing jointly or Qualifying widow(er)—$6,550 • Head of household—$5,750 • Married filing separately—$3,275 | 19 | 6,550 |
| 20 | Subtract line 19 from line 17. If line 19 is more than line 17, enter -0-. | 20 | 13,817 |
| 21 | Multiply $2,500 by the total number of exemptions claimed on line 6e. | 21 | 5,000 |
| 22 | Subtract line 21 from line 20. If line 21 is more than line 20, enter -0-. This is your **taxable income.** ▶ | 22 | 8,817 |

## Figure your tax, credits, and payments

If you want the IRS to figure your tax, see the instructions for line 22 on page 41.

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Find the tax on the amount on line 22. Check if from: ☐ Tax Table (pages 65–70) or ☐ Form 8615 (see page 42). | 23 | 1,324 |
| 24a | Credit for child and dependent care expenses. Attach Schedule 2. | 24a | |
| b | Credit for the elderly or the disabled. Attach Schedule 3. | 24b | |
| c | Add lines 24a and 24b. These are your **total credits.** | 24c | |
| 25 | Subtract line 24c from line 23. If line 24c is more than line 23, enter -0-. | 25 | 1,324 |
| 26 | Advance earned income credit payments from Form W-2. | 26 | |
| 27 | Household employment taxes. Attach Schedule H. | 27 | |
| 28 | Add lines 25, 26, and 27. This is your **total tax.** ▶ | 28 | 1,324 |
| 29a | Total Federal income tax withheld. If any is from Form(s) 1099, check here. ▶ ☐ | 29a | 1,747 |
| b | 1995 estimated tax payments and amount applied from 1994 return. | 29b | |
| c | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ | 29c | |
| d | Add lines 29a, 29b, and 29c (don't include nontaxable earned income). These are your **total payments.** ▶ | 29d | 1,747 |

## Figure your refund or amount you owe

| Line | Description | | Amount |
|---|---|---|---|
| 30 | If line 29d is more than line 28, subtract line 28 from line 29d. This is the amount you **overpaid.** | 30 | 423 |
| 31 | Amount of line 30 you want **refunded to you.** | 31 | 423 |
| 32 | Amount of line 30 you want **applied to your 1996 estimated tax.** | 32 | |
| 33 | If line 28 is more than line 29d, subtract line 29d from line 28. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 55. | 33 | |
| 34 | Estimated tax penalty (see page 55). Also, include on line 33. | 34 | |

N1A5AAA

## Sign your return

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| | | |
|---|---|---|
| Your signature | Date 01/24/97 | Your occupation |
| Spouse's signature. If joint return, BOTH must sign. | Date 01/24/97 | Spouse's occupation |

## Paid preparer's use only

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☒ | Preparer's SSN 564 73 735 |
| Firm's name (or yours if self-employed) and address: [illegible] STEELE, 47[illegible] Via Arcoles San Marcos | | EIN | ZIP code 92069 |

1995 Form 1040A page 2

Printed on recycled paper

U.S. Government Printing Office: 1995-389-22

**Copy C For EMPLOYEE'S RECORDS (See Notice on back.)**

OMB No. 1545-0008

| | | | |
|---|---|---|---|
| a Control number | | | |
| b Employer's identification number: 33-0021949 | | 1 Wages, tips, other compensation: 20366.88 | 2 Federal income tax withheld: 1747.06 |
| c Employer's name, address, and ZIP code: KEITH MONROE & COMPANY, 4380 VIEWRIDGE AVE., STE. C, SAN DIEGO CA 92123-1642 | | 3 Social security wages: 20366.88 | 4 Social security tax withheld: 1262.77 |
| | | 5 Medicare wages and tips: 20366.88 | 6 Medicare tax withheld: 295.33 |
| | | 7 Social security tips: 0.00 | 8 Allocated tips |
| d Employee's social security number: [illegible] | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code: JESUS CHAVEZ, 751 E. BRADLEY AVE., #24, EL CAJON, CA 92021 | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | 13 See Instrs. for box 13 | 14 Other |
| | | 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. empl. / Deferred compensation | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 20366.88 | 226.22 | CA (SDI) | [illegible] | 203.70 |

Form **W-2** Wage and Tax Statement **1995**

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

[illegible handwriting]

Form **1040A** Department of the Treas... ...nal Revenue Service

# U.S. Individual Income Tax Return (H) 1996

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 15.) Use the IRS label. Otherwise, please print in ALL CAPITAL LETTERS.

LABEL HERE

| Your first name | Init. | Last name | | Your social security number |
|---|---|---|---|---|
| Jesus | | Chavez | | 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 |
| If a joint return, spouse's first name | Init. | Last name | | Spouse's social security number |
| Catalina | | Mendez | | 554 2[illegible] |
| Home address (number and street). If you have a P.O. box, see page 15. | | | Apt. no. | |
| 751 E. Bradley Ave # | | | 24 | |
| City, town or post office. If you have a foreign address, see page 15. | State | ZIP code | | |
| El Cajon | CA | 92021 | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 9.**

**Presidential Election Campaign Fund** (See page 15.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 16.)

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ☒ **Spouse**

No. of boxes checked on lines 6a and 6b: 2

c **Dependents.** If more than six dependents, see page 17.

| (1) First name | Last name | (2) Dependent's social security number. If born in Dec. 1996, see page 18. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)

Dependents on 6c not entered above

Add numbers entered in boxes above: 02

d Total number of exemptions claimed ▶

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. | | 7 $ 33794 |
| 8a | **Taxable** interest income. If over $400, attach Schedule 1. | | 8a $ |
| b | **Tax-exempt** interest. DO NOT include on line 8a. | 8b $ | |
| 9 | Dividends. If over $400, attach Schedule 1. | | 9 $ |
| 10a | Total IRA distributions. 10a $ | 10b Taxable amount (see page 20). | 10b $ |
| 11a | Total pensions and annuities. 11a $ | 11b Taxable amount (see page 20). | 11b $ |
| 12 | Unemployment compensation. | | 12 $ |
| 13a | Social security benefits. 13a $ | 13b Taxable amount (see page 22). | 13b $ |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | | 14 $ 33794 |
| 15a | Your IRA deduction (see page 22). | 15a $ | |
| b | Spouse's IRA deduction (see page 22). | 15b $ | |
| c | Add lines 15a and 15b. These are your **total adjustments.** | | 15c $ |
| 16 | Subtract line 15c from line 14. This is your **adjusted gross income.** If under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 29c on page 29. ▶ | | 16 $ 33794 |

Attach Copy B of W-2 and 1099-R here.

Cat. No. 11327A 1996 Form 1040A page 1

| Line | Description | Amount |
|---|---|---|
| 17 | Enter the amount from line 16. | 17 $ 33779 |
| 18a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Enter number of boxes checked ▶ 18a | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 26 and check here ▶ 18b ☐ | |
| 19 | Enter the **standard deduction** for your filing status. **But** see page 26 if you checked any box on line 18a or b **OR** someone can claim you as a dependent. • Single—4,000 • Married filing jointly or Qualifying widow(er)—6,700 • Head of household—5,900 • Married filing separately—3,350 | 19 $ 6700 |
| 20 | Subtract line 19 from line 17. If line 19 is more than line 17, enter 0. | 20 $ 27079 |
| 21 | Multiply $2,550 by the total number of exemptions claimed on line 6d. | 21 $ 5100 |
| 22 | Subtract line 21 from line 20. If line 21 is more than line 20, enter 0. This is your **taxable income.** If you want the IRS to figure your tax, see page 26. ▶ | 22 $ 21979 |
| 23 | Find the tax on the amount on line 22 (see page 26). | 23 $ 3296 |
| 24a | Credit for child and dependent care expenses. Attach Schedule 2. | 24a $ |
| b | Credit for the elderly or the disabled. Attach Schedule 3. | 24b $ |
| c | Add lines 24a and 24b. These are your **total credits.** | 24c $ |
| 25 | Subtract line 24c from line 23. If line 24c is more than line 23, enter 0. | 25 $ 3296 |
| 26 | Advance earned income credit payments from Form(s) W-2. | 26 $ |
| 27 | Household employment taxes. Attach Schedule H. | 27 $ |
| 28 | Add lines 25, 26, and 27. This is your **total tax.** ▶ | 28 $ 3296 |
| 29a | Total Federal income tax withheld from Forms W-2 and 1099. | 29a $ 3342 |
| b | 1996 estimated tax payments and amount applied from 1995 return. | 29b $ |
| c | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ $ and type ▶ | 29c $ |
| d | Add lines 29a, 29b, and 29c (do not include nontaxable earned income). These are your **total payments.** ▶ | 29d $ 3342 |
| 30 | If line 29d is more than line 28, subtract line 28 from line 29d. This is the amount you **overpaid.** | 30 $ 46 |
| 31a | Amount of line 30 you want **refunded to you.** If you want it sent directly to your bank account, see page 35 and fill in 31b, c, and d. | 31a $ 46 |
| b | Routing number | c Type: ☐ Checking ☐ Savings |
| d | Account number | |
| 32 | Amount of line 30 you want **applied to your 1997 estimated tax.** | 32 $ |
| 33 | If line 28 is more than line 29d, subtract line 29d from line 28. This is the **amount you owe.** For details on how to pay, including what to write on your payment, see page 36. | 33 $ |
| 34 | Estimated tax penalty (see page 36). | 34 $ |

