**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
08 MAY 14 PM 1:28

*This space for Clerk's Office File Stamp*

CLERK, U.S. DISTRICT COURT
BY: DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sammartino
FROM: J. Paris, Deputy Clerk RECEIVED DATE: 5/9/08
CASE NO.: 08cv829 DOCUMENT FILED BY: Pieter D. Speyer
CASE TITLE: Chavez v. Mukasey, et al.
DOCUMENT ENTITLED: Notice of Non-Availability

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:No Proof of Service |

Caption Incorrect as well. Case # is 08cv.820

**Date forwarded:** 5/9/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: SAMMARTINO

Dated: 5/13/08 By: DAF

cc: All Parties

**REJECTED**

Pieter D. Speyer
Calif. State Bar No. 45984
7825 Fay Avenue, Suite 200
La Jolla, CA. 92037
Telephone (858)551-6888
Fax No. (619) 696-0735

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL AARON CHAVEZ and ISAAC GABRIEL CHAVEZ, Minor Children by their Next Friend JAMES GARCIA<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GARY MEAD, Director Office of Detention and Removal U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT KATRINA S. KANE, Field Office Director Office of Detention and Removal for Arizona U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ROBIN BAKER, Field Office Director Office of Detention and Removal for Southern California U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Defendants. | **Case No.: 08 CV 0829 JLS BLM**<br><br>**NOTICE OF NON-AVAILABILITY** |