# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAMUEL AARON CHAVEZ and ISAAC GABRIEL CHAVEZ, Minor Children by their Next Friend JAMES GARCIA,

PlaintiffS,

vs.

MICHAEL B MUKASEY, Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GARY MEAD, Director Office of Detention and Removal; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KATRINA S. KANE, Field Office Directors, Office of Detention and Removal for Arizona; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ROBIN BAKER, Field Office Director, Office of Detention and Removal for Southern California; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Civil No. 08cv820 JLS (BLM)

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. No. 2]**

**AND**

**DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS PURSUANT TO 28 U.S.C. § 1915(d) AND FED.R.CIV.P. 4(c)(2)**

Plaintiff, a nonprisoner proceeding pro se, has submitted a complaint alleging federal constitutional violations. Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing that he is unable to pay filing fees. See 28 U.S.C. § 1915(a). Plaintiff has submitted an affidavit which sufficiently shows that he lacks the financial resources to pay filing fees.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to Proceed In Forma Pauperis [Doc. No. 2] and **ORDERS** as follows:

1. The United States Marshal shall serve a copy of the Complaint, summons and this Order granting Plaintiff leave to proceed In Forma Pauperis upon Defendants as directed by plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service. Any paper received by a district judge or magistrate judge which has not been

filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

IT IS SO ORDERED.

DATED: May 21, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge