KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
Email: caroline.clark@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AARON CHAVEZ and ISAAC GABRIEL CHAVEZ, Minor Children by their Next Friend JAMES GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General, United States Department of Justice; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE MYERS, Assistant Secretary of Homeland Security, Immigration and Customs Enforcement (ICE); GARY MEAD, Director, Office of Detention and Removal, ICE; KATRINA S. KANE, Field Office Director, Office of Detention and Removal for Arizona, ICE; ROBIN BAKER, Field Office Director, Office of Detention and Removal for Southern California, ICE,<br><br>Respondents. | Civil Case No. 08cv0820-JLS (BLM)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name

None

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please call me if you have any questions about this notice.

DATED: June 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Respondents
Email: caroline.clark@usdoj.gov