KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AARON CHAVEZ and ISAAC GABRIEL CHAVEZ, Minor Children by their Next Friend JAMES GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General, United States Department of Justice, et al.,<br><br>Respondents | Civil Case No. 08cv0820-JLS (BLM)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Pieter D. Speyer
Law Offices of Pieter Speyer
7825 Fay Avenue, Suite 200
La Jolla, CA 92037-4270

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008.

Ana Strutton