KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
JOSHUA BRAUNSTEIN
Assistant Director
JONATHAN D. WASDEN
Trial Attorney
Mississippi State Bar No. 100563
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20005
(202) 307-4293

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL AARON CHAVEZ and ISAAC GABRIEL CHAVEZ, Minor Children by their Next Friend JAMES GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General, United States Department of Justice, et al.,<br><br>Defendants. | Civil Case No. 08cv0820-JLS (BLM)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Jonathan D. Wasden, am a citizen of the United States and am at least eighteen years of age. My business address is PO Box 868 Ben Franklin Station, Washington DC 20044. I am not a party to the above-entitled action. I have caused service of: **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Pieter D. Speyer
Law Offices of Pieter Speyer
7825 Fay Avenue, Suite 200
La Jolla, CA 92037-4270

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008.