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

| | | |
|---|---|---|
| ▶ Your signature | Date 01/24/97 | Your occupation |
| ▶ Spouse's signature. If joint return, BOTH must sign. | Date 01/24/97 | Spouse's occupation |

**Paid preparer's use only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ LUPE STEELE | Date | Check if self-employed ☒ | Preparer's SSN 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 |
| Firm's name (or yours if self-employed) and address ▶ P.O.BOX 1662 Escondido Ca. Escondido Ca. | | EIN | ZIP code 92033 |

a Control nu

OMB No. 1545-0008

**Copy 2** To B... ...oyee's State, City, or Local Income Tax Return

| | |
|---|---|
| b Employer's identification number<br>33-0021949 | 1 Wages, tips, other compensation: 31249.44<br>2 Federal income tax withheld: 3193.78 |
| c Employer's name, address, and ZIP code<br>KEITH MONROE & COMPANY<br>4380 VIEWRIDGE AVE., STE C<br>SAN DIEGO, CA 92123-1642 | 3 Social security wages: 31249.44<br>4 Social security tax withheld: 1937.49<br>5 Medicare wages and tips: 31249.44<br>6 Medicare tax withheld: 453.10<br>7 Social security tips: 0.00<br>8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment<br>10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>JESUS J. CHAVEZ<br>751 E. BRADLEY AVE., #24<br>EL CAJON, CA 92021 | 11 Nonqualified plans<br>12 Benefits included in box 1<br>13<br>14 Other<br>15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Deferred compensation |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 31249.44 | 530.60 | CA (SDI) | 31249.44 | 250.05 |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1996**

---

a Control number

OMB No. 1545-0008

**Copy 2** To Be Filed with Employee's State, City, or Local Income Tax Return

| | |
|---|---|
| b Employer's identification number<br>[illegible] | 1 Wages, tips, other compensation: [illegible]<br>2 Federal income tax withheld: [illegible] |
| c Employer's name, address, and ZIP code<br>ERIC M. MONROE<br>MONROE & SONS PAINTING CO<br>2459 N. SUMMIT CIRCLE GLEN<br>ESCONDIDO, CA 92026-[illegible] | 3 Social security wages: [illegible]<br>4 Social security tax withheld: 157.79<br>5 Medicare wages and tips: 25[illegible]<br>6 Medicare tax withheld: 36.90<br>7 Social security tips<br>8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment<br>10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>J JESUS CHAVEZ<br>751 E BRADLEY AVENUE #24<br>EL CAJON, CA 92021 | 11 Nonqualified plans<br>12 Benefits included in box 1<br>13<br>14 Other: CA SDI 20.36<br>15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Deferred compensation |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | [illegible]404-5573-5 | 2544.88 | 7.14 | | | |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1996**

Form **1040A** Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** (P) **1997** IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 14.) Use the IRS label. Otherwise, please print in ALL CAPITAL LETTERS.

LABEL HERE

Your first name: J. JESUS | Init. | Last name: C H A V E Z

Your social security number: 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

If a joint return, spouse's first name | Init. | Last name

Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 14. 751 E. Bradley Avenue | Apt. no. 41

City, town or post office. If you have a foreign address, see page 14. El Cajon | State: Ca | ZIP code: 92021

**For Privacy Act and Paperwork Reduction Act Notice, see page 42.**

**Presidential Election Campaign Fund** (See page 14.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

1 [ ] Single

2 [ ] Married filing joint return (even if only one had income)

3 [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶

4 [X] Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 16.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b [ ] **Spouse**

c **Dependents.** If more than six dependents, see page 16.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|---|
| Catalina E | M e n d e z | 6 1 2 5 0 2 4 3 7 | family member | 1 2 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of boxes checked on 6a and 6b: 1

No. of your children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see page 17): 0

Dependents on 6c not entered above: 1

Add numbers entered in boxes above: 2

d Total number of exemptions claimed ▶

| Line | Description | | Dollars / Cents |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | | 25898 |
| 8a | Taxable interest income. Attach Schedule 1 if required. | | 0 |
| b | Tax-exempt interest. DO NOT include on line 8a. | 8b | |
| 9 | Dividends. Attach Schedule 1 if required. | | 0 |
| 10a | Total IRA distributions. | 10a | |
| 10b | Taxable amount (see page 19). | | 0 |
| 11a | Total pensions and annuities. | 11a | |
| 11b | Taxable amount (see page 19). | | 0 |
| 12 | Unemployment compensation. | | 0 |
| 13a | Social security benefits. | 13a | |
| 13b | Taxable amount (see page 21). | | 0 |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | | 25898 |
| 15 | IRA deduction (see page 21). | | 0 |
| 16 | Subtract line 15 from line 14. This is your **adjusted gross income.** If under $29,290 (under $9,770 if a child did not live with you), see the EIC instructions on page 27. ▶ | | 25898 |

Attach Copy B of W-2 and 1099-R here.

Cat. No. 12602S **1997 Form 1040A**

000158

1997 Form 1040A page 2

| Line | Description | | Amount |
|---|---|---|---|
| 17 | Enter the amount from line 16. | | 17 25898 |
| 18a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind | Enter number of boxes checked ▶ 18a | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 23 and check here ▶ 18b ☐ | | |
| 19 | Enter the **standard deduction** for your filing status. **But** see page 24 if you checked any box on line 18a or 18b **OR** someone can claim you as a dependent. • Single—4,150 • Married filing jointly or Qualifying widow(er)—6,900 • Head of household—6,050 • Married filing separately—3,450 | | 19 6050 |
| 20 | Subtract line 19 from line 17. If line 19 is more than line 17, enter 0. | | 20 19848 |
| 21 | Multiply $2,650 by the total number of exemptions claimed on line 6d. | | 21 5200 |
| 22 | Subtract line 21 from line 20. If line 21 is more than line 20, enter 0. This is your **taxable income.** **If you want the IRS to figure your tax, see page 24.** ▶ | | 22 14648 |
| 23 | Find the tax on the amount on line 22 (see page 24). | | 23 2194 |
| 24a | Credit for child and dependent care expenses. Attach Schedule 2. | 24a 0 | |
| b | Credit for the elderly or the disabled. Attach Schedule 3. | 24b 0 | |
| c | Adoption credit. Attach Form 8839. | 24c 0 | |
| d | Add lines 24a, 24b, and 24c. These are your **total credits.** | | 24d 0 |
| 25 | Subtract line 24d from line 23. If line 24d is more than line 23, enter 0. | | 25 2194 |
| 26 | Advance earned income credit payments from Form(s) W-2. | | 26 0 |
| 27 | Household employment taxes. Attach Schedule H. | | 27 0 |
| 28 | Add lines 25, 26, and 27. This is your **total tax.** ▶ | | 28 2194 |
| 29a | Total Federal income tax withheld from Forms W-2 and 1099. | 29a 2453 | |
| b | 1997 estimated tax payments and amount applied from 1996 return. | 29b 0 | |
| c | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. | 29c 0 | |
| d | Nontaxable earned income: amount ▶ and type ▶ | | |
| e | Add lines 29a, 29b, and 29c. These are your **total payments.** ▶ | | 29e 2453 |
| 30 | If line 29e is more than line 28, subtract line 28 from line 29e. This is the amount you **overpaid.** | | 30 259 |
| 31a | Amount of line 30 you want **refunded to you.** If you want it directly deposited, see page 33 and fill in 31b, 31c, and 31d. | | 31a 259 |
| b | Routing number | c Type: ☐ Checking ☐ Savings | |
| d | Account number | | |
| 32 | Amount of line 30 you want **applied to your 1998 estimated tax.** | 32 | |
| 33 | If line 28 is more than line 29e, subtract line 29e from line 28. This is the **amount you owe.** For details on how to pay, see page 34. | | 33 0 |
| 34 | Estimated tax penalty (see page 34). | 34 | |

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date 5/3/99 | Your occupation |
|---|---|---|
| Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation |

**Paid preparer's use only**

| Preparer's signature | Date 5/3/99 | Check if self-employed ☐ | Preparer's SSN 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 7 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | EIN | |
| | | ZIP code | |

Printed on recycled paper

**Copy B To Be Filed With Employee's FEDERAL Tax Return**

OMB No. 1545-0008

| | |
|---|---|
| a Control number | |
| b Employer's identification number<br>33-0021949 | |
| c Employer's name, address, and ZIP code<br>KEITH MONROE & COMPANY<br>4380 VIEWRIDGE AVE., STE C<br>SAN DIEGO CA 92123-1642 | |
| d Employee's social security number<br>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 | |
| e Employee's name, address, and ZIP code<br>JESUS J CHAVEZ<br><br>751 E. BRADLEY AVE., #24<br>EL CAJON, CA 92021 | |

| | |
|---|---|
| 1 Wages, tips, other compensation<br>25897.64 | 2 Federal income tax withheld<br>2453.44 |
| 3 Social security wages<br>25897.64 | 4 Social security tax withheld<br>1605.67 |
| 5 Medicare wages and tips<br>25897.64 | 6 Medicare tax withheld<br>375.50 |
| 7 Social security tips<br>0.00 | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other |

15 Statutory employee | Deceased | Pension plan | Legal rep. | Hshld. emp. | Deferred compensation

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 25897.64 | 384.03 | CA (SDI) | 25897.64 | 129.53 |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1997**

This information is being furnished to the Internal Revenue Service.

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (U) **1998** IRS Use Only—Do not write or staple in this space. OMB No. 1545-0085

**Label** (See page 18.)
Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial: J JESUS | Last name: CHAVEZ |
| If a joint return, spouse's first name and initial: | Last name: |
| Home address (number and street). If you have a P.O. box, see page 19.: 751 E. Bradley Avenue | Apt. no.: 41 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: El Cajon Ca. 92021 | |

Your social security number: 968 :80 :0183
Spouse's social security number:

**▲ IMPORTANT! ▲** You must enter your SSN(s) above.

**Presidential Election Campaign Fund** (See page 19.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

**Filing status** (Check only one box.)

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 21.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b ☐ **Spouse**
No. of boxes checked on 6a and 6b: 1

c **Dependents:** (If more than seven dependents, see page 21.)

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualified child for child tax credit (see page 22) |
|---|---|---|---|---|
| Catalina | Mendez | 612 :50 :2437 | family member | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on 6c who:
• lived with you: 0
• did not live with you due to divorce or separation (see page 23): 0
Dependents on 6c not entered above: 1
Add numbers entered on lines above: 2

d Total number of exemptions claimed.

**Income**

Attach Copy B of your Forms W-2 and 1099-R here.
If you did not get a W-2, see page 24.
Enclose, but do not staple, any payment.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 35.187 |
| 8a | **Taxable** interest. Attach Schedule 1 if required. | 8a | 0 |
| b | **Tax-exempt** interest. DO NOT include on line 8a. 8b | | |
| 9 | Ordinary dividends. Attach Schedule 1 if required. | 9 | 0 |
| 10a | Total IRA distributions. 10a — 10b Taxable amount (see page 24). | 10b | 0 |
| 11a | Total pensions and annuities. 11a — 11b Taxable amount (see page 25). | 11b | 0 |
| 12 | Unemployment compensation. | 12 | 0 |
| 13a | Social security benefits. 13a — 13b Taxable amount (see page 27). | 13b | 0 |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | 14 | 35.187 |

**Adjusted gross income**

| Line | Description | | Amount |
|---|---|---|---|
| 15 | IRA deduction (see page 28). 15 | | |
| 16 | Student loan interest deduction (see page 28). 16 | | |
| 17 | Add lines 15 and 16. These are your **total adjustments.** | 17 | 0 |
| 18 | Subtract line 17 from line 14. This is your **adjusted gross income.** If under $30,095 (under $10,030 if a child did not live with you), see the EIC instructions on page 36. ▶ | 18 | 35.187 |

1998 Form 1040A page 2

**Taxable income**

19 Enter the amount from line 18. — 19: 35,187

20a Check if: ☐ **You** were 65 or older ☐ Blind; ☐ **Spouse** was 65 or older ☐ Blind } **Enter number of boxes checked** ▶ 20a ☐

b If you are married filing separately and your spouse itemizes deductions, see page 30 and check here . . . . . . . . ▶ 20b ☐

21 Enter the **standard deduction** for your filing status. **But** see page 31 if you checked any box on line 20a or 20b **OR** if someone can claim you as a dependent.
- Single—$4,250
- Married filing jointly or Qualifying widow(er)—$7,100
- Head of household—$6,250
- Married filing separately—$3,550

| Line | Description | No. | Amount |
|---|---|---|---|
| 21 | Standard deduction | 21 | 6250 |
| 22 | Subtract line 21 from line 19. If line 21 is more than line 19, enter -0-. | 22 | 28933 |
| 23 | Multiply $2,700 by the total number of exemptions claimed on line 6d. | 23 | 5400 |
| 24 | Subtract line 23 from line 22. If line 23 is more than line 22, enter -0-. This is your **taxable income.** ▶ | 24 | 23533 |

**Tax, credits, and payments**

| Line | Description | No. | Amount | No. | Amount |
|---|---|---|---|---|---|
| 25 | Find the tax on the amount on line 24 (see page 31). | | | 25 | 3529 |
| 26 | Credit for child and dependent care expenses. Attach Schedule 2. | 26 | | | |
| 27 | Credit for the elderly or the disabled. Attach Schedule 3. | 27 | | | |
| 28 | Child tax credit (see page 32). | 28 | | | |
| 29 | Education credits. Attach Form 8863. | 29 | | | |
| 30 | Adoption credit. Attach Form 8839. | 30 | | | |
| 31 | Add lines 26 through 30. These are your **total credits.** | | | 31 | 0 |
| 32 | Subtract line 31 from line 25. If line 31 is more than line 25, enter -0-. | | | 32 | 3529 |
| 33 | Advance earned income credit payments from Form(s) W-2. | | | 33 | 0 |
| 34 | Add lines 32 and 33. This is your **total tax.** ▶ | | | 34 | 3529 |
| 35 | Total Federal income tax withheld from Forms W-2 and 1099. | 35 | 3514 | | |
| 36 | 1998 estimated tax payments and amount applied from 1997 return. | 36 | 0 | | |
| 37a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. | 37a | 0 | | |
| b | Nontaxable earned income: amount ▶ and type ▶ | | 0 | | |
| 38 | Additional child tax credit. Attach Form 8812. | 38 | 0 | | |
| 39 | Add lines 35, 36, 37a, and 38. These are your **total payments.** ▶ | | | 39 | 3514 |

**Refund**

Have it directly deposited! See page 43 and fill in 41b, 41c, and 41d.

40 If line 39 is more than line 34, subtract line 34 from line 39. This is the amount you **overpaid.** — 40: 15

41a Amount of line 40 you want **refunded to you.** — 41a: 0

b Routing number ☐☐☐☐☐☐☐☐☐ c Type: ☐ Checking ☐ Savings

d Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

42 Amount of line 40 you want **applied to your 1999 estimated tax.** — 42

**Amount you owe**

43 If line 34 is more than line 39, subtract line 39 from line 34. This is the **amount you owe.** For details on how to pay, see page 44. — 43: 15

44 Estimated tax penalty (see page 44). — 44

**Sign here**

Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of m knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaratio of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date 5/3/99 | Your occupation | Daytime telephone number (optional) ( )

Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶ | Date 5/3/99 | Check if self-employed ☐ | Preparer's social security n 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

Firm's name (or yours if self-employed) and address ▶ | EIN | ZIP code

**Copy B To Be Filed With Employee's FEDERAL Tax Return**

| | |
|---|---|
| a Control number | OMB No. 1545-0008 |
| b Employer identification number | 33-0021949 |
| c Employer's name, address, and ZIP code | KEITH MONROE & COMPANY<br>P O BOX 16010<br>SAN DIEGO CA 92176 |
| d Employee's social security number | 5[illegible]3-60-1140 |
| e Employee's name, address, and ZIP code | JESUS J CHAVEZ<br><br>751 E. BRADLEY AVE., #41<br>EL CAJON, CA 92021 |

| | |
|---|---|
| 1 Wages, tips, other compensation: 35187.25 | 2 Federal income tax withheld: 3514.22 |
| 3 Social security wages: 35187.25 | 4 Social security tax withheld: 2181.65 |
| 5 Medicare wages and tips: 35187.25 | 6 Medicare tax withheld: 510.22 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |

15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 35187.25 | 586.86 | CA (SDI) | 31767.00 | 158.88 |

Form **W-2** Wage and Tax Statement [illegible]

Form 1040 Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 1999 (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

LABEL HERE

J JESUS CHAVEZ-TEJA
751 E BRADLEY AVE APT 41
EL CAJON, CA 92021

Your social security number: 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

Spouse's social security no.

▲ You must enter your SSN(s). ▲

**Presidential Election Campaign**

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [X] Head of household (with qualifying person). (See inst.) If the qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19 ). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents: If more than six dependents, see instructions.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| ISAAC G. CHAVEZ | 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 | SON | X |
| CATALINA E. MENDEZZORRILA | 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 | OTHER | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
- lived with you: 2
- did not live with you due to divorce or separation (see inst.):

Dependents on 6c not entered above:

Add numbers entered on lines above ▶ 3

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 30,613. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see inst.) 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see inst.) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a — b Taxable amount (see inst.) 20b | |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 30,613. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see instructions) | |
| 24 | Student loan interest deduction (see instructions) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction (see inst.) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 30,613. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Preparers Edition Form **1040** (1999)

J JESUS CHAVEZ-TEJA 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

Form 1040 (1999) Page 2

**Tax and Credits**

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 30,613. |
| 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 9,367. |
| 37 | Subtract line 36 from line 34 | 37 | 21,246. |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | 38 | 8,250. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 12,996. |
| 40 | Tax (see inst.). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 1,946. |
| 41 | Credit for child & dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see instructions) | 43 | 500. |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form ____ | 47 | |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | 500. |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 1,446. |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 1,446. |

**Payments**

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 2,843. | | |
| 58 | 1999 estimated tax payments & amt. applied from 1998 return | 58 | | | |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child; b Nontaxable earned income: amt. ▶ & type ▶ NO | 59a | | | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| 61 | Amount paid with request for extension to file (see instructions) | 61 | | | |
| 62 | Excess social security and RRTA tax withheld (see instructions) | 62 | | | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 2,843. |

**Refund**

| Line | Description | | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | 65 | 1,397. |
| 66a | Amount of line 65 you want REFUNDED TO YOU ▶ | 66a | 1,397. |
| b | Routing no. 121000358 ▶ c Type: ☐ Checking ☒ Savings | | |
| d | Account no. 0900502195 | | |
| 67 | Amt. of line 65 you want APPLIED TO YOUR 2000 EST. TAX ▶ 67 | | |

Have it directly deposited! See inst. and fill in 66b, 66c, and 66d.

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE. For details on how to pay, see instructions ▶ | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 ▶ 69 | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | CONSTRUCTION PAIN | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | C-M&M BOOKKEEPING TAX SERVICE | | EIN 33-0474321 |
| | 3753 Andrews Court | | ZIP code 92154-2405 |
| | San Diego, CA | | |

EMPLOYEE W-2 WAGE SUMMARY 1999
0082-A982 00024-0000024

KEITH MONROE & CO
P O BOX 16010
SAN DIEGO CA 92176

The chart below indicates your 1999 voluntary payroll adjustments which are included (+), excluded (-), or did not affect (N/A) your federal wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | CA WAGES |
|---|---|---|---|
| PAY MENT | 1550.00 | N/A | N/A |
| MATERIALS | 209.12 | N/A | N/A |

FEDERAL WITHHOLDING EXEMPTIONS M 2
CA WITHHOLDING EXEMPTIONS M 2

REGULAR WAGES for 1999 30612.86

JESUS J CHAVEZ
000034-000100 00002

PAYROLLS BY ***PAYCHEX***

Form W-2 Wage and Tax Statement 1999

Copy C, for employee's records

a Control number: 0082-A982 000034-000100
Void
15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation
b Employer's identification number: 33-0021949
d Employee's social security number: 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
c Employer's name, address, and ZIP code: KEITH MONROE & CO, P O BOX 16010, SAN DIEGO CA 92176
e Employee's name, address, and ZIP code: JESUS J CHAVEZ, 751 E BRADLEY AVE #41, EL CAJON CA 92021
13 See Instrs. for Box 13
14 Other: CASDI 153.17

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation: 30612.86 | 2 Federal income tax withheld: 2843.06 |
| 3 Social security wages: 30612.86 | 4 Social security tax withheld: 1897.96 |
| 5 Medicare wages and tips: 30612.86 | 6 Medicare tax withheld: 443.92 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in Box 1 |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 30612.86 | 388.60 | | | |

This information is being furnished to the Internal Revenue Service

Form **1040** Department of the Trea[...] Internal Revenue Service
**U.S. Individual [...]ome Tax Return** **2002** (99) IRS Us[...] - Do not write or staple in this space.

For the year Jan. 1- Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type. LABEL HERE

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA
751 E BRADLEY AVE APT 41
EL CAJON CA 92021

Your social security number: 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
Spouse's social security no.: 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
You must enter your SSN(s) above.

**Presidential Election Campaign** Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No Spouse: [X] Yes [ ] No

**Filing Status** Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ). (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse
No. of boxes checked on 6a and 6b: 2

c Dependents: If more than five dependents, see inst.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |
| | | | |

No. of children on 6c who: lived with you: 2
did not live with you due to divorce or separation (see inst.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above: 4

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 39,883. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 351. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions 15a / b Taxable amount (see inst.) | |
| 16a | Pensions and annuities 16a / b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a / b Taxable amount (see inst.) | |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 40,234. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | IRA deduction (see instructions) | |
| 25 | Student loan interest deduction (see instructions) | |
| 26 | Tuition and fees deduction (see instructions) | |
| 27 | Archer MSA deduction. Attach Form 8853 | |
| 28 | Moving expenses. Attach Form 3903 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | |
| 30 | Self-employed health insurance deduction (see instructions) | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | |
| 32 | Penalty on early withdrawal of savings | |
| 33a | Alimony paid b Recipient's SSN | |
| 34 | Add lines 23 through 33a | |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income | 40,234. |

2 104012
TWF 2756
Copyright Forms (Software Only) - 2002 TWNL

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** JVA Preparers Edition Form **1040** (2002)

Form 1040 (2002) J JESUS C Z-TEJA & CATALINA MEND 36?-80-0183 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 36 | Amount from line 35 (adjusted gross income) | | 40,234. |
| 37a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b ☐ | | |
| 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 14,216. |
| 39 | Subtract line 38 from line 36 | | 26,018. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | | 12,000. |
| 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | | 14,018. |
| 42 | Tax (see inst.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 1,504. |
| 43 | Alternative minimum tax (see instructions). Attach Form 6251 | | |
| 44 | Add lines 42 and 43 ▶ | | 1,504. |
| 45 | Foreign tax credit. Attach Form 1116 if required | | |
| 46 | Credit for child & dependent care expenses. Attach Form 2441 | | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 48 | Education credits. Attach Form 8863 | | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | | |
| 50 | Child tax credit (see instructions) | 1,200. | |
| 51 | Adoption credit. Attach Form 8839 | | |
| 52 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | | |
| 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | | |
| 54 | Add lines 45 through 53. These are your total credits | | 1,200. |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | | 304. |

Standard Deduction for --
- People who checked any box on line 37a or 37b or who can be claimed as dependent, see inst.
- All others:

Single, $4,700

Head of household, $6,900

Married filing jointly or Qualifying widow(er), $7,850

Married filing separately, $3,925

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | |
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 58 | Tax on qualified plans, including IRAs, & other tax-favored accts. Attach Form 5329 if required | |
| 59 | Advance earned income credit payments from Form(s) W-2 | |
| 60 | Household employment taxes. Attach Schedule H | |
| 61 | Add lines 55 through 60. This is your total tax ▶ | 304. |

2 104012
TWF 1020
Copyright Forms (Software Only) - 2002 TWNL

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 3,051. | |
| 63 | 2002 estimated tax payments & amt. applied from 2001 return | | |
| 64 | Earned income credit (EIC) | | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see inst.) | | |
| 66 | Additional child tax credit. Attach Form 8812 | | |
| 67 | Amount paid with request for extension to file (see instructions) | | |
| 68 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | | |
| 69 | Add lines 62 through 68. These are your total payments ▶ | | 3,051. |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | Amount |
|---|---|---|
| 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 2,747. |
| 71a | Amount of line 70 you want refunded to you | 2,747. |
| b | Routing no. BANK PRODUCT ▶ c Type: ☐ Checking ☐ Savings | |
| d | Account no. APPLIED FOR | |
| 72 | Amt. of line 70 you want applied to your 2003 estimated tax ▶ 72 | |

Direct deposit? See inst. and fill in 71b, 71c, and 71d.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions ▶ | |
| 74 | Estimated tax penalty (see instructions) 74 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CONSTRUCTION PAINT | 619-528-0428 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| | | HOMEMAKER | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 03/05/2003 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, & ZIP code ▶ | C-M&M BOOKKEEPING TAX SERVICES | EIN | 33-0474321 |
| | 3753 ANDREWS COURT | Phone no. | |
| | SAN DIEGO CA 92154- | | 619-662-2134 |

## EMPLOYEE W-2 WAGE SUMMARY 2002

0082-A982 000100
KEITH MONROE & CO
P O BOX 16010
SAN DIEGO CA 92176

FEDERAL WITHHOLDING EXEMPTIONS M 4
CA WITHHOLDING EXEMPTIONS M 4

REGULAR WAGES FOR 2002 39882.50

JESUS J CHAVEZ
751 E BRADLEY AVE #41
EL CAJON CA 92021

03002

The chart below indicates your 2002 voluntary payroll adjustments which are included (+), excluded (-), or did not affect (N/A) your federal wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | CA WAGES |
|---|---|---|---|
| MED INSUR | 243.75 | N/A | N/A |
| PAY MENT | 1025.00 | N/A | N/A |
| CELL PHONE | 370.00 | N/A | N/A |
| AUTO | 39.00 | N/A | N/A |
| PAINT | 146.08 | N/A | N/A |

PAYROLLS BY PAYCHEX®

Copy C, for employees records

## Form W-2 Wage and Tax Statement 2002

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

a Control number: 0082-A982 000034-000100
Void
b Employer's identification number: 33-0021949
c Employer's name, address, and ZIP code: KEITH MONROE & CO, P O BOX 16010, SAN DIEGO CA 92176
d Employee's social security number: 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
e Employee's name, address, and ZIP code: JESUS J CHAVEZ, 751 E BRADLEY AVE #41, EL CAJON CA 92021

| | |
|---|---|
| 1 Wages, tips, other compensation: 39882.50 | 2 Federal income tax withheld: 3050.94 |
| 3 Social security wages: 39882.50 | 4 Social security tax withheld: 2472.76 |
| 5 Medicare wages and tips: 39882.50 | 6 Medicare tax withheld: 578.30 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See Instrs. for Box 12
14 Other: CASDI 358.95

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 310-7626-8 | 39882.50 | 501.69 | | | |

This information is being furnished to the Internal Revenue Service

Form 1040 Department of the Treasury- Internal Revenue Service
U.S. Individual Income Tax Return 2003 (99) IRS Use Only-Do not write or staple in this space

**Label** (See instructions) Use the IRS label. Otherwise, please print or type

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning ,2003, ending ,20 OMB No. 1545-0074

J JESUS CHAVEZ-TEJA
CATALINA MENDEZ-ZORRILA

601 E SOUTH MOUNTAIN AVE A NO8
PHOENIX AZ 85042-

Your social security number: 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
Spouse's soc. sec. number: 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

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See instructions) **Note.** Checking "Yes" will not change your tax or reduce your refund
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No Spouse: [X] Yes [ ] No

**Filing Status** Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of Household (with qualifying person). (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2
No. of children on 6c who: • lived with you: 2
• did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ▶ 4

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit |
|---|---|---|---|
| ISAAC CHAVEZ | 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 | SON | X |
| SAMUEL CHAVEZ | 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 | SON | X |
| | | | |
| | | | |

If more than five dependents see instr.

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 16,772. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 502. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a; b Taxable amount (see instructions) | 15b | |
| 16a | Pensions and annuities — 16a; b Taxable amount (see instructions) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 17,274. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 17,274. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. Form 1040 (2003)

Form 1040 (2003) J JESUS ... Z-TEJA & CATALINA MEND 96...-80-0183 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 35 | 17,274. |
| 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | | |
| 37 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 37 | 9,500. |
| 38 | Subtract line 37 from line 35 | 38 | 7,774. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see instructions. | 39 | 12,200. |
| 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 0 |
| 41 | **Tax** (see instr.) Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 41 | |
| 42 | **Alternative minimum tax** (see instructions). Attach Form 625 | 42 | |
| 43 | Add lines 41 and 42 ▶ | 43 | |
| 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| 47 | Education credits. Attach Form 8863 | 47 | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| 49 | Child tax credit (see instructions) | 49 | |
| 50 | Adoption credit. Attach Form 8839 | 50 | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | |
| 53 | Add lines 44 through 52. These are your **total credits** | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | |

**Standard Deduction for -**
- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instr.
- All others:

Single, or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 55 | Self-employed tax. Attach Schedule SE | 55 | |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| 59 | Household employment taxes. Attach Schedule H | 59 | |
| 60 | Add lines 54 through 59. This is your **total tax** ▶ | 60 | |

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 889. |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | |
| 63 | **Earned income credit (EIC)** | 63 | NO |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 64 | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | 627. |
| 66 | Amount paid with request for extension to file (see instructions) | 66 | |
| 67 | Other pymts. from: a ☐ Form 2439 b ☐ Form 4138 c ☐ Form 8885 | 67 | |
| 68 | Add lines 61 through 67. These are your **total payments** ▶ | 68 | 1,516. |

If you have a qualifying child, attach Schedule EIC

## Refund

| Line | Description | | Amount |
|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** | 69 | 1,516. |
| 70a | Amount of line 69 you want **refunded to you** ▶ | 70a | 1,516. |
| b | Routing number 122101706 ▶ c Type: ☒ Checking ☐ Savings | | |
| d | Account number 004657854456 | | |
| 71 | Amount of line 69 you want **applied to your 2004 est. tax** ▶ | 71 | |

Direct deposit? See instructions and fill in 70b, 70c, and 70d

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see instructions ▶ | 72 | |
| 73 | Estimated tax penalty (see instructions) | 73 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instr. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CONSTRUCTION PAINTER | 619-729-7995 |
| Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation | |
| | | HOMEMAKER | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 02/13/2004 | Check if self-employed ☒ | Preparer's SSN or PTIN P61935339 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | C-M&M BOOKKEEPING TAX SERVICES | EIN | 33-0474321 |
| | 3753 ANDREWS COURT | | |
| | SAN DIEGO CA 92154-2405 | Phone no. | 619-662-2134 |

**Form W-2 Wage and Tax Statement 2003**

**EMPLOYER REFERENCE COPY - DO NOT FILE**

04002

| | |
|---|---|
| a Control number | 0082-A982 000034-000100 |
| Void | |
| b Employer's identification number | 33-0021949 |
| d Employee's social security number | 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 |
| 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal | |
| 12 See instrs. for Box 12 | |
| 14 Other | CASDI 150.96 |
| c Employer's name, address, and ZIP code | KEITH MONROE & CO<br>P O BOX 16010<br>SAN DIEGO CA 92176 |
| e Employee's name, address, and ZIP code | JESUS J CHAVEZ<br>751 E BRADLEY AVE #41<br>EL CAJON CA 92021 |
| Department of the Treasury - Internal Revenue Service | OMB No. 1545-0008 |
| 1 Wages, tips, other compensation | 16771.50 |
| 2 Federal income tax withheld | 889.30 |
| 3 Social security wages | 16771.50 |
| 4 Social security tax withheld | 1039.81 |
| 5 Medicare wages and tips | 16771.50 |
| 6 Medicare tax withheld | 243.18 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependant care benefits | |
| 11 Nonqualified plans | |
| 15 State | CA |
| Employer's state ID No. | 310-7626-8 |
| 16 State wages, tips, etc. | 16771.50 |
| 17 State income tax | 103.13 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

# 5

XXXXXXX

PROPERTY ADDRESS:
00751#24BRADLEY AVE EAST
DESCRIPTION OF PROPERTY:
DECAL LAC1780
SUBDIVISION NAME:
MOBILE HOME
MAP NO:
MOBILE HOME

**1999**
SECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA
**FISCAL YEAR JULY 1, 1999 TO JUNE 30, 2000**
**BART HARTMAN, COUNTY TAX COLLECTOR**
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101-2474
TEL (619) 236-2424 FAX (619) 531-6056

Z92021 044986 14824
1/1

YOUR TAX DISTRIBUTION

| AGENCY | BASE | RATE | TAX AMOUNT |
|---|---|---|---|
| 1% TAX ON NET VALUE | | 1.00000 | 64.26 |
| VOTER APPROVED BONDS: | | | |
| ELEMENTARY SCHOOL | NET | 0.00000 | .00 |
| OTHER EDUC PURPOSES | NET | 0.00001 | .00 |
| TOTAL ON NET VALUE | | 1.00001 | 64.26 |
| TOTAL AMOUNT | | | 64.26 |

PLEASE FORWARD THIS BILL TO NEW OWNER IF PROPERTY HAS BEEN SOLD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7738829024 **CR C028
CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

| PARCEL NUMBER | TAX RATE AREA |
|---|---|
| 773-882-90-24 | 59997 |

DOCUMENT NO: 905651
DOCUMENT RECORDING DATE: 05/15/95
OWNERS' NAMES OF RECORD JANUARY 1, 1999: CHAVEZ JESUS

| DESCRIPTION | VALUES AND EXEMPTIONS |
|---|---|
| LAND | $ |
| IMPROVEMENTS | 6426 |
| TOTAL L & I | 6426 |
| PERSONAL PROPERTY | |
| EXEMPTIONS: | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | $ 6426 |

(5-0023 (1/99))

| | 1st INSTALLMENT 10% PENALTY AFTER DEC. 10, 1999 | 2nd INSTALLMENT 10% PENALTY + $10 COST AFTER APRIL 10, 2000 | TOTAL TAX PENALTIES APPLY WHEN SHOWN |
|---|---|---|---|
| TAX → | 32.13 | 32.13 | 64.26 |
| 10% PENALTY | | | |
| COST | | | |
| TOTAL | | | |

**1** CURRENT SECURED TAX BILL
HTTP://www.sdtreastax.com
59997
MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TAX COLLECTOR
1999 **TO PAY 1st INSTALLMENT**
**SEND THIS STUB WITH YOUR PAYMENT**
ST23
773 882 90 24
THIS INSTALLMENT AMOUNT ******32.13
3.21 A
35.34 B
67.47 C
**DUE NOV. 1, 1999 and DELINQUENT AFTER DEC. 10, 1999**

CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

ENTER MAIL ADDRESS CHANGE

0100000321377388290241000003213773882902496 dd

**2** CURRENT SECURED TAX BILL
HTTP://www.sdtreastax.com
59997
MAKE CHECK PAYABLE TO SAN DIEGO COUNTY TAX COLLECTOR
1999 **TO PAY 2nd INSTALLMENT**
**SEND THIS STUB WITH YOUR PAYMENT**
ST23
773 882 90 24
THIS INSTALLMENT AMOUNT ******32.13
13.21 D
45.34 E
80.68 F
**DUE FEB. 1, 2000 and DELINQUENT AFTER APR. 10, 2000**

**TO PAY BOTH INSTALLMENTS BY DEC. 10, 1999 SEND BOTH STUBS ALONG WITH YOUR PAYMENT OF** 64.26

CHAVEZ JESUS
751 E BRADLEY AVE #24
EL CAJON CA 92021

ENTER MAIL ADDRESS CHANGE

0200000321377388290242000003213773882902494 dd

Latin Style Barbering School & Supplies, Inc.

Phone: 602-243-7248 Fax: 602-323-1535
340 E. Baseline Rd. #45 Phoenix, AZ 85042

May 29, 2004

To Whom It May Concern:

The intent of this letter is to inform you that I personally know Mr. Jesus Chavez, born October 8, 1968 and residing at 601 E. South Mountain Avenue, Sp. #A-8, Phoenix, Arizona 85042.

Mr. Chavez is currently attending our barber school as a full time student where he is studying to complete a 1,500-hour barbering course, as required by the Arizona State Board of Barbers. He began his tuition at this facility on December 2, 2003.

Mr. Chavez is an exemplary student at our school and we have never had any problems with him or his behavior.

Latin Style Barbering School and Supplies, Inc. is located at 340 E. Baseline Road, Suite #45, Phoenix, AZ 85042. Our phone numbers are: 602-243-7248 and Fax: 602-323-1535.

Should you need further information feel free to contact me personally at my home: 602-304-1150 or by fax: 602-304-1152.

Cordially,

Deborah R. Gallardo

Deborah R. Gallardo
Administrator

U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*

# Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court

TYPE OF PROCEEDING:

- [ ] Deportation
- [X] Removal
- [ ] Exclusion
- [ ] Bond Redetermination
- [ ] Motion to Reopen/Reconsider
- [ ] Rescission
- [ ] Disciplinary

DATE 06/18/04

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers if applicable)

98 290 758

I hereby enter my appearance as attorney or representative for, and at the request of the following named person(s):

| NAME (First) | (Middle Initial) | (Last) |
|---|---|---|
| Jesus | | CHAVEZ-Teja |

| ADDRESS (Number & Street) | (Apt. No.) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|
| 601 E. South Mountain Avenue Sp. A-8 | | Phoenix | AZ | 85042 |

Please check one of the following:

[X] 1. I am a member in good standing of the bar of the highest court(s) of the following State(s), possession(s), territory(ies), Commonwealth(s), or District of Columbia:

| *Name(s) of Court(s)* | *State Bar No. (if applicable)* |
|---|---|
| Arizona Supreme Court | 011809 |
| Illinois | Not Active |

(Please use space on the reverse side to list additional jurisdictions.)

I [X] am not (or [ ] am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, retaining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions other than federal courts where I am licensed to practice law.

RECEIVED DEPARTMENT OF JUSTICE 04 JUN 18 PM 3:23 EXEC. OFFICE FOR IMMIGRATION REVIEW OFC. OF IMMIGRATION JUDGE PHOENIX

[ ] 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review (provide name of organization):

[ ] 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 292. (Explain fully on reverse side.)

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID# | TELEPHONE NUMBER (Includes Area Code) | DATE |
|---|---|---|---|
| [signature] | | (602) 266-0900 | 06/18/04 |

| NAME OF ATTORNEY OR REPRESENTATIVE (TYPE OR PRINT) | ADDRESS [ ] Check here if this is a new address |
|---|---|
| Jose' A. Bracamonte | Law Offices Of: Jose' A. Bracamonte<br>2627 North Third St., Suite 4<br>Phoenix, AZ 85004 |

## Certificate of Service

I Jose' A. Bracamonte (Name) mailed or delivered a copy of the foregoing on 06/18/04 (Date) to the Immigration and Naturalization Service at 2035 N. Central Avenue, Phoenix, AZ 85004 (Address)

X [signature]
Signature of Attorney or Representative

Form EOIR - 28
DEC 01

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Jesus CHAVEZ-Teja | [signature] | 06/18/04 |

(NOTE: *The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign this form.)*

**APPEARANCES** - An appearance shall be filed on EOIR Form-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. §3.17). When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature shall constitute a representation that, under the provisions of 8 C.F.R. Chapter 3, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Judge of a request by the attorney or representative of record. Please note that appearances for limited purposes are not permitted. A separate appearance (EOIR Form-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. §3.38(g)). Further proof of authority to act in a representative capacity may be required.

**AVAILABILITY OF RECORDS** - During the time a case is pending, a party to a proceeding or his/her attorney or representative shall be permitted to examine the Record of Proceeding in the Immigration Court having administrative control over the Record of Proceeding, in accordance with the standard procedures of the Court.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in C.F.R. § 1.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R.§ 292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 292.1(a)(5).

THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. § 16.1-16.11 AND APPENDICES.

Public reporting burden for the collection of information is estimated to average 6 minutes per response, including the time for reviewing the data needed, completing and reviewing the collection of information, and record-keeping. Send comments regarding this burden estimate or any other aspect of this information collection including suggestions for reviewing this burden to the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2400, Falls Church, VA 22041.

Persons are not required to respond to this collection of information unless the form displays a currently valid OMB number.

Additional Information:

(Please attach additional sheets of paper as necessary.)

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov Phone: toll free (866) 512-1800; DC area (202) 512-1800
Fax: (202) 512-2250 Mail: Stop SSOP, Washington, DC 20402-0001

**U.S. Department of Justice**
Immigration and Naturalizat ervice **Notice to EOIR: A .ddress**

DATE **June 7, 2004**

TO: Immigration Court; Florence, Arizona
I-830, FLO

FROM: Immigration and Naturalization Service
3250 North Pinal Parkway
Florence, Arizona 85232

Respondent: **J. Jesus CHAVEZ Teja** Alien File No. **A98 290 758**

RECEIVED
DEPARTMENT OF JUSTICE
04 JUN -9 AM 8:02
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFC. OF IMMIGRATION JUDGE
PHOENIX AZ

**This to notify you that this respondent is:**

[ ] Currently incarcerated by other than INS. A charging document has been served on the respondent, and an Immigration Detainer-Notice of Action by Immigration and Naturalization Service (Form I-247) has been served with the Institution shown below. He/she is incarcerated at:

______________________________

His/her anticipated release date is: __________

[ ] Detained by INS at: ________________

[ ] Detained by INS and transferred on to: ________________

INS Motion for Change of Venue attached. [ ] Yes [X] No

[X] Released from INS custody on the following condition(s)

[ ] Order of Recognizance (Form I-220A) [ ] Personal Recognizance
[X] Bond in the Amount of **$5,000.00**
[ ] Removed, Deported, or Excluded
[ ] Other ________________

The respondent has reported his/her address and telephone number upon his release from INS custody will be:

**J. Jesus CHAVEZ Teja**
**601 E. South Mountain**
**Phoenix, AZ 85042**
**602-323-9318**

[X] I hereby certify that the respondent was provided an EOIR-33 and notified that they must inform the Immigration Court of any further change of address.

INS Official: Robert Campbell; Supervisory Deportation Officer

*Release Book*

Form I-830 ((Rev 4/26/99) N

U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0004; E ... 31, 2005

# Alien's Change of Address Form/ Immigration Court

You are required to notify the Executive Office for Immigration Review (EOIR) of any change of address and any change of telephone number within five (5) days of moving or changing your address or phone number. You will receive notification as to the time, date, and place of hearing or other official correspondence only at the address which you provide.

[illegible]

*Name:* J. Jesus Chavez Tejo *Alien Number:* A A 98 290 758

| My OLD address was: | My NEW address is: |
|---|---|
| ("In care of" other person, if any) | ("In care of" other person, if any) |
| 601 E. South Mountain Ave #A8 (Number, Street, Apartment) | 601 E South Mountain Ave #A-8 (Number, Street, Apartment) |
| Phoenix A Z. 85042 (City, State and ZIP Code) | Phoenix A.Z. 85042. (City, State and ZIP Code) |
| (Country, if other than U.S.) | (Country, if other than U.S.) |
| | 602 - 323 - 9318. (New Telephone Number) |

**SIGN HERE** ➜ X Catalina Mendez
Signature
6-8-04.
Date

## PROOF OF SERVICE
**(You Must Complete This)**

I ____________ (Name) mailed or delivered a copy of this Change of Address Form on ____________ (Date)

to the District Counsel for the Department of Homeland Security at ____________ (Address of INS District Counsel).

**SIGN HERE** ➜ X ____________
Signature

Form EOIR - 33/IC
Revised 11/02

# MAILING INSTRUCTIONS

*1) Fold the page at the dotted lines marked "Fold Here" so that the address is visible.*
*(IMPORTANT: Make sure the address section is visible after folds are made.)*
*2) Secure the folded form by stapling along the open end marked "Fasten Here."*
*3) Place appropriate postage stamp in the area marked "Place Stamp Here."*
*4) Write in your return address in the area marked "PUT YOUR ADDRESS HERE."*
*5) Mail the form.*

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is three (3) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Fold Here

---

**PUT YOUR ADDRESS HERE**

______________________________

______________________________

______________________________

______________________________

Place Stamp Here

**U.S. Department of Justice**
*Immigration Court*
*200 East Mitchell Drive, Suite 200*
*Phoenix, Arizona 85012*

---

Fold Here

**Fasten Here**

Form EOIR - 33/IC
Revised 11/02

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

In the Matter of:
CHAVEZ-TEJA, J JESUS

Case No.: A98-290-758

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon due consideration, it is HEREBY ORDERED that the Motion to Withdraw as Counsel filed by KEVIN GIBBONS ;

( ✗ ) be granted.

( ) be granted. However, counsel will remain the Attorney of Record for the limited purpose of service of any in absentia order an Immigration Judge might issue.

( ) be denied for the reason that counsel has failed to meet the standards as set forth in Matter of Rosales, 19 I&N 655 (BIA 1988).

( ) be denied for the reasons set forth in the attached decision.

( ) be denied for the reasons orally stated in the record of the hearing.

LAMONTE S. FREERKS
Immigration Judge
Date: Jun 1, 2004

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c\o Custodial Officer [X] ALIEN'S ATT/REP [X] INS
DATE: 6-2-04 BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Service List [ ] OTHER

2Q

WEB

**LAW OFFICES OF KEVIN GIBBONS, P.C.**
Kevin Gibbons, Esq. (Bar No. 018362)
202 E. McDowell Rd., Suite 130
Phoenix, AZ 85004
Phone: (602) 252-2050
Fax: (602) 532-7993

Attorney for Respondent

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**

| | |
|---|---|
| IN THE MATTER OF: | File No. A98 290 758 |
| **J. Jesus Chavez-Teja** | **MOTION TO WITHDRAW AS COUNSEL** |
| Respondent | Hon. Judge Freerks |

Kevin Gibbons, attorney of record for Respondent, J. Jesus Chavez-Teja, moves that the court permit counsel to withdraw as counsel for the reason that Respondent has obtained new counsel in Arizona to represent him. Since the last court hearing undersigned counsel has not been able to talk to Respondent.

As a practical matter the court should allow undersigned counsel to withdraw to help facilitate moving this case forward with the new attorney for Respondent.

RESPECTFULLY SUBMITTED May 21, 2004.

KEVIN GIBBONS
Attorney for Respondent

Certificate of Service

Original mailed May 21, 2004.

Department of Homeland Security
Executive Office for Immigration Review
Office of Immigration Judge
3260 N Pinal Parkway Ave.
Florence, AZ 85232

Copy to:

Department of Homeland Security
Immigration & Naturalization Service
Office of the Immigration Attorney
3250 N. Pinal Parkway Ave.
Florence, AZ 85232

Beatrice Corona-Ruelas

Law Offices of
Kevin Gibbons
A Professional Corporation

202 E. McDowell Rd., Ste. 13
Phoenix, AZ 85004-458

7003 3110 0001 3441 5902

MAILED FROM ZIP CODE

EOIR
Clerk of the Court
3260 North Pinal Parkway
Florence, AZ 85232

[redacted] [redacted]

*Kristi Youtsey Ruiz*
Clerk of the Superior Court
P.O. Box 2730
Florence, Arizona 85232

FLORENCE AZ MAY 25 '04
PB METER 6454425
0.37
U.S. POSTAGE

RECEIVED-I.N.S./FLO
2004 JUN 26 A 9 26

**DEPARTMENT OF HOMELAND SECURITY**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION ATTORNEY**
**3250 N PINAL PARKWAY AVE.**
**FLORENCE, AZ 85232**

85232#9459

**Thoı , E. Higgins, Jr.**
**Attorney at Law**

325 W. Franklin Street
Tucson, Arizona 85701

Tel. (520) 624-8663
Mob. (520) 235-2104
Fax (520) 624-7723
Email higginsin all@aol.com

May 22, 2004

U.S. Immigration Court
Attn: Ms. Patterson, Court Administrator and
Honorable Judge LaMonte S. Freerks
3260 N. Pinal Parkway Ave.
Florence, AZ 85232

Re: Gracida-Rivera #A 98-290-757
J. Jesus Chavez-Teja #A 98-290-758

Dear Ms. Patterson and Honorable Judge Freerks:

This office has been retained by the families of the above named persons for the purpose of Bond Determination. This office was called when Mr. Kevin Gibbons failed to appear on their behalf at the bond hearing held in this court on Wednesday, May 19, 2004. Upon being contacted by the families and their concern for their family members, we were told that they had fired Mr. Gibbons. Thereafter, my Legal Assistant, Rita Ramos, called the office of Mr. Gibbons. She spoke with his immigration paralegal regarding this situation and asked why Mr. Gibbons had not appeared. His paralegal could not say, so Rita called Mr. Gibbons himself and was told that he did not attend the telephonic hearing because his office could not locate him. At that point he was told that the families had hired this office to represent Mr. Gracida-Rivera and Mr. Chavez-Teja.

According to the Rules of Immigration Court Mr. Gibbons should have filed a motion to withdraw once he was told that they did not need his services. Rita Ramos asked Mr. Gibbons to withdraw from the above named cases for this reason was told that it would be done.

Therefore enclosed herewith are the prepared documents needed to open the cases and request that a bond determination hearing be set for Tuesday or Wednesday, May 25th or 26th.

Thank you.

Sincerely yours,

LAW OFFICE OF
THOMAS E. HIGGINS, JR.

Thomas E. Higgins

Thomas E. Higgins, Jr.

Cc: Immigration Attorney/Florence, Arizona

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

RE: CHAVEZ-TEJA, J JESUS
FILE: A98-290-758 DATE: Aug 30, 2004

TO: JOSE A. BRACAMONTE, ESQ.
LAW OFFICES OF JOSE A. BRACAMONTE, P.C.
2627 NORTH THIRD STREET, STE 4
PHOENIX, AZ 85004

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before the Immigration Court on 7-10-06 at 1:00 at

200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:

1) You may be taken into custody by the Immigration and Naturalization Service and held for further action.

2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT PHOENIX, AZ THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A List of Free Legal Service Providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180
UBM

OR 703-305-1662.
Alien Number: 98-290-758 Alien Name: CHAVEZ-TEJA, J JESUS

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( X ) 1 You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years after the date of entry of the final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for a period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for ten (10) years from the date of the scheduled departure. Your Voluntary departure bond, if any, will also be breached. Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
3) Adjustment of status or change of status as provided for in Section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.
Date: Aug 30, 2004
Immigration Judge: ____________ or Court Clerk: ____________

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [X] ALIEN's ATT/REP [X] INS
DATE: 8-30-04 BY: COURT STAFF ____________
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other
V6

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

RE: CHAVEZ-TEJA, J JESUS
FILE: A98-290-758

DATE: Aug 2, 2004

TO: JOSE A. BRACAMONTE, ESQ.
LAW OFFICES OF JOSE A. BRACAMONTE, P.C.
2627 NORTH THIRD STREET, STE 4
PHOENIX, AZ 85004

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Aug 30, 2004 at 1:00 P.M. at:

200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT PHOENIX, AZ THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662. *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) ~~PERSONAL SERVICE~~ (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [V] ALIEN's ATT/REP [ ] INS
DATE: 8/2/04 BY: COURT STAFF [signature] V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other
ICG

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

RE: CHAVEZ-TEJA, J JESUS
FILE: A98-290-758

DATE: Jun 9, 2004

TO: THOMAS E. HIGGINS JR.
325 WEST FRANKLIN STREET
TUCSON, AZ 85701

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Aug 2, 2004 at 1:00 P.M. at:

200 E. MITCHELL DR., SUITE 200
PHOENIX, AZ 85012

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT PHOENIX, AZ THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662. *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [X] INS
DATE: 6-9-04 BY: COURT STAFF J. Montalvo V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

IJM

IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

RE: CHAVEZ-TEJA, J JESUS
FILE: A98-290-758

DATE: May 19, 2004

TO: KEVIN GIBBONS
202 E. MCDOWELL RD. STE 135
PHOENIX, AZ 85004

NOTICE OF HEARING IN REMOVAL PROCEEDINGS

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Jun 15, 2004 at 9:30 A.M. at:

3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice To Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:

1) You may be taken into custody by the Immigration and Naturalization Service and held for further action.

2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT FLORENCE, AZ THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A List of Free Legal Service Providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 OR 703-305-1662.

WEB

LIMITATIONS ON [illegible]RETIONARY RELIEF FOR FAILURE TO APP[illegible]

(X) 1. You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years after the date of entry of the final order of removal.

( ) 2 You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years from the date of your scheduled hearing.

( ) 3 You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date other than because of exceptional circumstances beyond your control** will result in your being ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for ten (10) years from the date of the scheduled departure or the date of unlawful reentry, respectively. Your voluntary departure bond, if any, will also be breached. Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

( ) 4 An order of removal has been entered against you. If you fail to appear pursuant to a final order of removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control** you will not be eligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below for ten (10) years after the date you are scheduled to appear.

**the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:

1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
3) Adjustment of status or change of status as provided for in Section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.

Date: Jun 15, 2004
Immigration Judge: ____________ or Court Clerk: GEB

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [x] ALIEN's ATT/REP [x] INS
DATE: 5/19/04 BY: COURT STAFF [illegible]
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other
U3

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

RE: CHAVEZ-TEJA, J JESUS
FILE: A98-290-758

DATE: May 14, 2004

TO: CHAVEZ-TEJA, J JESUS
3250 N. PINAL PKWY
FLORENCE, AZ 85232

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on May 19, 2004 at 8:30 A.M. at:

3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT FLORENCE, AZ THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662. *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (X)
TO: [ ] ALIEN [X] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [X] INS
DATE: 5-17-04 BY: COURT STAFF M. BALDWIN V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

5MB

UNITED STATES DEPARTMENT OF JUSTICE
U.S. IMMIGRATION COURT
OFFICE OF THE IMMIGRATION JUDGE

In the matter of: )
)
)
)
CHAVEZ-TEJA, Jesus ) File No. A98290758
)
)

## NOTICE OF FILING NOTICE TO APPEAR

This is to advise you that the Notice to Appear issued to you on 05112004 at CASA GRANDE, AZ. Will be filed with the Office of the Immigration Judge at:

U. S. Immigration Court
3260 N. Pinal Parkway Avenue
Florence, Arizona 85232

You should direct all correspondence concerning your removal case to this address. You are reminded that you are required to provide written notice, on the form EOIR-33, within five (5) days of any change in your address or telephone number to the U. S. Immigration Court listed in this notice.

## CERTIFICATE OF SERVICE

This notice of Filing of the Notice to Appear with the U. S. Immigration Court was served to respondent May 14, 2004, by personal service.

Dated: May 14, 2004

By: [signature]
William Tupy, Deportation Officer

U. S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A098 290 758
Case No: CAG0405000579
FIN #: 13671065

In the Matter of:

Respondent: J Jesus CHAVEZ-Teja currently residing at:

FAILED TO PROVIDE
(Number, street, city state and ZIP code) (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States;
2) You are a native of MEXICO and a citizen of MEXICO;
3) You arrived in the United States at or near Calexico, California, on or about June 15, 2003;
4) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
200 E. Mitchell Drive Suite 200 Phoenix ARIZONA US 85012
(Complete Address of Immigration Court, Including Room Number, if any)

on a date to be set (Date) at a time to be set (Time) to show why you should not be removed from the United States based on the charge(s) set forth above.

CHRISTOPHER BARTINE
FIELD OPERATIONS SUPERVISOR
(Signature and Title of Issuing Officer)

Date: May 11, 2004

Casa Grande, Arizona
(City and State)

EXHIBIT AUG 30 2004

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

# Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

[signature]
(Signature of Respondent)

Before: [signature] BPA
(Signature and Title of INS Officer)

Date: 05/11/04

## Certificate of Service

This Notice to Appear was served on the respondent by me on May 11, 2004, in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

☒ in person ☐ by certified mail, return receipt requested ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the Spanish language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

[signature]
(Signature of Respondent if Personally Served)

RICHARD MORTENSEN
BORDER PATROL AGENT
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N